**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DDC Group, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 90-1076645 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   DDC Group, Inc.
_____     Case number (*if known*) _____
        Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    DDC Group, Inc.  _____    Case number (*if known*) _____
       Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

                   Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    DDC Group, Inc.
         Name                                                          Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/18/2018
              MM / DD / YYYY

X _____           Slava Borisov
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X _____           Date    6/18/2018
Signature of attorney for debtor                    MM / DD / YYYY

M. Jonathan Hayes 90388
Printed name

Simon Resnik Hayes LLP
Firm name

15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
Number, Street, City, State & ZIP Code

Contact phone    (818)783-6251    Email address    jhayes@srhlawfirm.com

90388 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | DDC Group, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP  Altus Global Trade Solutions 6800 Broken Sound Parkway Boca Raton, FL 33487 | | | | | | $52,646.45 |
| Associated Plumbing 90 Leavesley Road Gilroy, CA 95020 | | | | | | $100,065.50 |
| Bracelin Company 2308 Bates Ave., Suite A Concord, CA 94520 | | | | | | $84,360.36 |
| Chase Ink Cardmember Services P.O. Box 6294 Carol Stream, IL 60197-6294 | | | | | | $87,727.49 |
| Delerio Construction LLC 4957 E LANSING WAY Fresno, CA 93727 | | | | | | $110,500.00 |
| EDD Assesment 10330 Poiner Blvd Suite 150 Santa Fe Springs, CA 94583 | | | | | | $89,309.59 |
| Farley Construction & Development 87 Adelfa Street Rancho Mission Viejo, CA 92694 | | | | | | $75,550.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor  DDC Group, Inc.                                          Case number *(if known)*
_____                                    _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $181,444.00 |
| JMS Air Conditioning & Heating Serv c/o Ignacio J. Lazo Gariel K. Coy 8871 Reseach Drive Irvine, CA 92618 | | Pizza 90, Inc. | | | | $61,830.00 |
| Lynch Electric 1160 Industrial Road # 18 San Carlos, CA 94070 | | | | | | $60,000.00 |
| Matrix HG Inc. 2355 Whitman Road Concord, CA 94518 | | | | | | $75,000.00 |
| PIRES ELECTRIC 24 MONTALBAN DR FREMONT, CA 94536 | | | | | | $41,330.00 |
| Progress Glass Co., Inc. 25 Patterson St. San Francisco, CA 94124 | | | | | | $74,719.00 |
| Promax c/o Nick M. Campbell, Esq. Builders Law Group, Inc. 9767 Via Roma Burbank, CA 91504 | | Promax v DDC LASC Case No. BC703727 | | | | $118,600.08 |
| Quality Production Services c/o Armenak Kavcioglu, Esq. 16055 Ventura Blvd., Ste. 1200 Encino, CA 91436 | | Quality Production Services, Inc. v DDC Group, Inc. (Papyrus) LASC 128824 | | | | $50,840.00 |
| Scholten Roofing, Inc 7157 Guide Merdian #1 Lynden, WA 98264 | | | | | | $40,891.94 |

Debtor    DDC Group, Inc.                                              Case number *(if known)*
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Schurman Fine Papers c/o Daniel Hershman, Esq. Fisher Broyles 2110 Artesia Blvd., Suite 606 Redondo Beach, CA 90278 | | Case No BC 691660 | | | | $176,000.00 |
| Set in Stone Tile Co. 4910 Wellington Park Drive San Jose, CA 95136 | | | | | | $55,000.00 |
| YellowStone Capital 17 State Street, Suite 4000 New York, NY 10004 | | | | | | $118,478.24 |
| Yes Lender 1150 First Ave., Suite 105 King of Prussia, PA 19406 | | | | | | $55,583.35 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re  DDC Group, Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    6/18/2018

Signature
Slava Borisev

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_ , California.

Date: _6/18/2018_

Slava Borisov
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1            **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes 90388<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>(818)783-6251 Fax: (818)783-6253<br>California State Bar Number: 90388 CA<br>jhayes@srhlawfirm.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

DDC Group, Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __17__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __6/18/2018__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

DDC Group, Inc.
350 South Grand Ave., Suite 1670
Los Angeles, CA 90071


M. Jonathan Hayes
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403


A&M Painting
244 W Cerritos Ave
Anaheim, CA 92805


AA Electric Co.
P.O. Box 1034
Oak Harbor, WA 98277


AAA Fire Protection Services
30113 Union City Blvd.
Union City, CA 94587


ABC Mechanical Contractors
475 Barnevald Ave
San Fransisco, CA 94124


Acco Engineered
6446 E. Washington Blvd.
Commerce, CA 90040


Accurate Acoustics Inc.
24769 Redlands Blvd., Ste. H
Loma Linda, CA 92354

Action HVAC
2731 Del Paso Rd. Suite 110
Sacramento, CA 95835


ADP  Altus Global Trade Solutions
6800 Broken Sound Parkway
Boca Raton, FL 33487


Alturas Inc.
dba Alturas Heating Ventilation &
Air Conditioning
362 1/2 VIA VISTA
MONTEBELLO, CA 90640


