William A. Smelko (Bar No. 96970)
E-mail: bill.smelko@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Creditors,
YADAV ENTERPRISES, INC., JACK
IN THE BOX, INC. and TULLY MANOR
INVESTMENTS, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DDC GROUP, INC.,<br><br>Debtor. | Case No. 2:18-bk-17029-BB<br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>Date:      October 4, 2018<br>Time:      10:00 a.m.<br>Crtrm:    1539, 15th Floor<br>Judge:    Hon. Sheri Bluebond |

TO:    THE HONORABLE SHERI BLUEBOND, CHIEF JUDGE OF THE

UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL

DISTRICT OF CALIFORNIA, TO THE DEBTOR, AND TO ALL

INTERESTED PARTIES

**PLEASE TAKE NOTICE** that:

The Law Firm of PROCOPIO, CORY, HARGREAVES &

SAVITCH LLP, attorneys for Creditors YADAV ENTERPRISES, INC., JACK IN

THE BOX, INC. and TULLY MANOR INVESTMENTS, LLC (the "Parties"),

requests: special notice of all events relevant to the above-referenced bankruptcy,

including: (i) all pleadings or notices under Federal Rules of Bankruptcy Procedure,

Rule 2002, (ii) the commencement of any adversary proceedings, (iii) the filing of

any requests for hearing, objections, and/or notices of motion, or any other

auxiliary filings, (iv) notice of all matters which must be noticed to creditors, creditors' committees, and parties-in-interest, and (v) other notices as required by the United States Bankruptcy Code, the Bankruptcy Rules of Procedure and/or the Local Bankruptcy Rules of the above-referenced bankruptcy court.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP: (i) requests that for all notice purposes and for inclusion in the Master Mailing List in this case the following address be used; and (ii) stipulates to receipt of ECF filings as service:

William A. Smelko
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398
bill.smelko@procopio.com
kristina.terlaga@procopio.com
calendaring@procopio.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct, shall constitute a waiver of the above identified Parties:

a.      Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

b.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c.      Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which these Parties are entitled under any agreements at law or in equity

1  or under the United States Constitution.

2         All of the above rights are expressly reserved and preserved by these Parties

3  without exception and with no purpose of confessing or conceding jurisdiction in

4  any way by this filing or by any other participation in these matters.

5

6  DATED: September 14, 2018            PROCOPIO, CORY, HARGREAVES &
                                         SAVITCH LLP
7

8                                        By: */s/ William A. Smelko*
9                                             William A. Smelko

10                                           Attorney for Creditors,
                                             YADAV ENTERPRISES, INC.,
11                                           JACK IN THE BOX, INC. and
                                             TULLY MANOR INVESTMENTS,
12                                           LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS
DOCS 126034-000001/3419894.1                                CASE NO. 2:18-bk-17029-BB