PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:       *Kenneth.G.Lau@usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DDC GROUP, INC.,<br><br>Debtor(s). | Case No.: 2:18-bk-17029 BB<br><br>Chapter 11<br><br>**STIPULATION FOR CONTINUING COMPLIANCE IN RESOLUTION OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON AND CONCURRENT REQUEST TO VACATE HEARING DATE AS MOOT**<br><br>Hearing Date and Time:<br>Date:    October 4, 2018<br>Time:    10:00 a.m.<br>Place:   Courtroom 1539<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND ITS COUNSEL OF RECORD, AND ALL PARTIES IN INTEREST:**

This Stipulation for Continuing Compliance in Resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an

- 1 -

Order Directing Payment of Quarterly Fees and for Judgment Thereon ("Stipulation") is made by and between Debtor DDC Group, Inc. ("Debtor") and the United States Trustee ("U.S. Trustee"), through their respective counsel of record, with reference to the following facts:

### RECITALS

1. On June 18, 2018, Debtor filed a voluntary Chapter 11 petition for relief in the United States Bankruptcy Court for the Central District of California.

2. On or about August 31, 2018, the U.S. Trustee filed a <u>Notice of Motion and Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon</u> ("UST Motion to Dismiss").

3. Subsequent to and in response to the filing of the UST Motion to Dismiss, Debtor cured the compliance deficiencies and payment delinquencies, including but not limited to its timely filing of the Monthly Operating Report for August 2018, providing proof of current and renewed BPP insurance, providing proof of its renewed general contractor's license and supplementing its Notices of Insider Compensation with the required proof of all income received by such insiders for the one-year tax period preceding bankruptcy commencement.

4. In addition, to address the U.S. Trustee's concerns regarding the unauthorized payment of pre-petition wages/income to Debtor's insiders, Slava Borisov and Daniil Borisov, the Debtor's said insiders have filed a declaration that such unauthorized payments have been returned to the estate, and thereby making the estate whole.

5. During the interim period, Debtor has also provided the additional bank statements, proofs of account closing and operating lease agreements previously requested by the U.S. Trustee.

6. Based thereon, the parties, through their respective counsel of record, have conferred regarding this matter and rather than litigate the issues, the parties have agreed to resolve the UST Motion to Dismiss by stipulating to continuing compliance:

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A. Debtor will attempt to remain in full and timely compliance with all United States Trustee Guideline requirements. If Debtor becomes delinquent in any of the United States Trustee reporting requirements, the U.S. Trustee will provide the sum total of one (1) written notice of

1 | delinquency via email to Debtor's counsel of record at *jhayes@rhmfirm.com* to cure the
2 | deficiencies within the five (5) business days.
3 |       B.    If such deficiencies are not cured within the five (5) business days, the United States
4 | Trustee may submit, without further notice or hearing, a written application, declaration and
5 | proposed order, dismissing or converting this case with a judgment for any outstanding United
6 | States Trustee quarterly fees; or requesting the appointment of a Chapter 11 Trustee.
7 |       C.    Under § 1112(b)(1), when the court finds "cause" to dismiss or convert a chapter 11
8 | case, the court must decide which of several court actions will best serve the estate's creditors. It
9 | must: "(1) decide whether dismissal, conversion, or the appointment of a trustee or examiner is in
10 | the best interests of creditors and the estate; and (2) identify whether there are unusual
11 | circumstances that establish that dismissal or conversion is not in the best interests of creditors and
12 | the estate." *Sullivan v. Harnisch (In re Sullivan)*, 522 B.R. 604, 612 (9th Cir. BAP 2014).
13 |       D.    Therefore, in the event of an uncured default under this stipulation, in further support
14 | of the Court's consideration of whether conversion or dismissal, or the appointment of a Chapter 11
15 | trustee or examiner, is in the best interests of the estate's creditors, and from the perspective of the
16 | estate's creditors, the application and declaration filed by the U.S. Trustee shall expressly address
17 | whether there exist any unusual circumstances militating against either conversion and dismissal.
18 |       E.    The parties request that the hearing on the Motion to Dismiss, now set for October 4,
19 | 2018 at 10:00 a.m., be VACATED as MOOT; and
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

- 3 -

F.   The U.S. Trustee will lodge an order approving the Stipulation via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

DATED: Sept. 27, 2018                UNITED STATES TRUSTEE

By:   KENNETH G. LAU
      Trial Attorney

DATED: 9/27/18                       RESNIK HAYES MORADI LLP

By:   M. JONATHAN HAYES, Esq.
      General Bankruptcy Counsel for Debtor-in-Possession DDC GROUP, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*):

**Stipulation For Continuing Compliance In Resolution Of United States Trustee's Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon And Concurrent Request To Vacate Hearing Date As Moot**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09-27-18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **09-27-18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **09-27-18**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09-27-18 | Sonny Flores | *[signature]* |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Freddy Garmo | Creditor's Counsel | freddy@garmolaw.com, vlopez@garmolaw.com |
| David M Gilmore | Creditor's Counsel | dgilmore@gmlegal.net |
| Jagdeep Hansra | Creditor's Counsel | jh@ej-law.com, hansralawecf@gmail.com |
| M. Jonathan Hayes | Debtor's Counsel | jhayes@rhmfirm.com; roksana@rhmfirm.com; rosario@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com |
| Brian D Huben | Creditor's Counsel | hubenb@ballardspahr.com, carolod@ballardspahr.com |
| Monique D Jewett-Brewster | Creditor's Counsel | mjb@hopkinscarley.com, vtorres@hopkinscarley.com |
| Douglas H Kraft | Creditor's Counsel | dkraft@kraftopich.com, canquoe@kraftopich.com |
| Stephen M Sanders | Creditor's Counsel | stephen@thegreenlawgroup.com, michele@thegreenlawgroup.com; tim@thegreenlawgroup.com; mike@thegreenlawgroup.com |
| Lovee D Sarenas | Creditor's Counsel | lovee.sarenas@lewisbrisbois.com |
| William A Smelko | Creditor's Counsel | William.Smelko@procopio.com, Kristina.terlaga@procopio.com; calendaring@procopio.com |
| Larry D Webb | Creditor's Counsel | Webblaw@gmail.com, larry@webblaw.onmicrosoft.com; r51666@notify.bestcase.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
DDC Group, Inc.
350 South Grand Ave., Suite 1670
Los Angeles, CA 90071

3. **SERVED BY (state method for each person served):**

///

///

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**FEDERAL EXPRESS OVERNIGHT MAIL**

Judge's Copy:

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Not Applicable

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**