PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email:    *Kenneth.G.Lau@usdoj.gov*

**FILED & ENTERED**

**OCT 02 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DDC GROUP, INC.,<br><br>　　　　Debtor(s). | Case No.: 2:18-bk-17029 BB<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR CONTINUING COMPLIANCE IN RESOLUTION OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON AND CONCURRENT REQUEST TO VACATE HEARING DATE**<br><br>Hearing Date and Time:<br>Date:    October 4, 2018<br>Time:   10:00 a.m.<br>Place:   Courtroom 1539, 255 E. Temple St.,<br>　　　　　Los Angeles, CA 90012 |

After consideration of the Stipulation for Continuing Compliance in resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon and Request to Vacate Hearing ("Continuing Compliance Stipulation"), by and between Debtor DDC GROUP, INC. ("Debtor") and the United States Trustee ("U.S. Trustee"), through their respective counsel of record, and FOR GOOD CAUSE APPEARING, the Court orders as follows:

- 1 -

1    A.    IT IS HEREBY ORDERED that the Continuing Compliance Stipulation is APPROVED in its entirety;

2    B.    IT IS FURTHER ORDERED that Debtor will attempt to remain in full and timely compliance with all United States Trustee Guideline requirements. If Debtor becomes delinquent in any of the United States Trustee reporting requirements, the U.S. Trustee will provide a single written notice of delinquency via email to Debtor's proposed counsel of record at *jhayes@rhmfirm.com* to cure the deficiencies. If such deficiencies are not cured within the five (5) business days, the United States Trustee may submit, without further notice or hearing, a written application, declaration and proposed order, dismissing or converting this case with a judgment for any outstanding United States Trustee quarterly fees; or requesting the appointment of a Chapter 11 Trustee;

C.    IT IS FURTHER ORDERED, as detailed in the Continuing Compliance Stipulation, that in the event of an uncured default under this stipulation, in further support of the Court's consideration of whether conversion or dismissal, or the appointment of a Chapter 11 trustee or examiner, is in the best interests of the estate's creditors, and from the perspective of the estate's creditors, the application and declaration filed by the U.S. Trustee shall expressly address whether there exist any unusual circumstances militating against either conversion and dismissal.

D.    IT IS FURTHER ORDERED that the Continuing Compliance Stipulation fully resolves the U.S. Trustee's Motion under 11 U.S.C. § 1112(b) to Convert or Dismiss Case with an Order Directing Payment of Quarterly Fees and Judgment Thereon filed in the instant case; and

E.    IT IS FURTHER ORDERED that the continued hearing on the U.S. Trustee's Motion to Dismiss or Convert Case, presently set for October 4, 2018 at 10:00 a.m., is VACATED as resolved.

IT IS SO ORDERED.

### # # #

Date: October 2, 2018

Sheri Bluebond
United States Bankruptcy Judge

- 3 -