```
1  Ignacio J. Lazo, Bar No. 105945
   Gabriel K. Coy, Bar No. 198019
2  8871 Research Drive
   Irvine, California 92618
3  Telephone: (949) 748-6100
   Facsimile: (949) 748-6107
4
   Attorneys for Claimant,
5  Pizza 90, Inc. (Claim #53)
```

UNITED BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | ) Case No.:2:18-bk-17029-BB |
|---|---|
|  | ) |
|  | ) **DECLARATION OF JACOB DYCHES IN** |
|  | ) **SUPPORT OF RESPONSE TO DEBTOR'S** |
|  | ) **OBJECTION TO CLAIM NUMBER 53** |
| DDC GROUP, INC., | ) |
|  | ) DATE:       February 27, 2019 |
|  | ) TIME:        2:00 p.m. |
|  | ) COURTROOM: 1539 |
| Debtor. | ) 255 E. Temple Street |
|  | ) Los Angeles CA 90012 |
|  | ) |

## DECLARATION OF JACOB DYCHES

I, Jacob Dyches, declare that if called upon as a witness in this action, I could and would competently testify of my own personal and firsthand knowledge as follows:

**1.** I filed this declaration in support of Claimant's Response to Debtor's Objection to Claim Number 53..

**2.** My regular place of business is at 8871 Research Drive, Irvine, California 92618. I have not received any mailing of the Notice of Bar Date for Filing Proof of Claim in a Chapter 11 in the above-entitled action.

**3.** I am responsible for the collection and distribution of the mail deliveries to 8871 Research Drive, Irvine, California 92618. As such, I retrieve the mail from an outside locked mailbox, then sort it as it is addressed and deliver it to the appropriate department. All mail received

for Pizza 90, Inc. is delivered to the executive assistant Rachel Strokosz and/or Martha Hope, the paralegal for our in-house counsel Ignacio J. Lazo and Gabriel K. Coy. I have no recollection of receiving any such document in August or September 2018.

Under penalty of perjury, I declare that the statements made in this declaration are true and correct.

Executed this 12th day of February, 2019, at Irvine, California.

_/s/ Jacob Dyches_
Jacob Dyches

---

**DECLARATION IN RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 53**
-2-

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8871 Research Drive, Irvine, California 92618

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF JACOB DYCHES IN SUPPORT OF RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 53** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 13, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 13, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DDC Group, Inc.
350 South Grand Ave., Suite 1670
Los Angeles, CA 90071

CLAIMANT:
JMS Air Conditioning & Heating Serv
c/o Stanley Kimmel, Esq.
10727 White Oak Ave., Ste. 202
Granada Hills, CA 91344

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 13, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 13, 2019** | MARTHA HOPE | /s/ Martha Hope |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Richard W Esterkin    richard.esterkin@morganlewis.com, sue.reimers@morganlewis.com
- Michael F Frank    mfrankatty@aol.com
- Freddy Garmo    freddy@garmolaw.com, vlopez@garmolaw.com
- David M Gilmore    dgilmore@gmlegal.net, lrenwick@gmlegal.net
- Jagdeep Hansra    jh@ej-law.com, hansralawecf@gmail.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Douglas H Kraft    dkraft@douglaskraft.com, canquoe@douglaskraft.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Stephen M Sanders    stephen@thegreenlawgroup.com, michele@thegreenlawgroup.com;peter@thegreenlawgroup.com;mike@thegreenlawgroup.com
- Lovee D Sarenas    lovee.sarenas@lewisbrisbois.com
- William A Smelko    William.Smelko@procopio.com, Kristina.terlaga@procopio.com;calendaring@procopio.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

3. **SERVED BY OVERNIGHT MAIL**

Clerk to the Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**