TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>    DDC GROUP, INC.<br><br>                                    Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                    2:18-bk-17029-BB<br>Operating Report Number:    10<br>For the Month Ending:        3/31/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS

A. GENERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          2,864,710.15

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          2,844,574.99
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          20,135.16

4.  RECEIPTS DURING CURRENT PERIOD:
General Sales          349,816.62
Transfers from Other DIP Accounts (from page 2)          10,000.00

    TOTAL RECEIPTS THIS PERIOD:          359,816.62

5.  BALANCE:          379,951.78

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          92,417.10
Disbursements (from page 2)          266,997.68

    TOTAL DISBURSEMENTS THIS PERIOD:***          359,414.78

7.  ENDING BALANCE:          20,537.00

8.  General DIP Account Number          ***7371
                                        The Commerce Bank of Washington
Depository Name & Location:              601 Union St Suite 3600
                                        Seattle, WA 98101

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*  This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP Account | Purpose | * Amount Stransfered | ** Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 03/01/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 03/04/2019 | EFT | RMO AGENCY LLC | Permits & Similar | | 895.00 | 895.00 |
| 03/04/2019 | 1645 | JOSE CASTILLO | Outside Services - Subcontractors | | 2,520.00 | 2,520.00 |
| 03/04/2019 | 1647 | JOHN VAN KRIEKEN | Outside Services - Subcontractors | | 1,350.00 | 1,350.00 |
| 03/04/2019 | 1650 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| 03/05/2019 | EFT | ALL AIR MECHANICAL | Outside Services - Subcontractors | | 113,750.00 | 113,750.00 |
| 03/05/2019 | 1651 | Employee | Reimbursable Expenses | | 1,000.00 | 1,000.00 |
| 03/05/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 03/07/2019 | EFT | Unchained Financial | Accounting Expense | | 1,100.00 | 1,100.00 |
| 03/07/2019 | EFT | PACIFIC DRYWALL | Construction Materials Costs | | 13,053.75 | 13,053.75 |
| 03/08/2019 | EFT | Jeff Alkazian | Outside Services - Subcontractors | | 1,009.88 | 1,009.88 |
| 03/08/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 03/11/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 8,000.00 | | 8,000.00 |
| 03/11/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 20,000.00 | | 20,000.00 |
| 03/12/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 03/12/2019 | EFT | COST FINANCIAL | Insurance Expense | | 63.82 | 63.82 |
| 03/13/2019 | 1511 | Valley Concrete | Outside Services - Subcontractors | | 7,500.00 | 7,500.00 |
| 03/13/2019 | EFT | Merrill Communications | Rent | | 9,465.29 | 9,465.29 |
| 03/13/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 15,000.00 | | 15,000.00 |
| 03/13/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 15,000.00 | | 15,000.00 |
| 03/13/2019 | 1645 | GENERALCONSTRUCTION | Outside Services - Subcontractors | | 450.00 | 450.00 |
| 03/14/2019 | EFT | Deborah Tyrell | Bookkeeping | | 480.00 | 480.00 |
| 03/14/2019 | 1653 | NOORIAN KAREEM | Employee Paryoll | | 178.13 | 178.13 |
| 03/15/2019 | 1508 | AQUALINE PIPING | Outside Services - Subcontractors | | 33,462.00 | 33,462.00 |
| 03/15/2019 | 1510 | McCoy Insulation | Outside Services - Subcontractors | | 20,000.00 | 20,000.00 |
| 03/15/2019 | EFT | ANALYSIS CHARGE | Bank Service Charges | | 319.49 | 319.49 |
| 03/15/2019 | EFT | CARLOS PEREDO | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 03/15/2019 | EFT | MARIA BUSTAMANTE | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 03/15/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 2,000.00 | | 2,000.00 |
| 03/18/2019 | 1509 | Big Bay Plastering, Inc. | Outside Services - Subcontractors | | 4,600.00 | 4,600.00 |
| 03/18/2019 | EFT | NSF FEE | Bank Service Charges | | 35.00 | 35.00 |
| 03/18/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 03/18/2019 | EFT | COST FINANCIAL | Insurance Expense | | 1,054.26 | 1,054.26 |
| 03/18/2019 | 1654 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| 03/19/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 03/19/2019 | EFT | BILL MATRIX | Bank Service Charges | | 5.00 | 5.00 |
| 03/19/2019 | EFT | Porsche Consumer | Car Payment | | 2,247.38 | 2,247.38 |
| 03/20/2019 | EFT | Unchained Financial | Accounting Expense | | 1,100.00 | 1,100.00 |
| 03/20/2019 | EFT | START UP BOLD LLC | Outside Services - Subcontractors | | 6,000.00 | 6,000.00 |
| 03/22/2019 | EFT | Cogent Communications | Utilities | | 575.00 | 575.00 |
| 03/25/2019 | EFT | MARLIN BUSINESS | Office Expense | | 116.24 | 116.24 |
| 03/26/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 6,500.00 | | 6,500.00 |
| 03/26/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 15,000.00 | | 15,000.00 |
| 03/26/2019 | EFT | MERCURY INSURANCE | Insurance Expense | | 19.16 | 19.16 |
| 03/26/2019 | EFT | PRIVATEPMNTSVCING | Dues & Subscriptions | | 2,395.01 | 2,395.01 |
| 03/27/2019 | EFT | KAISER PERMANENTE | Insurance Expense | | 3,772.62 | 3,772.62 |
| 03/27/2019 | EFT | Blue Shield of California | Health Insurance | | 3,195.84 | 3,195.84 |
| 03/28/2019 | 1514 | IRS | Tax Payment | | 974.28 | 974.28 |
| 03/28/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| | | | | | | |
| | | | | | | |
| | | | Continued on Next Page | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Continued from Previous Page | | | |
| | | | | | | |
| 03/28/2019 | 1831 | Employee | Reimbursable Expenses | | 424.60 | 424.60 |
| 03/29/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 917.10 | | 917.10 |
| 03/29/2019 | 1832 | Employee | Reimbursable Expenses | | 1,385.93 | 1,385.93 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 92,417.10 | $ 266,997.68 | $ 359,414.78 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
### BANK RECONCILIATION

