TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| DDC GROUP, INC. | Case Number: | 2:18-bk-17029-BB |
| | Operating Report Number: | 11 |
| Debtor(s). | For the Month Ending: | 4/30/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS       3,224,526.77

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL       3,203,989.77
ACCOUNT REPORTS

3. BEGINNING BALANCE:       20,537.00

4. RECEIPTS DURING CURRENT PERIOD:
General Sales       553,157.54
Transfers from Other DIP Accounts (from page 2)       -

TOTAL RECEIPTS THIS PERIOD:       553,157.54

5. BALANCE:       573,694.54

6. LESS: DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)       75,959.96
Disbursements (from page 2)       426,985.44

TOTAL DISBURSEMENTS THIS PERIOD:***       502,945.40

7. ENDING BALANCE:       70,749.14

8. General DIP Account Number       ***7371

| | The Commerce Bank of Washington |
|---|---|
| Depository Name & Location: | 601 Union St Suite 3600 |
| | Seattle, WA 98101 |

\*    All receipts must be deposited into the general account.

\*\*    Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*    This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP Account | Purpose | * Amount Transferred | ** Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 04/01/2019 | 1513 | NICHOLAS SOSA | Construction Materials Costs | | 748.36 | 748.36 |
| 04/01/2019 | 1517 | Calderon's Plumbing | Outside Services - Subcontractors | | 4,500.00 | 4,500.00 |
| 04/01/2019 | 1518 | GPR Electrical Contractors | Outside Services - Subcontractors | | 18,981.00 | 18,981.00 |
| 04/01/2019 | 1520 | L and N Builders | Outside Services - Subcontractors | | 9,900.00 | 9,900.00 |
| 04/01/2019 | 1521 | Nolasco Plumbing | Outside Services - Subcontractors | | 9,666.00 | 9,666.00 |
| 04/01/2019 | 1522 | Rojas Plumbing | Outside Services - Subcontractors | | 6,804.00 | 6,804.00 |
| 04/01/2019 | 1523 | San Diego Concrete Cutting | Outside Services - Subcontractors | | 3,330.00 | 3,330.00 |
| 04/01/2019 | 1524 | Alses Drywall | Outside Services - Subcontractors | | 3,600.00 | 3,600.00 |
| 04/01/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 04/01/2019 | EFT | Central Valley Demolition | Construction Materials Costs | | 14,093.78 | 14,093.78 |
| 04/01/2019 | EFT | CIFIC DRYWALL AND PAINTING I | Construction Materials Costs | | 24,780.00 | 24,780.00 |
| 04/01/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 7,000.00 | | 7,000.00 |
| 04/01/2019 | 1660 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| 04/02/2019 | EFT | TRANSFER TO BENTO | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 04/02/2019 | EFT | McCoy Insulation | Outside Services - Subcontractors | | 13,750.00 | 13,750.00 |
| 04/02/2019 | EFT | RMO AGENCY LLC | Permits & Similar | | 895.00 | 895.00 |
| 04/02/2019 | EFT | FARMERS INSURANCE | Insurance Expense | | 1,309.08 | 1,309.08 |
| 04/02/2019 | 1662 | STANZA LLC | Outside Services - Subcontractors | | 2,884.25 | 2,884.25 |
| 04/02/2019 | 1664 | MARTIN STEPHEN DUFFIELD | Employee Payroll | | 384.62 | 384.62 |
| 04/03/2019 | EFT | MARIA BUSTAMANTE | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 04/03/2019 | EFT | CARLOS PEREDO | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 04/03/2019 | EFT | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 3,800.00 | 3,800.00 |
| 04/03/2019 | 1661 | INVINCIBLE CEO LLC | Professional Development Exp | | 3,150.00 | 3,150.00 |
| 04/03/2019 | 1665 | MARTIN STEPHEN DUFFIELD | Reimbursable Expenses | | 243.45 | 243.45 |
| 04/03/2019 | 1667 | ORKILAH YARK | Employee Payroll | | 409.47 | 409.47 |
| 04/04/2019 | EFT | Unchained Financial Services | Accounting Expense | | 1,100.00 | 1,100.00 |
| 04/04/2019 | 1668 | WATERMARKE TOWER | Office Expense | | 150.00 | 150.00 |
| 04/04/2019 | EFT | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 1,100.00 | 1,100.00 |
| 04/05/2019 | EFT | SAMUEL MARTINEZ | Outside Services - Subcontractors | | 3,000.00 | 3,000.00 |
| 04/05/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 6,000.00 | | 6,000.00 |
| 04/05/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 20,000.00 | | 20,000.00 |
| 04/05/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractors | | 1,440.00 | 1,440.00 |
| 04/08/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,560.00 | 3,560.00 |
| 04/08/2019 | EFT | HM Group Corp. | Outside Services - Subcontractors | | 5,302.17 | 5,302.17 |
| 04/09/2019 | EFT | RESNIK HAYES MORADI LLP | Outside Services - Subcontractors | | 10,000.00 | 10,000.00 |
| 04/09/2019 | EFT | INFINITY INSURANCE | Insurance Expense | | 535.05 | 535.05 |
| 04/10/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 04/10/2019 | EFT | LADWP | Utilities | | 224.00 | 224.00 |
| 04/10/2019 | EFT | LADWP | Utilities | | 486.32 | 486.32 |
| 04/11/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 04/11/2019 | EFT | MARLIN BUSINESS | Office Expense | | 116.24 | 116.24 |
| 04/11/2019 | EFT | COST FINANCIAL INSURANCE | Insurance Expense | | 63.82 | 63.82 |
| 04/12/2019 | 1669 | CITY OF BELFLOWER | Permits & Similar | | 3,297.00 | 3,297.00 |
| 04/12/2019 | EFT | ANALYSIS CHARGE | Bank Service Charges | | 295.21 | 295.21 |
| 04/15/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 459.96 | | 459.96 |
| 04/15/2019 | EFT | Deborah Tyrell | Outside Services - Subcontractors | | 420.00 | 420.00 |
| 04/15/2019 | EFT | MARIA BUSTAMANTE | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 04/15/2019 | EFT | CARLOS PEREDO | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 04/15/2019 | EFT | DANIEL VALENCIA | Outside Services - Subcontractors | | 1,700.00 | 1,700.00 |
| 04/15/2019 | EFT | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 1,800.00 | 1,800.00 |
| 04/15/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractors | | 1,800.00 | 1,800.00 |
| 04/15/2019 | EFT | SAMUEL MARTINEZ | Outside Services - Subcontractors | | 4,500.00 | 4,500.00 |
| | | | | | | |
| | | | | | | |
| | | | Continued on Next Page | | | |