Amaral Roofing
10042 Cynthia Drive
Huntington Beach, CA 92646


Ambient Electric
c/o Scott Thomas Green, Esq.
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065


Ambient Electric
2363 Teller Rd. Suite 112
Newbury, CA 91320


Ameri-Cal Repipe and Plumbing
6900 Knott Ave., Suite J
Buena Park, CA 90621


Anderson Door Service Inc
12890 Western Avenue
Garden Grove, CA 92841

Aquamatic Fire Protection
540 Garcia Ave., Suite A
Pittsburg, CA 94565


Artic Refrigeration
1300 Galaxy Way #7
Concord, CA 94520


Artistic Drywall Textures
3810 166th Pl NE #205
Arlington, WA 98223


Associated Plumbing
90 Leavesley Road
Gilroy, CA 95020


AYCON INC.
9520 Padgett Street, Suite 218
San Diego, CA 92126


Bank of America
P.O. Box 982234
El Paso, TX 79998-2234


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


BEC
2246 Lindsay Way
Glendora, CA 91740

Behalf
P.O. Box 1804
New York, NY 10159


BG Retail and Farid Najibi
c/o Jaret & Jaret
Robert S. Jaret
1016 Lincoln Avenue
San Rafael, CA 94901


Blue Water Plumbing
P.O. Box 431304
LOS ANGELES, CA 90043


BOND Golden State Claims Adjuster
3250 Grey Hawk Ct, Carlsbad
Carlsbad, CA 92010


Bracelin
3513 Wren Ave
Concord, CA 94519


Bracelin Company
2308 Bates Ave., Suite A
Concord, CA 94520


BUFFALO'S MECHANICAL INC
501 South Stockton Ave.
Ripon, CA 95366


Cal Communications Services Inc
2624 Verne Roberts Circle, Ste 101
Antioch, CA 94509

Cal Steam Inc
1595 crocker Avenue Hayward
Hayward, CA 94544


California Air Conditioning Systems
c/o Min N. Thai, Esq.
Splinter & Thai, LLP
25124 Narbonne Ave., Suite 106
Lomita, CA 90717


California Architectural
Millwork Supply, Inc.
180 N. Joy St Suite A
Corona, CA 92879


California Dept of Tax and Fee Admi
Special Ops, MIC 55
PO Box 942879
Sacramento, CA 94279-0005


Chase Ink
Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294


City Mechanical Inc
724 Alfred Nobel Drive
Hercule 94547


Commercial Decor Group, Inc.
920 MENDOCINO AVE
SANTA ROSA, CA 95401


Crc Roofing
3774 Bradview Drive
Sacrmento, CA 95827

Dabco (Plumbing & Coring)
PO Box 171
Lakewood, CA 90714


DBK Construction Inc.
2821 Crow Canyon Rd., #103
San Ramon, CA 94583


Delerio Construction LLC
4957 E LANSING WAY
Fresno, CA 93727


E.J. Weber Electric Company, Inc.
895 Innes Avenue
San Francisco, CA 94583


ECAMSECURE
3400 E Airport Way
Long Beach, CA 94583


EDD
PO Box 826218
Sacramento, CA 94230-6218


EDD
10330 Poiner Blvd Suite 150
Santa Fe Springs, CA 94583


EDD Assesment
10330 Poiner Blvd Suite 150
Santa Fe Springs, CA 94583

Edwoods, Inc.
6026 W 74th ST
Los Angeles, CA 90045


Emarld Aire
19881 Brookhurst St Unit 140
Huntington Beach, CA 94583


Empire Parking Lot Services, Inc.
2363 N. Batavia Street
Orange, CA 94583


Epoxy Floors by Rivas Corp
6635 Pacheco Creek Dr.
Hollister, CA 94583


Excalibur Flooring &
Surface Artisans
3401 Sirius Ave, Unit 16
Las Vegas, NV 89102


Express Concrete
P.O. BOX 103
San Martin, CA 95046


Farley Construction & Development
87 Adelfa Street
Rancho Mission Viejo, CA 92694