Bank statement Date: _____3/31/2019_____    Balance on Statement:   $_____20,537.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                   | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              | $20,537.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment



# THE COMMERCE BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

*Statement Ending 03/29/2019*

*DDC Group, Inc.*      *Page 1 of 6*
*Customer Number ▇ 7371*

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
OPERATING
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 🖥 | Online Access | www.tcbwa.com |

# Notice of Amendment of MSA

Attention: Effective April 30, 2019, we are amending our Treasury Management Master Services Agreement as follows.

- Section 1 (Business Online Banking) adds a subsection (Mobile Business Online Banking Service) governing Authorized Users' accessing the Service via our mobile application.

- Section 11 (Funds Transfer Services), in its "Your Instructions" subsection, adds a paragraph governing use of the routing and transit number look-up tool we may make available to certain classes of service.

Please review the revised Treasury Management Master Services Agreement which is posted in our Agreement Center at www.tcbwa.com/agreementcenter.html.  Please be sure to download or print a copy for your records.

By continuing to use your treasury management services after April 30, 2019, you are accepting and agreeing to the terms of the revised Treasury Management Master Services Agreement.  If you wish to reject the revised agreement, you need to contact us before that date to arrange for termination of your treasury management services.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▇371 | $20,537.00 |

## BUSINESS CHECKING- ▇7371

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/01/2019 | **Beginning Balance** | **$20,135.16** |
| | 7 Credit(s) This Period | $359,816.62 |
| | 52 Debit(s) This Period | $359,414.78 |
| 03/29/2019 | **Ending Balance** | **$20,537.00** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/04/2019 | APEX SPORTS AND SENDER ▇4224 | $1,625.40 |
| 03/04/2019 | APEX SPORTS AND SENDER ▇4178 | $4,251.25 |
| 03/05/2019 | APEX SPORTS AND SENDER ▇7076 | $251,446.77 |
| 03/14/2019 | 106727 Online Transfer from Checking * * * 7398 on 3/14/19 at 10:59 | $10,000.00 |

 