Continued from Previous Page

| Date | Check/EFT | Payee | Description | Transfer | Disbursement | Amount |
|---|---|---|---|---|---|---|
| 04/15/2019 | EFT | TRANSFER TO BENTO | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 04/15/2019 | EFT | SAMUEL ELECTRIC SALE | Outside Services - Subcontractors | | 16,500.00 | 16,500.00 |
| 04/15/2019 | 1673 | MARTIN STEPHEN DUFFIELD | Employee Payroll | | 385.00 | 385.00 |
| 04/15/2019 | EFT | COST FINANCIAL INSURANCE | Insurance Expense | | 1,054.26 | 1,054.26 |
| 04/15/2019 | 1663 | TRE LIGHTING & ELECTRICAL | Outside Services - Subcontractors | | 2,500.00 | 2,500.00 |
| 04/16/2019 | 1672 | SAMUEL BAGHRMAMIAN | Outside Services - Subcontractors | | 1,200.00 | 1,200.00 |
| 04/17/2019 | EFT | BUILDERS ADVANTAGE | Insurance Expense | | 1,214.70 | 1,214.70 |
| 04/18/2019 | 1670 | ABM PARKING SERVICES | Auto Expense | | 2,717.00 | 2,717.00 |
| 04/19/2019 | EFT | DANIEL VALENCIA | Outside Services - Subcontractors | | 1,500.00 | 1,500.00 |
| 04/19/2019 | EFT | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 1,500.00 | 1,500.00 |
| 04/19/2019 | EFT | Unchained Financial Services | Accounting Expense | | 1,556.07 | 1,556.07 |
| 04/19/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractors | | 1,800.00 | 1,800.00 |
| 04/19/2019 | EFT | SAMUEL MARTINEZ | Outside Services - Subcontractors | | 4,000.00 | 4,000.00 |
| 04/19/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 04/19/2019 | EFT | Central Valley Millworks | Construction Materials Costs | | 8,000.00 | 8,000.00 |
| 04/19/2019 | EFT | Merrill Communications LLC | Rent Expense | | 9,452.00 | 9,452.00 |
| 04/19/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 7,500.00 | | 7,500.00 |
| 04/19/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 25,000.00 | | 25,000.00 |
| 04/19/2019 | EFT | BOLERO INC | Sales / Commissions | | 2,652.10 | 2,652.10 |
| 04/22/2019 | EFT | HM Group Corp. | Subcontractors Expense | | 81,434.18 | 81,434.18 |
| 04/22/2019 | EFT | Cogent Communications, Inc. | Utilities | | 575.00 | 575.00 |
| 04/24/2019 | EFT | TRANSFER TO BENTO | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 04/24/2019 | EFT | START UP BOLD LLC | Outside Services - Subcontractors | | 6,000.00 | 6,000.00 |
| 04/25/2019 | EFT | MERCURY INSURANCE | Insurance Expense | | 19.16 | 19.16 |
| 04/25/2019 | EFT | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 04/29/2019 | 1516 | Anthony Torres Demolition | Outside Services - Subcontractors | | 10,125.00 | 10,125.00 |
| 04/29/2019 | 1519 | Keough Electric Co | Outside Services - Subcontractors | | 7,200.00 | 7,200.00 |
| 04/29/2019 | 1525 | Alses Drywall | Outside Services - Subcontractors | | 10,542.15 | 10,542.15 |
| 04/29/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 04/29/2019 | 1675 | Royal Blue Captial LLC | Outside Services - Subcontractors | | 6,000.00 | 6,000.00 |
| 04/29/2019 | 1676 | Dazmik Marksian | Outside Services - Subcontractors | | 600.00 | 600.00 |
| 04/29/2019 | 1265 | ZOOM INSPECTION SERVICE | Bond Expense | | 625.00 | 625.00 |
| 04/30/2019 | 1527 | Calderon's Plumbing | Outside Services - Subcontractors | | 21,375.00 | 21,375.00 |
| 04/30/2019 | 1530 | Big Bay Plastering, Inc. | Outside Services - Subcontractors | | 13,800.00 | 13,800.00 |
| 04/30/2019 | 1531 | GPR Electrical Contractors | Outside Services - Subcontractors | | 2,109.00 | 2,109.00 |
| 04/30/2019 | 1532 | Maria Housekeepers | Outside Services - Subcontractors | | 400.00 | 400.00 |
| 04/30/2019 | 1533 | CITY OF LOS ANGELES | Transportation Expense | | 406.00 | 406.00 |
| 04/30/2019 | 1266 | ZOOM INSPECTION SERVICE | Bond Expense | | 625.00 | 625.00 |
| 04/30/2019 | 1682 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $ 75,959.96 | $426,985.44 | $502,945.40 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____4/30/2019_____    Balance on Statement:    $    70,749.14