Filippini Plastering LLC
PO Box 40
Arlington, WA 98223

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


G & G Metal Fabricator Inc.
9720 El Poche Street
South El Monte, CA 91733


Golden State Claims Adjusters
3250 Grey Hawk Ct.
Carlsbad, CA 92010


GTR
111 John Street
Suite 1210
New York, NY 10038


Guiding Star
1918 Bel Aire Drive
Glendale, CA 91201


HARDWOOD & TILE DISCOUNTERS
25021 Farrier Circle
Laguna Hills, CA 92653


HCC BOND
601 S. Figueroa Street, Suite 1600
Los Angeles, CA 90017


Herron Painting Co
1693 Harmony way
Pittsburg, CA 94565

Hilo Erectros, Inc.
216 Epley Drive
Yuba City, CA 95991


I V Mechanical Inc.
dba R & K Air Conditioning
798 Industry Way
El Centro, CA 92243


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
300 N. Los Angeles St.
Insolvency Group7 M/Z 5022
Los Angeles, CA 90012


JML Engineering & Construction Inc.
921 Marina Way South, Suite D
Richmond, CA 94807


JMS Air Conditioning & Heating
c/o Tim J. Agajanian, Esq.
Ropers Majeski Kohn & Bentley PC
445 S Figueroa St., Suite 3000
Los Angeles, CA 90071


JMS Air Conditioning & Heating Serv
c/o Ignacio J. Lazo
Gariel K. Coy
8871 Reseach Drive
Irvine, CA 92618


Johnson Controls, Inc.
Dept. CH 10320
Palatine, IL 60055-0320

Joseph Ungaro II
Ropers Majeski Kohn & Bentley PC
445 S Figueroa St., Suite 3000
Los Angeles, CA 90071


JS Floor Covering Inc.
1003 E Evan Hewes St
El Centro, CA 92243


Kabbage
P.O. Box 77073
Atlanta, GA 30357-1073


Kaiser Permante
2706 Media Center Drive
Los Angeles, CA 90065


Kevatek Inc
752 E AVOCADO CREST RD
La Habra, CA 90631


Kevin's Island Custom Coatings
2730 N. Benton Place
Oak Harbor, WA 98277


Kibo Energy Services
200 Gamay Place
El Dorado Hills, CA 95762


Koja
c/o Maththew James
Hopkins & Carley A Law Corporation
70 South First Street
San Jose, CA 95113

Larry O Crother Inc.
dba ABC Insulation & Supply Co.
11386 Amalgam Way
Rancho Cordova, CA 95670


Legacy Roofing and Waterproofing
1698 Rogers Ave., Suite 10
San Jose, CA 95112


Lynch Electric
1160 Industrial Road # 18
San Carlos, CA 94070


Master Metal Products Co.
495 Emory Street
San Jose, CA 95110


Matrix HG Inc.
2355 Whitman Road
Concord, CA 94518


Mike Medina Plumbing
P O BOX 331
SUN VALLEY, CA 91353


Mobile Modular Management Corp.
c/o Rauch-Milliken International In
P.O. Box 8390
Metairie, LA 70011


Moonlite Electric
525 De Carlo Avenue #C
Richmond, CA 94801

MORTON SMITH ELECTRICAL, INC
955 PINER PLACE
SANTA ROSA, CA 95403


Nick Murgia Flooring
1647 Taylor Blvd
Lafayette, CA 94549


Nor-Cal Acoustics
851 Bancroft Road
Walnut Creek, CA 94598


NorCal Cajun Foods II Inc.
c/o Jagdeep Hansra, Esq.
111 N. Market Street, Suite 300
San Jose, CA 95113


O.T. Epoxy Floors
3553 Ryder St
Santa Clara, CA 95051


Old Republic Surety Company
445 S. Moorland Road, Suite 200
Brookfield, WI 53005


Opening Technologies
110 2nd Avenue South, #C5
Pacheco, CA 94553


Original Sid Blackman Plumbing,
1160 S. 2nd Street
El Centro, CA 92243

PAC Integrations, Inc.
5051 Commercial Cir., Ste. C, D
Concord, CA 94524


Pacific Decorative Concrete
5421 Stationers Way
Sacramento, CA 95842


Paragon Tile & Stone, Inc.
PO Box 230845
Tigard, OR 97281


PDCI
5421 STATIONERS WAY
SACRAMENTO, CA 95842


PDX Drywall
P.O. Box 8253
Salem, OR 97303


Photo Electric, LLC
2859 22nd St. SE, Suite 140
Salem, OR 97302


PIRES ELECTRIC
24 MONTALBAN DR
FREMONT, CA 94536


Pour Electric
2996 Great Egret Way
Sacramento, CA 95834

Precision Drywall Inc.
184 Mendell Street
San Francisco, CA 94124


Premier Roofing & Building Co.
1080 N Batavia, Suite N
Orange, CA 92867


PRO TECH PAINTING
818 Cristich Lane #3
Campbell, CA 95008


Progress Glass Co., Inc.
25 Patterson St.
San Francisco, CA 94124


Promax
c/o Nick M. Campbell, Esq.
Builders Law Group, Inc.
9767 Via Roma
Burbank, CA 91504