# BUSINESS CHECKING-2117371 (continued)

## Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 03/18/2019 | 018944 Online Transfer from Checking * * * 7398 on 3/18/19 at 8:02 | $1,500.00 |
| 03/18/2019 | IWT RAJVINDER SINGH CHHOKAR ████0496 UNION LA AKA UBOC | $71,818.20 |
| 03/20/2019 | IWT RADIUS BANK - TAYRO, LLC ████5086 RADIUS BANK | $19,175.00 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/01/2019 | OWT Bento for Buesiness ████1169 The Bancorp Bank | $5,000.00 |
| 03/04/2019 | RMO AGENCY, LLC ACH 9████-1960 | $895.00 |
| 03/05/2019 | OWT All Air Mechanical Contractors Inc ████7522 Comerica Bank | $113,750.00 |
| 03/06/2019 | OWT Bento for Buesiness ████1169 The Bancorp Bank | $3,000.00 |
| 03/07/2019 | OWT Unchained Financial Services ████1627 Chase | $1,100.00 |
| 03/07/2019 | OWT Pacific Drywall and Painting, Inc. 1████0248 Wells Fargo | $13,053.75 |
| 03/08/2019 | OWT Jeff Alkazian 121000358 Bank of America | $1,009.88 |
| 03/08/2019 | OWT Bento for Buesiness 31101169 The Bancorp Bank | $3,000.00 |
| 03/11/2019 | 033550 Online Transfer to Checking * * * 7401 on 3/11/19 at 14:57 | $8,000.00 |
| 03/11/2019 | 033541 Online Transfer to Checking * * * 7398 on 3/11/19 at 14:57 | $20,000.00 |
| 03/12/2019 | OWT Bento for Buesiness 31101169 The Bancorp Bank | $5,000.00 |
| 03/12/2019 | COST FINANCIAL INS. PMNT. ████2901 | $63.82 |
| 03/13/2019 | OWT Merrill Comunications LLC ████0022 US Bank | $9,465.29 |
| 03/13/2019 | 078716 Online Transfer to Checking * * * 7398 on 3/13/19 at 10:24 | $15,000.00 |
| 03/13/2019 | 079927 Online Transfer to Checking * * * 7398 on 3/13/19 at 10:53 | $15,000.00 |
| 03/14/2019 | OWT Deborah C. Tyrell ████1627 Chase | $480.00 |
| 03/15/2019 | OWT Carlos Peredo 3████1627 JP Morgan Chase | $1,250.00 |
| 03/15/2019 | OWT Maria Bustamante ████1627 Chase | $1,250.00 |
| 03/15/2019 | 139781 Online Transfer to Checking * * * 7398 on 3/15/19 at 14:14 | $2,000.00 |
| 03/18/2019 | 023299 Online Transfer to Checking * * * 7398 on 3/18/19 at 10:12 | $10,000.00 |
| 03/18/2019 | COST FINANCIAL INS. PMNT. ████3072 | $1,054.26 |
| 03/19/2019 | OWT Bento for Buesiness ████1169 The Bancorp Bank | $5,000.00 |
| 03/19/2019 | BILLMATRIX BILLPAYFEE ████65282 | $5.00 |
| 03/19/2019 | PORSCHE CONSUMER BILL PAY ████5281 | $2,247.38 |
| 03/20/2019 | OWT Unchained Financial Services ████1627 Chase | $1,100.00 |
| 03/20/2019 | OWT Start Up Bold LLC ████0248 Wells Fargo | $6,000.00 |
| 03/22/2019 | COGENT COMMUNICA FIRST ACH ████47500 | $575.00 |
| 03/25/2019 | MARLIN BUSINESS MAN ACH ████81-001 | $116.24 |
| 03/26/2019 | 052143 Online Transfer to Checking * * * 7401 on 3/26/19 at 9:28 | $6,500.00 |
| 03/26/2019 | 052135 Online Transfer to Checking * * * 7398 on 3/26/19 at 9:28 | $15,000.00 |
| 03/26/2019 | MERCURY INS PAYMENT ████504-8020 | $19.16 |
| 03/26/2019 | PRIVATEPMTSVCING PPDPAYMENT ████2211 | $2,395.01 |
| 03/27/2019 | BLUESHIELD OF CA AGNT PYMNT ████5461 | $3,195.84 |
| 03/28/2019 | OWT Bento for Buesiness ████169 The Bancorp Bank | $4,000.00 |

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/15/2019 | FEB 19 ANALYSIS CHARGE | $319.49 |
| 03/18/2019 | Paid NSF Item Fee | $35.00 |
| 03/26/2019 | KAISER GROUP DUE TELEPHONE ████8110 | $3,772.62 |
| 03/29/2019 | Internal Transfer | $917.10 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1508 | 03/14/2019 | $33,462.00 | 1631* | 03/28/2019 | $424.60 | 1651 | 03/05/2019 | $1,000.00 |
| 1509 | 03/18/2019 | $4,600.00 | 1642* | 03/04/2019 | $2,520.00 | 1653* | 03/14/2019 | $178.13 |
| 1510 | 03/14/2019 | $20,000.00 | 1645* | 03/13/2019 | $450.00 | 1654 | 03/18/2019 | $2,500.00 |
| 1511 | 03/13/2019 | $7,500.00 | 1647* | 03/04/2019 | $1,350.00 | 1659* | 03/29/2019 | $1,385.93 |
| 1514* | 03/28/2019 | $974.28 | 1650* | 03/04/2019 | $2,500.00 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2019 | $15,135.16 | 03/06/2019 | $147,443.58 | 03/11/2019 | $101,279.95 |
| 03/04/2019 | $13,746.81 | 03/07/2019 | $133,289.83 | 03/12/2019 | $96,216.13 |
| 03/05/2019 | $150,443.58 | 03/08/2019 | $129,279.95 | 03/13/2019 | $48,800.84 |