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                           | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $70,749.14 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# THE
# COMMERCE
# BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

*Statement Ending 04/30/2019*

DDC Group, Inc.                                    *Page 1 of 8*
**Customer Number:** ▮ 7371

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
OPERATING
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 🖥 | Online Access | www.tcbwa.com |

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▮7371 | $70,749.14 |

## BUSINESS CHECKING-▮7371

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2019 | **Beginning Balance** | **$20,537.00** |
| | 7 Credit(s) This Period | $553,157.54 |
| | 91 Debit(s) This Period | $502,945.40 |
| 04/30/2019 | **Ending Balance** | **$70,749.14** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/09/2019 | DEPOSIT | $20,390.47 |
| 04/16/2019 | DEPOSIT | $4,255.00 |
| 04/19/2019 | DEPOSIT | $127,078.09 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2019 | APEX SPORTS AND SENDER ▮ 7096 | $121,784.75 |
| 04/01/2019 | APEX SPORTS AND SENDER ▮ 6972 | $167,631.18 |
| 04/05/2019 | IWT RADIUS BANK - INCREDIVELLI INDUSTRI ▮ 5086 RADIUS BANK | $46,329.30 |
| 04/25/2019 | IWT RADIUS BANK - TAYRO, LLC ▮ 5086 RADIUS BANK | $65,688.75 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/01/2019 | OWT Bento for Buesiness ▮ 1169 The Bancorp Bank | $5,000.00 |
| 04/01/2019 | OWT Central Valley Millworks Inc. ▮ 0021 JP Morgan Chase | $14,093.78 |
| 04/01/2019 | OWT Pacific Drywall and Painting, Inc. ▮ 0248 Wells Fargo | $24,780.00 |
| 04/01/2019 | 028307 Online Transfer to Checking * * * 7398 on 4/01/19 at 9:55 | $7,000.00 |
| 04/02/2019 | OWT Bento for Buesiness ▮ 1169 The Bancorp Bank | $5,000.00 |
| 04/02/2019 | OWT Mccoy Insulation ▮ 0248 Wells Fargo | $13,750.00 |
| 04/02/2019 | RMO AGENCY, LLC ACH ▮ -1960 | $895.00 |
| 04/02/2019 | FARMERS INS EXCH INSPAYMENT ▮ 1000 | $1,309.08 |
| 04/03/2019 | OWT Maria Bustamante ▮ 1627 Chase | $1,250.00 |
| 04/03/2019 | OWT Carlos Peredo ▮ 1627 JP Morgan Chase | $1,250.00 |
| 04/03/2019 | OWT Juan Carlos Vargas ▮ 0021 JP Morgan Chase | $3,800.00 |
| 04/04/2019 | OWT Unchained Financial Services ▮ 1627 Chase | $1,100.00 |
| 04/05/2019 | OWT Juan Carlos Mireles ▮ 9593 Bank of America | $1,100.00 |

 EQUAL HOUSING LENDER    The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.     Member **FDIC**