Promax
PO Box 1397
Paramount, CA 90723


Pyro-Comm Systems, Inc
15531 Container Lane
Huntington Beach, CA 92649


Qualco Fire Protection
11850 Hamden Pl
Santa Fe Springs, CA 90670

Quality Production Services
c/o Armenak Kavcioglu, Esq.
Raisin & Kavcioglu
16055 Ventura Blvd., Ste. 1200
Encino, CA 91436


Quality Production Services
c/o Armenak Kavcioglu, Esq.
16055 Ventura Blvd., Ste. 1200
Encino, CA 91436


Quality Production Services
3730 Skypark Drive
Torrance, CA 90505


R&K Air Conditioning
798 Industry way
El Centro, CA 92243


R. Nick Murgia Flooring, Inc.
1647 Taylor Blvd.
Lafayette, CA 94549


RA Exteriors & Construction
PO BOX No. 20698
Keizer, OR 97307


Red Hawk Company
14509 Metcalf Road
Grass Valley, CA 95949


Red Hawk Fire & Security
P.O. Box 512250
Los Angeles, CA 90051

Regency Fire Protection Inc.
7651 Densmore Avenue
Van Nuys, CA 91406


Richmond Capital
125 Maiden Lane, Ste. 501
New York, NY 10038


ROBERT FARLEY CONSTRUCTION
2195 Elmer Ave
Yuba City, CA 95993


Roofco Inc.
3850 Cincinnati Avenue
Rocklin, CA 95765


S-TEAM PAINTING
29 BELMONTE
Irvine, CA 92620


Scholten Roofing, Inc
7157 Guide Merdian #1
Lynden, WA 98264


Schurman Fine Papers
c/o Daniel Hershman, Esq.
Fisher Broyles
2110 Artesia Blvd., Suite 606
Redondo Beach, CA 90278


Set in Stone Tile Co.
4910 Wellington Park Drive
San Jose, CA 95136

Shade Tree Homes
9663 Jackson Hill Road SE
Salem, OR 97306


SHIELD FIRE PROTECTION
29391 VALERIO COURT
LAGUNA NIGUEL, CA 92677


Southland Industries
4765 Cameron Street
Las Vegas, NV 89103


Stanley H. Kimmel, Esq.
10727 White Oak Avenue, #202
Granada Hills, CA 91344


Stumbaugh and Associates, Inc.
3303 N San Fernando Blvd.
Burbank, CA 91504


Sundance Plumbing Co.
1830 E. Miraloma Ave., Suite A
Placentia, CA 92870


Sunset Stucco & Exteriors LLC
PO BOX 17915
SALEM, OR 97305


Superior Labor Commissioner
Judgement Enforcment unit
2031 How Ave #100
Sacramento, CA 95825

Sylvester Roofing Co., Inc
306 N West El Norte Pkwy #371
Escondido, CA 92026


Tabarez General Contracting
Building Contractor
310 S La Brucherie Rd
El Centro, CA 92243


The H Morgan Group
19532 BALLINGER ST
NORTHRIDGE, CA 91324


Timothy E. Salter
Michael R. Kiesling
Procopio, Cory, Hargreaves & Savitc
12544 High Bluff Dr., Suite 300
San Diego, CA 92130


Total Kitchen Steel
1415 W. 135th Street
Gardena, CA 90249


TRE Lighting & Electrical
2026 E. South Redwood Ave.
Anaheim, CA 92806


TRE Lighting & Electrical
2026 E. South Redwood Dr
Anaheim, CA 92806


Tyco SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

Universal General & Engineering Inc
41-905 Boardwalk, Ste K
Palm Desert, CA 92211


Value Painting
3363 Somerset Ave.
Castro Valley, CA 94546


Vyacheslav Borisov
705 W. 9th Street
Los Angeles, CA 90015


Western Fire Protections Inc.
13630 Denielson Street
Poway, CA 92064


Wingpin
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626


WOOD WORKS FIRE PROTECTION
1660 Glenwood Drive
Scotts Valley, CA 95066


YellowStone Capital
17 State Street, Suite 4000
New York, NY 10004


Yes Lender
1150 First Ave., Suite 105
King of Prussia, PA 19406

York Mechanical Inc.
P. O. Box 21474
Keizer, OR 97307