## BUSINESS CHECKING- 7371 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 03/14/2019 | $4,680.71 | 03/20/2019 | $59,812.78 | 03/27/2019 | $28,238.91 |
| 03/15/2019 | -$138.78 | 03/22/2019 | $59,237.78 | 03/28/2019 | $22,840.03 |
| 03/18/2019 | $54,990.16 | 03/25/2019 | $59,121.54 | 03/29/2019 | $20,537.00 |
| 03/19/2019 | $47,737.78 | 03/26/2019 | $31,434.75 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| **Total Overdraft Fees** | $35.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS

B. PAYROLL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     536,039.85

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     521,545.26
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     14,494.59

4.  RECEIPTS DURING CURRENT PERIOD:     79,817.10
    Transferred from General DIP Account & TAX DIP Account

5.  BALANCE:     94,311.69

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transferred to General DIP Account (xxxxxx7401)     11,500.00
    Disbursements     82,776.69

    TRANSFERS DISBURSEMENTS THIS PERIOD:***     94,276.69

7.  ENDING BALANCE:     35.00

8.  Payroll DIP Account Number:     ***7398

                              The Commerce Bank of Washington

Depository Name & Location:     601 Union St Suite 3600

                              Seattle, WA 98101

TOTAL DISBURSEMENTS FROM PAYROLL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/02/2019 | EFT | CompuPay | Payroll Fees | 119.53 |
| 03/02/2019 | 5328 | VYACHESLAV BORISOV | Insider Payroll Check | 4,819.31 |
| 03/14/2019 | EFT | xxxxxx7371 | Transfer to General DIP | 10,000.00 |
| 03/15/2019 | EFT | SAMUEL MARTINEZ | Outside Services - Subcontractors | 2,500.00 |
| 03/15/2019 | EFT | Bento for Business | Funding of Bento Card | 5,000.00 |
| 03/15/2019 | EFT | Compupay | Payroll Fees | 124.39 |
| 03/15/2019 | EFT | Various Employees | Direct Deposits | 16,805.65 |
| 03/18/2019 | EFT | xxxxxx7371 | Transfer to General DIP | 1,500.00 |
| 03/18/2019 | EFT | PACIFIC DRYWALL | Construction Materials Costs | 24,800.00 |
| 03/18/2019 | 5343 | NOORIAN KAREEM | Employee Payroll | 568.86 |
| 03/27/2019 | 5316 | DANIiL BORISOV | Insider Payroll Check | 4,786.46 |
| 03/28/2019 | 5339 | VYACHESLAV BORISOV | Insider Payroll Check | 7,819.31 |
| 03/29/2019 | EFT | CompuPay | Payroll Fees | 139.89 |
| 03/29/2019 | EFT | Various Employees | Direct Deposits | 15,293.29 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 94,276.69 |

## PAYROLL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____3/31/2019_____    Balance on Statement: $_____35.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:    | $35.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment



# THE
# COMMERCE
# BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

*Statement Ending 03/29/2019*

DDC Group, Inc.                                    *Page 1 of 4*
Customer Number ■■ 7398

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
PAYROLL
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Notice of Amendment of MSA

Attention: Effective April 30, 2019, we are amending our Treasury Management Master Services Agreement as follows.

- Section 1 (Business Online Banking) adds a subsection (Mobile Business Online Banking Service) governing Authorized Users' accessing the Service via our mobile application.

- Section 11 (Funds Transfer Services), in its "Your Instructions" subsection, adds a paragraph governing use of the routing and transit number look-up tool we may make available to certain classes of service.

Please review the revised Treasury Management Master Services Agreement which is posted in our Agreement Center at www.tcbwa.com/agreementcenter.html.   Please be sure to download or print a copy for your records.