## BUSINESS CHECKING-2117371 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 04/05/2019 | OWT Francisco Hernandez ███ 0248 Wells Fargo | $1,440.00 |
| 04/05/2019 | OWT Samuel Martinez ███ 0021 JP Morgan Chase | $3,000.00 |
| 04/05/2019 | 146263 Online Transfer to Checking * * * 7401 on 4/05/19 at 10:23 | $6,000.00 |
| 04/05/2019 | 146258 Online Transfer to Checking * * * 7398 on 4/05/19 at 10:22 | $20,000.00 |
| 04/08/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $3,560.00 |
| 04/08/2019 | OWT HM Group Inc. ███ 1627 Chase | $5,302.17 |
| 04/09/2019 | OWT Resnik Hayes Moradi LLP ███ 0248 Wells Fargo | $10,000.00 |
| 04/09/2019 | ECheck Infinity Insuran Check Number XXXXX9999 | $535.05 |
| 04/10/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $5,000.00 |
| 04/10/2019 | LADWP WEB PAY ███ 6872 | $224.00 |
| 04/10/2019 | LADWP WEB PAY ███ 0745 | $486.32 |
| 04/11/2019 | 118656 Online Transfer to Checking * * * 7398 on 4/11/19 at 14:33 | $10,000.00 |
| 04/11/2019 | MARLIN BUSINESS MANUAL ACH ███ 1-001 | $116.24 |
| 04/12/2019 | COST FINANCIAL INS. PMNT. ███ 2901 | $63.82 |
| 04/15/2019 | OWT Deborah C. Tyrell ███ 1627 Chase | $420.00 |
| 04/15/2019 | OWT Maria Bustamante ███ 1627 Chase | $1,250.00 |
| 04/15/2019 | OWT Carlos Peredo ███ 1627 JP Morgan Chase | $1,250.00 |
| 04/15/2019 | OWT Daniel F Valencia ███ 0358 Bank Of America | $1,700.00 |
| 04/15/2019 | OWT Juan Carlos Vargas ███ 0021 JP Morgan Chase | $1,800.00 |
| 04/15/2019 | OWT Francisco Hernandez ███ 0248 Wells Fargo | $1,800.00 |
| 04/15/2019 | OWT Samuel Martinez ███ 0021 JP Morgan Chase | $4,500.00 |
| 04/15/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $5,000.00 |
| 04/15/2019 | SAMS G ELECTRIC SALE | $16,500.00 |
| 04/16/2019 | COST FINANCIAL INS. PMNT. ███ 3072 | $1,054.26 |
| 04/17/2019 | BUILDERS ADVANTA TELEPHONE ███ 2678 | $1,214.70 |
| 04/19/2019 | OWT Daniel F Valencia ███ 0358 Bank Of America | $1,500.00 |
| 04/19/2019 | OWT Juan Carlos Vargas ███ 0021 JP Morgan Chase | $1,500.00 |
| 04/19/2019 | OWT Unchained Financial Services ███ 1627 Chase | $1,556.07 |
| 04/19/2019 | OWT Francisco Hernandez ███ 0248 Wells Fargo | $1,800.00 |
| 04/19/2019 | OWT Samuel Martinez ███ 0021 JP Morgan Chase | $4,000.00 |
| 04/19/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $5,000.00 |
| 04/19/2019 | OWT Central Valley Millworks Inc. ███ 0021 JP Morgan Chase | $8,000.00 |
| 04/19/2019 | OWT Merrill Comunications LLC ███ 0022 US Bank | $9,452.00 |
| 04/19/2019 | 140243 Online Transfer to Checking * * * 7401 on 4/19/19 at 9:58 | $7,500.00 |
| 04/19/2019 | 140187 Online Transfer to Checking * * * 7398 on 4/19/19 at 9:57 | $25,000.00 |
| 04/22/2019 | OWT HM Group Inc. ███ 1627 Chase | $81,434.18 |
| 04/22/2019 | COGENT COMMUNICA FIRST ACH ███ 1598 | $575.00 |
| 04/24/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $3,000.00 |
| 04/24/2019 | OWT Start Up Bold LLC ███ 0248 Wells Fargo | $6,000.00 |
| 04/25/2019 | MERCURY INS PAYMENT ███ 7-0421 | $19.16 |
| 04/26/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $4,000.00 |
| 04/29/2019 | OWT Bento for Buesiness ███ 1169 The Bancorp Bank | $3,000.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/11/2019 | CC# ███ 611 To:Keough Electric Co. | $7,200.00 |
| 04/15/2019 | MAR 19 ANALYSIS CHARGE | $295.21 |
| 04/15/2019 | Internal Transfer | $459.96 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 1265 | 04/30/2019 | $625.00 | 1525 | 04/24/2019 | $10,542.15 | 1665 | 04/03/2019 | $243.45 |
| 1266 | 04/30/2019 | $625.00 | 1527* | 04/23/2019 | $21,375.00 | 1667* | 04/03/2019 | $409.47 |
| 1513* | 04/02/2019 | $748.36 | 1530* | 04/24/2019 | $13,800.00 | 1668 | 04/04/2019 | $150.00 |
| 1516* | 04/08/2019 | $10,125.00 | 1531 | 04/24/2019 | $2,109.00 | 1669 | 04/12/2019 | $3,297.00 |
| 1517 | 04/04/2019 | $4,500.00 | 1532 | 04/25/2019 | $400.00 | 1670 | 04/18/2019 | $2,717.00 |
| 1518 | 04/03/2019 | $18,981.00 | 1533 | 04/26/2019 | $406.00 | 1671 | 04/12/2019 | $2,652.10 |
| 1520* | 04/03/2019 | $9,900.00 | 1660* | 04/01/2019 | $2,500.00 | 1672 | 04/16/2019 | $1,200.00 |
| 1521 | 04/04/2019 | $9,666.00 | 1661 | 04/03/2019 | $3,150.00 | 1673 | 04/15/2019 | $385.00 |
| 1522 | 04/03/2019 | $6,804.00 | 1662 | 04/02/2019 | $2,884.25 | 1675* | 04/29/2019 | $6,000.00 |
| 1523 | 04/05/2019 | $3,330.00 | 1663 | 04/16/2019 | $2,500.00 | 1680* | 04/29/2019 | $600.00 |
| 1524 | 04/04/2019 | $3,600.00 | 1664 | 04/02/2019 | $384.62 | 1682* | 04/30/2019 | $2,500.00 |