By continuing to use your treasury management services after April 30, 2019, you are accepting and agreeing to the terms of the revised Treasury Management Master Services Agreement.  If you wish to reject the revised agreement, you need to contact us before that date to arrange for termination of your treasury management services.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ■ 7398 | $35.00 |

## BUSINESS CHECKING- ■ 7398

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/01/2019 | **Beginning Balance** | **$14,494.59** | | |
| | 8 Credit(s) This Period | $79,817.10 | | |
| | 14 Debit(s) This Period | $94,276.69 | | |
| 03/29/2019 | **Ending Balance** | **$35.00** | | |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/11/2019 | 033541 Online Transfer from Checking * * * 7371 on 3/11/19 at 14:57 | $20,000.00 |
| 03/13/2019 | 078716 Online Transfer from Checking * * * 7371 on 3/13/19 at 10:24 | $15,000.00 |
| 03/13/2019 | 079927 Online Transfer from Checking * * * 7371 on 3/13/19 at 10:53 | $15,000.00 |
| 03/14/2019 | 115528 Online Transfer from Checking * * * 7401 on 3/14/19 at 15:53 | $1,900.00 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



Member
FDIC

## BUSINESS CHECKING- 7398 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 03/15/2019 | 139781 Online Transfer from Checking * * * 7371 on 3/15/19 at 14:14 | $2,000.00 |
| 03/18/2019 | 023299 Online Transfer from Checking * * * 7371 on 3/18/19 at 10:12 | $10,000.00 |
| 03/26/2019 | 052135 Online Transfer from Checking * * * 7371 on 3/26/19 at 9:28 | $15,000.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/29/2019 | Internal Transfer | $917.10 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 03/01/2019 | COMPUPAY BILLING MIRAMAR AR    7926 | $119.53 |
| 03/14/2019 | 106727 Online Transfer to Checking * * * 7371 on 3/14/19 at 10:59 | $10,000.00 |
| 03/14/2019 | DDC GROUP INC PAYROLL    7926 | $16,805.65 |
| 03/15/2019 | OWT Samuel Martinez    0021 JP Morgan Chase | $2,500.00 |
| 03/15/2019 | OWT Bento for Buesiness    1169 The Bancorp Bank | $5,000.00 |
| 03/15/2019 | COMPUPAY BILLING MIRAMAR AR    7926 | $124.39 |
| 03/18/2019 | OWT Pacific Drywall and Painting, Inc.    0248 Wells Fargo | $24,800.00 |
| 03/18/2019 | 018944 Online Transfer to Checking * * * 7371 on 3/18/19 at 8:02 | $1,500.00 |
| 03/28/2019 | DDC GROUP INC PAYROLL    7926 | $15,293.29 |
| 03/29/2019 | COMPUPAY BILLING MIRAMAR AR    7926 | $139.89 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 5316 | 03/27/2019 | $4,786.46 | 5339* | 03/28/2019 | $7,819.31 |
| 5328* | 03/04/2019 | $4,819.31 | 5343* | 03/18/2019 | $568.86 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2019 | $14,375.06 | 03/14/2019 | $34,650.10 | 03/27/2019 | $22,370.39 |
| 03/04/2019 | $9,555.75 | 03/15/2019 | $29,025.71 | 03/28/2019 | -$742.21 |
| 03/11/2019 | $29,555.75 | 03/18/2019 | $12,156.85 | 03/29/2019 | $35.00 |
| 03/13/2019 | $59,555.75 | 03/26/2019 | $27,156.85 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS

### C. TAX DIP ACCOUNT

1.   TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          124,052.51

2.   LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          116,043.17
ACCOUNT REPORTS

3.   BEGINNING BALANCE:          8,009.34

4.   RECEIPTS DURING CURRENT PERIOD:          14,500.00
     Transferred from General DIP Account (xxxxxx7401)

5.   BALANCE:          22,509.34

6.   LESS: DISBURSEMENTS DURING CURRENT PERIOD
     Transferred to General PAYROLL Account (xxxxxx7398)          1,900.00
     Disbursements          20,256.62

     TRANSFERS DISBURSEMENTS THIS PERIOD:***          22,156.62

7.   ENDING BALANCE:          352.72

8.  Tax DIP Account Number:          ***7401

     Depository Name & Location:          The Commerce Bank of Washington
                                          601 Union St Suite 3600
                                          Seattle, WA 98101

## TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/01/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 6588.27 |
| 03/14/2019 | EFT | xxxxxx7398 | Transfer to PAYROLL DIP | 1,900.00 |
| 03/14/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7517.30 |
| 03/29/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 6151.05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 22,156.62 |

TAX DIP ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____3/31/2019_____    Balance on Statement: $ _____352.72_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    0.00

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    $352.72

\* It is acceptable to replace this form with a similar form
\*\* Please attach detailed explanation of any bank statement adjustment



**THE COMMERCE BANK OF WASHINGTON**

601 Union St.
Suite 3600
Seattle, WA 98101

*Statement Ending 03/29/2019*

DDC Group, Inc.                                          *Page 1 of 4*
Customer Number:  ■ *7401*

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
TAX
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Managing Your Accounts

| (i) | Branch Name | The Commerce Bank of Washington |
| --- | --- | --- |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

# Notice of Amendment of MSA

Attention: Effective April 30, 2019, we are amending our Treasury Management Master Services Agreement as follows.