* Indicates skipped check number

## BUSINESS CHECKING-2117371 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2019 | $256,579.15 | 04/11/2019 | $146,104.91 | 04/23/2019 | $58,686.70 |
| 04/02/2019 | $231,607.84 | 04/12/2019 | $140,091.99 | 04/24/2019 | $23,235.55 |
| 04/03/2019 | $185,819.92 | 04/15/2019 | $104,731.82 | 04/25/2019 | $88,505.14 |
| 04/04/2019 | $166,803.92 | 04/16/2019 | $104,232.56 | 04/26/2019 | $84,099.14 |
| 04/05/2019 | $178,263.22 | 04/17/2019 | $103,017.86 | 04/29/2019 | $74,499.14 |
| 04/08/2019 | $159,276.05 | 04/18/2019 | $100,300.86 | 04/30/2019 | $70,749.14 |
| 04/09/2019 | $169,131.47 | 04/19/2019 | $162,070.88 | | |
| 04/10/2019 | $163,421.15 | 04/22/2019 | $80,061.70 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. PAYROLL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    615,856.95

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                        615,821.95
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                           35.00

4.  RECEIPTS DURING CURRENT PERIOD:                                          62,000.00
    Transferred from General DIP Account & TAX DIP Account

5.  BALANCE:                                                                 62,035.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transferred to General DIP Account                              -
    Disbursements                                        53,880.15

    TRANSFERS DISBURSEMENTS THIS PERIOD:***                                  53,880.15


7.  ENDING BALANCE:                                                           8,154.85

8.  Payroll DIP Account Number:              ***7398
                                             The Commerce Bank of Washington
    Depository Name & Location:              601 Union St Suite 3600
                                             Seattle, WA 98101

TOTAL DISBURSEMENTS FROM PAYROLL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/03/2019 | 5361 | AKILAH SAMAH YORK | Employee Payroll Check | 555.78 |
| 04/05/2019 | 5338 | DANIiL BORISOV | Insider Payroll Check | 5,786.46 |
| 04/10/2019 | 5351 | VYACHESLAV BORISOV | Insider Payroll Check | 5,370.25 |
| 04/11/2019 | EFT | Various Employees | Direct Deposits | 15,442.96 |
| 04/12/2019 | EFT | CompuPay | Payroll Fees | 129.25 |
| 04/12/2019 | 5363 | GILBERT BARRAZA | Employee Payroll Check | 372.99 |
| 04/15/2019 | 5373 | VAROONJAN SHAHBAZIAN | Employee Payroll Check | 963.26 |
| 04/19/2019 | 5365 | VYACHESLAV BORISOV | Insider Payroll Check | 6,819.31 |
| 04/25/2019 | EFT | Various Employees | Direct Deposits | 18,317.93 |
| 04/26/2019 | EFT | CompuPay | Payroll Fees | 121.96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 53,880.15 |

## PAYROLL DIP ACCOUNT
### BANK RECONCILIATION

Bank statement Date:  _____4/30/2019_____    Balance on Statement:  $  8,154.85

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                            0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                            0.00

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            $8,154.85

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
PAYROLL
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

*Statement Ending 04/30/2019*

*DDC Group, Inc.*                          *Page 1 of 4*
*Customer Number:* ▆ *7398*

## Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 🖥 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▆7398 | $8,154.85 |