   - Section 1 (Business Online Banking) adds a subsection (Mobile Business Online Banking Service) governing Authorized Users' accessing the Service via our mobile application.

   - Section 11 (Funds Transfer Services), in its "Your Instructions" subsection, adds a paragraph governing use of the routing and transit number look-up tool we may make available to certain classes of service.

Please review the revised Treasury Management Master Services Agreement which is posted in our Agreement Center at www.tcbwa.com/agreementcenter.html.   Please be sure to download or print a copy for your records.

By continuing to use your treasury management services after April 30, 2019, you are accepting and agreeing to the terms of the revised Treasury Management Master Services Agreement.  If you wish to reject the revised agreement, you need to contact us before that date to arrange for termination of your treasury management services.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| BUSINESS CHECKING | ■7401 | $352.72 |

## BUSINESS CHECKING- ■7401

### Account Summary

| Date | Description | Amount |
| --- | --- | --- |
| 03/01/2019 | **Beginning Balance** | **$8,009.34** |
| | 2 Credit(s) This Period | $14,500.00 |
| | 4 Debit(s) This Period | $22,156.62 |
| 03/29/2019 | **Ending Balance** | **$352.72** |

### Electronic Credits

| Date | Description | Amount |
| --- | --- | --- |
| 03/11/2019 | 033550 Online Transfer from Checking * * * 7371 on 3/11/19 at 14:57 | $8,000.00 |
| 03/26/2019 | 052143 Online Transfer from Checking * * * 7371 on 3/26/19 at 9:28 | $6,500.00 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



Member **FDIC**

## BUSINESS CHECKING- ▇ 7401 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2019 | COMPUPAY, INC TAX COL ▇ 7926 | $6,588.27 |
| 03/14/2019 | 115528 Online Transfer to Checking * * * 7398 on 3/14/19 at 15:53 | $1,900.00 |
| 03/14/2019 | COMPUPAY, INC TAX COL ▇ 7926 | $7,517.30 |
| 03/29/2019 | COMPUPAY, INC TAX COL ▇ 7926 | $6,151.05 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/01/2019 | $1,421.07 | 03/14/2019 | $3.77 | 03/29/2019 | $352.72 |
| 03/11/2019 | $9,421.07 | 03/26/2019 | $6,503.77 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General DIP Account (7371): | 20,537.00 |
| Payroll DIP Account (7398): | 35.00 |
| Tax Dip Account (7401): | 352.72 |
| *Other Monies: | 0.00 |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                            20,924.72

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS LESSORS                    AND
## OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | | Post-Petition Payments not made (number) | | Total |
|---|---|---|---|---|---|---|
| GTR | N/A | None - Claim Disputed | | N/A | | 37,820.12 |
| RDY Holdings LLC | N/A | None - Claim Disputed | | N/A | | 35,000.00 |
| Richmond Capital | N/A | None - Claim Disputed | | N/A | | 37,820.12 |
| YellowStone Capital | N/A | None - Claim Disputed | | N/A | | 118,478.24 |
| Yes Lendor | N/A | None - Claim Disputed | | N/A | | 55,583.35 |
| | | | | | | |
| Unexpired Leases: | | | | | | |
| Merrill Comm. LLC | Monthly | 9,368.29 | | 0 | | 0.00 |
| Office Corp. Inc. | Monthly | 104.00 | | 0 | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DUE: | 284,701.83 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 0.00