## BUSINESS CHECKING- ▆7398

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2019 | **Beginning Balance** | **$35.00** |
| | 4 Credit(s) This Period | $62,000.00 |
| | 10 Debit(s) This Period | $53,880.15 |
| 04/30/2019 | **Ending Balance** | **$8,154.85** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/01/2019 | 028307 Online Transfer from Checking * * * 7371 on 4/01/19 at 9:55 | $7,000.00 |
| 04/05/2019 | 146258 Online Transfer from Checking * * * 7371 on 4/05/19 at 10:22 | $20,000.00 |
| 04/11/2019 | 118656 Online Transfer from Checking * * * 7371 on 4/11/19 at 14:33 | $10,000.00 |
| 04/19/2019 | 140187 Online Transfer from Checking * * * 7371 on 4/19/19 at 9:57 | $25,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/11/2019 | DDC GROUP INC PAYROLL ▆7926 | $15,442.96 |
| 04/12/2019 | COMPUPAY BILLING MIRAMAR AR ▆7926 | $129.25 |
| 04/25/2019 | DDC GROUP INC PAYROLL ▆7926 | $18,317.93 |
| 04/26/2019 | COMPUPAY BILLING MIRAMAR AR ▆7926 | $121.96 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5338 | 04/05/2019 | $5,786.46 | 5361* | 04/03/2019 | $555.78 | 5365* | 04/19/2019 | $6,819.31 |
| 5351* | 04/10/2019 | $5,370.25 | 5363* | 04/12/2019 | $372.99 | 5373* | 04/15/2019 | $963.26 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2019 | $7,035.00 | 04/11/2019 | $9,879.55 | 04/25/2019 | $8,276.81 |
| 04/03/2019 | $6,479.22 | 04/12/2019 | $9,377.31 | 04/26/2019 | $8,154.85 |
| 04/05/2019 | $20,692.76 | 04/15/2019 | $8,414.05 | | |
| 04/10/2019 | $15,322.51 | 04/19/2019 | $26,594.74 | | |




I. CASH RECEIPTS AND DISBURSEMENTS

C. TAX DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........... 138,552.51

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ........... 138,199.79
ACCOUNT REPORTS

3.  BEGINNING BALANCE: ........... 352.72

4.  RECEIPTS DURING CURRENT PERIOD: ........... 13,959.96
    Transferred from General DIP Account (xxxxxx7371)

5.  BALANCE: ........... 14,312.68

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD
    Transferred to General PAYROLL Account (xxxxxx7398) _____ -
    Disbursements ........... 13,774.61

    TRANSFERS DISBURSEMENTS THIS PERIOD:*** ........... 13,774.61

7.  ENDING BALANCE: ........... 538.07

8. Tax DIP Account Number: ........... ***7401

                                      The Commerce Bank of Washington
   Depository Name & Location:        601 Union St Suite 3600
                                      Seattle, WA 98101

## TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 04/12/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 6,777.68 |
| 04/15/2019 | EFT | NSF Fee | Bank Service Charge | 35.00 |
| 04/26/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 6,961.93 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 13,774.61 |

TAX DIP ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____4/30/2019_____    Balance on Statement: $ _____538.07_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments: | _____ |
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE: | $538.07 |

* It is acceptable to replace this form with a similar form
** Please attach detailed explanation of any bank statement adjustment

# THE COMMERCE BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
TAX
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

*Statement Ending 04/30/2019*

*DDC Group, Inc.*                                           *Page 1 of 4*
*Customer Number:* ▮ *7401*

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▮7401 | $538.07 |

## BUSINESS CHECKING- ▮7401

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/30/2019 | **Beginning Balance** | **$352.72** |
| | 3 Credit(s) This Period | $13,959.96 |
| | 3 Debit(s) This Period | $13,774.61 |
| 04/30/2019 | **Ending Balance** | **$538.07** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 04/05/2019 | 146263 Online Transfer from Checking * * * 7371 on 4/05/19 at 10:23 | $6,000.00 |
| 04/19/2019 | 140243 Online Transfer from Checking * * * 7371 on 4/19/19 at 9:58 | $7,500.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/15/2019 | Internal Transfer | $459.96 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 04/12/2019 | COMPUPAY, INC TAX COL ▮7926 | $6,777.68 |
| 04/26/2019 | COMPUPAY, INC TAX COL ▮7926 | $6,961.93 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 04/15/2019 | Paid NSF Item Fee | $35.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/05/2019 | $6,352.72 | 04/15/2019 | $0.00 | 04/26/2019 | $538.07 |
| 04/12/2019 | -$424.96 | 04/19/2019 | $7,500.00 | | |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



1.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

|  |  |
|---|---|
| General DIP Account (7371): | 70,749.14 |
| Payroll DIP Account (7398): | 8,154.85 |
| Tax Dip Account (7401): | 538.07 |
| *Other Monies: | 0.00 |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                                79,442.06

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                        0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition Payments not made (number) | | Total |
|---|---|---|---|---|---|---|
| GTR | | N/A | None - Claim Disputed | N/A | | 37,820.12 |
| RDY Holdings LLC | | N/A | None - Claim Disputed | N/A | | 35,000.00 |
| Richmond Capital | | N/A | None - Claim Disputed | N/A | | 37,820.12 |
| YellowStone Capital | | N/A | None - Claim Disputed | N/A | | 118,478.24 |
| Yes Lendor | | N/A | None - Claim Disputed | N/A | | 55,583.35 |
| | | | | | | |
| Unexpired Leases: | | | | | | |
| Merrill Comm. LLC | | Monthly | 9,368.29 | 0 | | 0.00 |
| Office Corp. Inc. | | Monthly | 104.00 | 0 | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DUE: | 284,701.83 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 49,893.53