Total Wages Paid: _____ 49,589.36

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 2,074.86 | | |
| State Withholding | 725.88 | | |
| FICA- Employer's Share | 1,473.13 | | |
| FICA- Employee's Share | 1,473.13 | | |
| Federal Unemployment | 15.21 | | |
| State Unemployment | 388.84 | | |
| Sales and Use | N/A | | |
| TOTAL: | 6,151.05 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | Accounts Payable | Accounts Receivables | |
| --- | --- | --- | --- |
| | Post - Petition | Pre-Petition | Post Petition |
| 30 days of less | 64,117.15 | 0.00 | 489,687.94 |
| 31-60 days | 208,400.24 | 0.00 | 38,876.71 |
| 61-90 days | 76,783.00 | 0.00 | 325,133.58 |
| 91-120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 349,300.39 | 0.00 | 853,698.23 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of coverage | Policy Expiration Date | Premium paid through (Date) |
| --- | --- | --- | --- | --- |
| Commericial General Liability | Rockingham Insurance | 1 Mill/100k/1Mill | 12/15/2019 | 12/15/2019 |
| Worker's Compensation | State Comp Insurance | 1,000,000.00 | 12/16/2019 | 12/16/2019 |
| Umbrella | Starstone | 5,000,000.00 | 12/15/2019 | 12/15/2019 |
| Vehicle Liability | Farmer's Insurance | 1 Mill/100k/1Mill | 4/30/2019 | 4/30/2019 |
| Bond Insurance | State National | 15,000.00 | 7/15/2019 | 7/15/2019 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| 30-Jun-2018 | 78,942.75 | 975.00 | 31-Jul-2018 | 975.00 | 0.00 |
| 30-Sep-2018 | 648,553.81 | 4875.00 | 28-Sep-2018 | 650.71 | 4224.29 |
| | | | 24-Oct-2018 | 4875.00 | (650.71) |
| 31-Dec-2018 | 1,298,349.40 | 12,983.00 | 28-Jan-2019 | 4875.00 | 7458.00 |
| | | | 22-Feb-2019 | 8207.29 | (750.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | $ 18,833.00 | | $ 19,583.00 | $ (750.00) |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have veen incurred but not yet awarded by the court. Post-Petition

Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Insider Total Compensation During Month |
|---|---|---|---|
| Vyacheslav Borisov | | | 13,500.00 |
| Daniel Borisov | | | 10,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

28

# INCOME (PROFIT AND LOSS) STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue |  |  |
|  |  |  |
| **Cost of Goods Sold:** |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) |  |  |
|  |  |  |
| **Gross Profit** |  |  |
|  |  |  |
| Other Operating Income (Itemize) |  |  |
|  |  |  |
| **Operating Expenses:** | **PLEASE SEE ATTACHED** |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) |  |  |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property |  |  |
| Lease Expense - Personal Property |  |  |
| Insurance |  |  |
| Real Property Taxes |  |  |
| Telephone and Utilities |  |  |
| Repairs and Maintenance |  |  |
| Travel and Entertainment (Itemize) |  |  |
| Miscellaneous Operating Expenses (Itemize) |  |  |
| Total Operating Expenses |  |  |
| Net Gain/(Loss) from Operations |  |  |
|  |  |  |
| **Non-Operating Income:** |  |  |
| Interest Income |  |  |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income |  |  |
|  |  |  |
| **Non-Operating Expenses:** |  |  |
| Interest Expense |  |  |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses |  |  |
|  |  |  |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

**DDC Group Inc - updated**
# Profit & Loss
**Cash Basis** | **March 2019**

|  | Mar 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | 348,316.62 |
| **Cost of Goods Sold** | |
| Costs of Revenue Recognized | 237,067.25 |
| **Total COGS** | 237,067.25 |
| **Gross Profit** | 111,249.37 |
| **Expense** | |
| Accounting Expense | 2,200.00 |
| Advertising & Marketing | 2,797.11 |
| Auto Expense | 856.64 |
| Bank Service Charges | 359.53 |
| Computer Expenses | 3,176.07 |
| Dues & Subscriptions | 2,409.23 |
| Employee Fringe Benefits | 56.47 |
| Freight & Delivery | 849.64 |
| Insurance Expense | |
| Health Insurance | 2,936.22 |
| Insurance Expense - Other | 5,517.21 |
| **Total Insurance Expense** | 8,453.43 |
| Lease Exp - Vehicle | 2,247.38 |
| Legal Expense | 1,670.59 |
| Meals & Entertainment | 5,351.76 |
| Office Expense | 1,779.17 |
| Office Supplies | 1,106.70 |
| Payroll - Salaries & Wages | 49,589.36 |
| Payroll Processing Fees | 383.81 |
| Payroll Tax Expense | 4,625.44 |
| Professional Fees | 500.00 |
| Reimbursable Expenses | 20,245.96 |
| Rent Expense | 9,720.29 |
| Sales / Commissions | 5,000.00 |
| Taxes & Licenses | 659.00 |
| Telephone Expense | 2,754.84 |
| Transportation Expense | 1,202.66 |
| Travel Expense | 3,572.01 |
| Utilities | 575.00 |
| **Total Expense** | 132,142.09 |
| **Net Ordinary Income** | -20,892.72 |
| **Net Income** | **-20,892.72** |

BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                        Current Month End

  Current Assets:
  Unrestricted Cash                   _____
  Restricted Cash                     _____
  Accounts Receivable                 _____
  Inventory                           _____
  Notes Receivable                    _____
  Prepaid Expenses                    _____
  Other (Itemize)                     _____
               Total Current Assets        [_____]

Property, Plant, and Equipment              _____
Accumulated Depreciation/Depletion          _____
      Net Property, Plant, and Equipment                [_____]