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 2,224.02 | | |
| State Withholding | 839.72 | | |
| FICA- Employer's Share | 1,689.69 | | |
| FICA- Employee's Share | 1,689.69 | | |
| Federal Unemployment | 24.31 | | |
| State Unemployment | 251.23 | | |
| Sales and Use | N/A | | |
| TOTAL: | 6,718.66 | 0.00 | |

### IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | Accounts Payable Post - Petition | Accounts Receivables | |
|---|---|---|---|
| | | Pre-Petition | Post Petition |
| 30 days of less | 319,626.97 | 0.00 | 339,437.63 |
| 31-60 days | 192,976.17 | 0.00 | 1,004,659.56 |
| 61-90 days | 128,650.79 | 0.00 | 69,582.28 |
| 91-120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 641,253.93 | 0.00 | 1,413,679.47 |

### V. INSURANCE COVERAGE

| | Name of Carrier | Amount of coverage | Policy Expiration Date | Premium paid through (Date) |
|---|---|---|---|---|
| Commericial General Liability | Rockingham Insurance Compar | 1 Mill/100k/1Mill | 12/15/2019 | 12/15/2019 |
| Worker's Compensation | State Comp Insurance | 1,000,000.00 | 12/16/2019 | 12/16/2019 |
| Umbrella | Starstone | 5,000,000.00 | 12/15/2019 | 12/15/2019 |
| Vehicle Liability | Farmer's Insurance | 1 Mill/100k/1Mill | 5/31/2019 | 5/31/2019 |
| Bond Insurance | State National | 15,000.00 | 7/15/2019 | 7/15/2019 |

### VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2018 | 78,942.75 | 975.00 | 31-Jul-2018 | 975.00 | 0.00 |
| 30-Sep-2018 | 648,553.81 | 4875.00 | 28-Sep-2018 | 650.71 | 4224.29 |
| | | | 24-Oct-2018 | 4875.00 | (650.71) |
| 31-Dec-2018 | 1,298,349.40 | 12,983.00 | 28-Jan-2019 | 4875.00 | 7458.00 |
| | | | 22-Feb-2019 | 8207.29 | (750.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | $ 18,833.00 | | $ 19,583.00 | $ (750.00) |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have veen incurred but not yet awarded by the court. Post-Petition

Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Insider Total Compensation During Month |
|---|---|---|---|
| Vyacheslav Borisov | | | 14,000.00 |
| Daniel Borisov | | | 10,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| | | |
| Gross Profit | | |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | **PLEASE SEE ATTACHED** | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| | | |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| NET INCOME/(LOSS) | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

## DDC Group Inc - updated
## Profit & Loss

**Cash Basis**                                                April 2019

|                                      | Apr 19     |
|--------------------------------------|-----------:|
| **Ordinary Income/Expense**          |            |
|   **Income**               | 553,157.54 |
|                                      |            |
|   **Cost of Goods Sold**   |            |
|     Costs of Revenue Recognized | 362,916.35 |
|   **Total COGS**           | 362,916.35 |
|                                      |            |
|   **Gross Profit**         | 190,241.19 |
|                                      |            |
|   **Expense**              |            |
|     Accounting Expense | 2,656.07 |
|     Advertising & Marketing | 956.17 |
|     Auto Expense | 3,672.31 |
|     Bank Service Charges | 330.21 |
|     Computer Expenses | 5,159.74 |
|     Employee Fringe Benefits | 107.43 |
|     Freight & Delivery | 702.07 |
|     Insurance Expense | 5,793.80 |
|     Legal Expense | 409.40 |
|     Meals & Entertainment | 3,631.10 |
|     Office Expense | 1,875.17 |
|     Office Supplies | 2,299.12 |
|     Payroll - Salaries & Wages | 49,893.53 |
|     Payroll Processing Fees | 251.21 |
|     Payroll Tax Expense | 3,851.31 |
|     Professional Development Exp | 3,150.00 |
|     Reimbursable Expenses | 19,298.43 |
|     Rent Expense | 11,781.96 |
|     Sales / Commissions | 7,652.10 |
|     Telephone Expense | 666.02 |
|     Transportation Expense | 843.95 |
|     Travel Expense | 6,824.84 |
|     Utilities | 1,285.32 |
|   **Total Expense**        | 133,091.26 |
|                                      |            |
|   **Net Ordinary Income**  | 57,149.93  |
|                                      |            |
| **Net Income**                       | **57,149.93** |

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | | Current Month End | |
|---|---|---|---|
| Current Assets: | | | |
| Unrestricted Cash | | _____ | |
| Restricted Cash | | _____ | |
| Accounts Receivable | | _____ | |
| Inventory | | _____ | |
| Notes Receivable | | _____ | |
| Prepaid Expenses | | _____ | |
| Other (Itemize) | | _____ | |
| | Total Current Assets | _____ | [_____] |
| | | | |
| Property, Plant, and Equipment | | _____ | |
| Accumulated Depreciation/Depletion | | _____ | |
| | Net Property, Plant, and Equipment | | [_____] |
| | | | |
| Other Assets (Net of Amortization): | | | |
| Due from Insiders | | _____ | |
| Other (Itemize) | | _____ | |
| | Total Other Assets | | [_____] |
| TOTAL ASSETS | | | [_____] |