Other Assets (Net of Amortization):
  Due from Insiders                   _____
  Other (Itemize)                     _____
          Total Other Assets              [_____]

TOTAL ASSETS                                                          [_____]

**PLEASE SEE ATTACHED**

LIABILITIES
Post-petition Liabilities:                  _____
  Accounts Payable                    _____
  Taxes Payable                       _____
  Notes Payable                       _____
  Professional fees                   _____
  Secured Debt                        _____
  Other (Itemize)                     _____
       Total Post-petition Liabilities      [_____]

Pre-petition Liabilities:
  Secured Liabilities                 _____
  Priority Liabilities                _____
  Unsecured Liabilities               _____
       Total Pre-petition Liabilities       [_____]

TOTAL LIABILITIES                                                     [_____]

EQUITY:
  Pre-petition Owners' Equity         _____
  Post-petition Profit/(Loss)         _____
  Direct Charges to Equity            _____
TOTAL EQUITY                                                          [_____]

TOTAL LIABILITIES & EQUITY                                            [_____]

Accrual Basis

# DDC Group Inc - updated
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |  |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Commerce CK#7371 (Operating) | 20,537.00 | |
| Commerce CK#7398 (Payroll) | 35.00 | |
| Commerce CK#7401 (Tax) | 352.72 | |
| **Total Checking/Savings** | 20,924.72 | |
| **Accounts Receivable** | | |
| Accounts Receivable | 853,698.23 | **Invoices to Clients for work completed |
| Contracts Signed - Not Invoiced | 2,792,708.18 | **Yet to be invoices as work-in-proces |
| **Total Accounts Receivable** | 3,646,406.41 | |
| **Total Current Assets** | 3,667,331.13 | |
| **Fixed Assets** | | |
| Furniture & Fixtures | 10,000.00 | |
| Leasehold Improvements | 5,000.00 | |
| Office Equipment | 62,059.68 | |
| **Total Fixed Assets** | 77,059.68 | |
| **TOTAL ASSETS** | 3,744,390.81 | |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | 349,300.39 | ** vendor invoices received |
| **Total Accounts Payable** | 349,300.39 | |
| **Credit Cards** | | |
| American Express | 21,607.37 | * |
| Bento - CLOSED | 0.00 | |
| Bento - NEW | -536.04 | |
| Bento_Office Manager 4460 | 6,147.65 | |
| BOA Corp Account - 3063 | 21,301.63 | * |
| **Total Credit Cards** | 48,520.61 | |
| **Other Current Liabilities** | | |
| IRS Payable | -6,403.82 | |
| Loan from Vyachesslav Borisov | 19,500.00 | * |
| Payroll Clearing | 33,648.60 | |
| Payroll Liabilities | 276,630.44 | * |
| Unearned Contract Revenue | 88,471.85 | |
| Vendor Contracts Recognized | 1,773,645.33 | ** Vendor contracts work-in-proces |
| **Total Other Current Liabilities** | 2,185,492.40 | |
| **Total Current Liabilities** | 2,583,313.40 | |
| **Long Term Liabilities** | | |
| GTR Source LLC | 37,820.12 | * |
| RDY Holdings LLC | 35,000.00 | * |
| Richmond Capital | 37,820.12 | * |
| Yellow Stone Capital | 118,478.24 | * |
| YES Lender | 40,583.35 | * |

Accrual Basis

**DDC Group Inc - updated**
**Balance Sheet**
**As of March 31, 2019**

|  | Mar 31, 19 |
|---|---|
| **Total Long Term Liabilities** | 269,701.83 |
| **Total Liabilities** | 2,853,015.23 |
| **Equity** |  |
| **Retained Earnings** | 1,146,332.28 |
| **Shareholder Contributions** | 34,820.25 |
| **Shareholder Distributions** | -2,317.00 |
| **Net Income** | -287,459.95 |
| **Total Equity** | 891,375.58 |
| **TOTAL LIABILITIES & EQUITY** | 3,744,390.81 |

33

# Questionnaire

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "yes", explain below:

    Yes ___    No _X_

    _____

2.  Has he debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "yes" explain below:

    Yes ___    No _X_

    _____

3.  State what progress was made during the reporting period towards filing a plan of reorganization:

    _____

4.  Describe potential future developments which may have significant impact on the case:

5.  Attach copies of all Orders granting relief from automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "yes" please set forth the amounts and sources of the income below:

    Yes ___    No _X_

    _____

I, Vyacheslav Borisov, Chief Executive Officer, declare under penalty of perjury that I have read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____    4/15/2019

Principal for Debtor-in-Possession                          Date