**PLEASE SEE ATTACHED**

| LIABILITIES | | | |
|---|---|---|---|
| Post-petition Liabilities: | | _____ | |
| Accounts Payable | | _____ | |
| Taxes Payable | | _____ | |
| Notes Payable | | _____ | |
| Professional fees | | _____ | |
| Secured Debt | | _____ | |
| Other (Itemize) | | _____ | |
| | Total Post-petition Liabilities | | [_____] |
| | | | |
| Pre-petition Liabilities: | | | |
| Secured Liabilities | | _____ | |
| Priority Liabilities | | _____ | |
| Unsecured Liabilities | | _____ | |
| | Total Pre-petition Liabilities | | [_____] |
| TOTAL LIABILITIES | | | [_____] |
| | | | |
| EQUITY: | | | |
| Pre-petition Owners' Equity | | _____ | |
| Post-petition Profit/(Loss) | | _____ | |
| Direct Charges to Equity | | _____ | |
| TOTAL EQUITY | | | [_____] |
| TOTAL LIABILITIES & EQUITY | | | [_____] |

Accrual Basis

**DDC Group Inc - updated**
**Balance Sheet**
**As of April 30, 2019**

|  | Apr 30, 19 |  |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Commerce CK#7371 (Operating) | 70,749.14 | |
| Commerce CK#7398 (Payroll) | 8,154.85 | |
| Commerce CK#7401 (Tax) | 538.07 | |
| **Total Checking/Savings** | 79,442.06 | |
| **Accounts Receivable** | | |
| Accounts Receivable | 1,413,679.47 | **Invoices to Clients for work completed |
| Contracts Signed - Not Invoiced | 2,217,708.18 | **Yet to be invoices as work-in-proces |
| **Total Accounts Receivable** | 3,631,387.65 | |
| **Total Current Assets** | 3,710,829.71 | |
| **Fixed Assets** | | |
| Furniture & Fixtures | 10,000.00 | |
| Leasehold Improvements | 5,000.00 | |
| Office Equipment | 62,059.68 | |
| **Total Fixed Assets** | 77,059.68 | |
| **TOTAL ASSETS** | 3,787,889.39 | |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| Accounts Payable | 264,652.24 | ** vendor invoices received |
| **Total Accounts Payable** | 264,652.24 | |
| **Credit Cards** | | |
| American Express | 21,607.37 | * |
| Bento - CLOSED | 0.00 | |
| Bento - NEW | -3,089.98 | |
| Bento_Office Manager 4460 | 6,147.65 | |
| BOA Corp Account - 3063 | 21,301.63 | * |
| **Total Credit Cards** | 45,966.67 | |
| **Other Current Liabilities** | | |
| IRS Payable | -6,403.82 | |
| Loan from Vyachesslav Borisov | 19,500.00 | * |
| Payroll Clearing | 37,779.95 | |
| Payroll Liabilities | 276,630.44 | * |
| Unearned Contract Revenue | 88,471.85 | |
| Vendor Contracts Recognized | 1,773,645.33 | ** Vendor contracts work-in-proces |
| **Total Other Current Liabilities** | 2,189,623.75 | |
| **Total Current Liabilities** | 2,500,242.66 | |
| **Long Term Liabilities** | | |
| GTR Source LLC | 37,820.12 | * |
| RDY Holdings LLC | 35,000.00 | * |
| Richmond Capital | 37,820.12 | * |
| Yellow Stone Capital | 118,478.24 | * |
| YES Lender | 40,583.35 | * |

**DDC Group Inc. updated**
**Balance Sheet**
**As of April 30, 2019**

|  | Apr 30, 19 |
|---|---|
| **Total Long Term Liabilities** | 269,701.83 |
| **Total Liabilities** | 2,769,944.49 |
| **Equity** | |
| **Retained Earnings** | 205,444.38 |
| **Shareholder Contributions** | 34,820.25 |
| **Shareholder Distributions** | -2,527.00 |
| **Net Income** | 780,207.27 |
| **Total Equity** | 1,017,944.90 |
| **TOTAL LIABILITIES & EQUITY** | 3,787,889.39 |

# Questionnaire

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "yes", explain below:

   Yes ___    No _X_

   _____

2. Has he debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "yes" explain below:

   Yes ___    No _X_

   _____

3. State what progress was made during the reporting period towards filing a plan of reorganization:

   _____

4. Describe potential future developments which may have significant impact on the case:

5. Attach copies of all Orders granting relief from automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "yes" please set forth the amounts and sources of the income below:

   Yes ___    No _X_

   _____

I, Vyacheslav Borisov, Chief Executive Officer, declare under penalty of perjury that I have read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____    5/15/2019

Principal for Debtor-in-Possession                            Date