TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:                    | CHAPTER 11 (BUSINESS) | |
|---------------------------|-----------------------|---|
| DDC GROUP, INC.           | Case Number:          | 2:18-bk-17029-BB |
|                           | Operating Report Number: | 12 |
| Debtor(s).                | For the Month Ending: | 5/31/2019 |

I. CASH RECEIPTS AND DISBURSEMENTS

A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    3,777,684.31

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    3,706,935.17

3. BEGINNING BALANCE:    70,749.14

4. RECEIPTS DURING CURRENT PERIOD:

| General Sales | 321,004.29 |
| Transfers from Other DIP Accounts (from page 2) | 12,800.90 |
| Returned Check | 7,700.00 |

TOTAL RECEIPTS THIS PERIOD:    341,505.19

5. BALANCE:    412,254.33

6. LESS: DISBURSEMENTS DURING CURRENT PERIOD

| Transfers to Other DIP Accounts (from page 2) | 72,000.90 |
| Disbursements (from page 2) | 331,048.70 |

TOTAL DISBURSEMENTS THIS PERIOD:***    403,049.60

7. ENDING BALANCE:    9,204.73

8. General DIP Account Number    ***7371

Depository Name & Location:
The Commerce Bank of Washington
601 Union St Suite 3600
Seattle, WA 98101

\*   All receipts must be deposited into the general account.

\*\*   Include receits from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*   This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP Account | Purpose | * Amount Transferred | ** Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 05/01/2019 | | MARIA BUSTAMANTE | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 05/01/2019 | | CARLOS PEREDO | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 05/01/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/01/2019 | 1683 | Wind Star | Construction Materials Costs | | 10,249.27 | 10,249.27 |
| 05/01/2019 | | TRANSFER | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 05/02/2019 | 1684 | KINGSLEY-MBAEZUE-DANIEL | Employee Payroll Check | | 343.15 | 343.15 |
| 05/02/2019 | 1536 | Coolstone Concrete Design | Outside Services - Subcontractors | | 2,050.00 | 2,050.00 |
| 05/02/2019 | | Jeff Alkazian | Outside Services - Subcontractors | | 1,009.88 | 1,009.88 |
| 05/02/2019 | | RMO AGENCY LLC | Permits & Similar | | 895.00 | 895.00 |
| 05/03/2019 | | Unchained Financial Services | Accounting Expense | | 1,128.54 | 1,128.54 |
| 05/03/2019 | | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 2,300.00 | 2,300.00 |
| 05/03/2019 | | Francisco Hernandez | Outside Services - Subcontractors | | 3,500.00 | 3,500.00 |
| 05/03/2019 | 1678 | San Diego Concrete Cutting | Outside Services - Subcontractors | | 5,500.00 | 5,500.00 |
| 05/03/2019 | 1679 | San Diego Concrete Cutting | Outside Services - Subcontractors | | 4,000.00 | 4,000.00 |
| 05/06/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 05/06/2019 | | Michael Bassi | Outside Services - Subcontractors | | 4,000.00 | 4,000.00 |
| 05/06/2019 | | TRANSFER | Transfer to Payroll DIP | 16,000.00 | | 16,000.00 |
| 05/06/2019 | 1687 | INVINCIBLE CEO LLC | Professional Development Exp | | 3,150.00 | 3,150.00 |
| 05/07/2019 | | TRANSFER | Transfer to Payroll DIP | 3,000.00 | | 3,000.00 |
| 05/08/2019 | 1683 | UNITED STATES TRUSTEE | Legal Expense | | 4,875.00 | 4,875.00 |
| 05/09/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/09/2019 | | TRANSFER | Transfer to TAX DIP | 8,000.00 | | 8,000.00 |
| 05/09/2019 | | TRANSFER | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 05/09/2019 | | STATE COMP INS FUND | Insurance Expense | | 955.25 | 955.25 |
| 05/10/2019 | | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 1,000.00 | 1,000.00 |
| 05/10/2019 | | WEB PRESENCE LLC | Advertising & Marketing | | 2,000.00 | 2,000.00 |
| 05/10/2019 | | Francisco Hernandez | Outside Services - Subcontractors | | 2,500.00 | 2,500.00 |
| 05/10/2019 | | Wind Star | Construction Materials Costs | | 3,191.19 | 3,191.19 |
| 05/10/2019 | | Central Valley Millworks | Construction Materials Costs | | 11,526.30 | 11,526.30 |
| 05/10/2019 | | HM Group Corp. | Outside Services - Subcontractors | | 25,500.00 | 25,500.00 |
| 05/10/2019 | | ALL AIR MECHANICAL CONTRA | Outside Services - Subcontractors | | 40,000.00 | 40,000.00 |
| 05/10/2019 | | MARLIN BUSINESS | Office Expense | | 116.24 | 116.24 |
| 05/10/2019 | 1688 | MARTIN STEPHEN DUFFIELD | Reimbursable Expenses | | 356.71 | 356.71 |
| 05/10/2019 | 1689 | NICHOLAS SOSA | Reimbursable Expenses | | 154.00 | 154.00 |
| 05/10/2019 | 1690 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| 05/13/2019 | 1539 | Keough Electric Co | Outside Services - Subcontractors | | 15,480.00 | 15,480.00 |
| 05/13/2019 | | BILL MATRIX | Bank Service Charges | | 5.00 | 5.00 |
| 05/13/2019 | | PRIVATEPMNTSVCING | Dues & Subscriptions | | 806.67 | 806.67 |
| 05/13/2019 | | Porsche Consumer Bill Pay | Lease Exp - Vehicle | | 1,152.50 | 1,152.50 |
| 05/13/2019 | | Blue Shield of California | Insurance Expense | | 2,019.96 | 2,019.96 |
| 05/14/2019 | 1538 | DMS Air | Outside Services - Subcontractors | | 9,450.00 | 9,450.00 |
| 05/14/2019 | | KAISER PERMANENTE | Health Insurance | | 1,257.54 | 1,257.54 |
| 05/14/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 05/14/2019 | | Labor & Industries | Dues & Subscriptions | | 10.00 | 10.00 |
| 05/14/2019 | | Labor & Industries | Dues & Subscriptions | | 10.00 | 10.00 |
| 05/14/2019 | | COST FINANCIAL INSURANCE | Insurance Expense | | 63.82 | 63.82 |
| 05/15/2019 | | ANALYSIS CHARGE | Bank Service Charges | | 531.76 | 531.76 |
| 05/16/2019 | | BRIGHTER ELECTRIC | Outside Services - Subcontractors | | 950.00 | 950.00 |
| 05/16/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/16/2019 | | START UP BOLD LLC | Outside Services - Subcontractors | | 6,850.72 | 6,850.72 |
| 05/16/2019 | | COST FINANCIAL INSURANCE | Insurance Expense | | 1,054.26 | 1,054.26 |
| | | | | | | |
| | | | | | | |
| | | | Continued on Next Page | | | |

Continued from Previous Page

| Date | Check No. | Payee | Description | Transfers | Amount | Total |
|------|-----------|-------|-------------|-----------|--------|-------|
| 05/17/2019 | 1537 | Bk Electric Services | Outside Services - Subcontractors | | 3,400.00 | 3,400.00 |
| 05/17/2019 | | Francisco Hernandez | Outside Services - Subcontractors | | 1,500.00 | 1,500.00 |
| 05/17/2019 | | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 1,500.00 | 1,500.00 |
| 05/20/2019 | | A1 GLASS | Construction Materials Costs | | 7,673.27 | 7,673.27 |
| 05/21/2019 | | AT&T | Telephone Expense | | 1,210.07 | 1,210.07 |
| 05/22/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/22/2019 | | HM Group Corp. | Outside Services - Subcontractors | | 38,250.00 | 38,250.00 |
| 05/22/2019 | | TRANSFER | Transfer to Payroll DIP | 18,000.00 | | 18,000.00 |
| 05/22/2019 | | Nextiva | Telephone Expense | | 481.24 | 481.24 |
| 05/22/2019 | | Cogent Communications, Inc. | Utilities | | 575.00 | 575.00 |
| 05/23/2019 | 1543 | Unchained Financial Services | Accounts Payable | | 1,550.00 | 1,550.00 |
| 05/23/2019 | | Jeff Alkazian | Outside Services - Subcontractors | | 1,009.00 | 1,009.00 |
| 05/23/2019 | | MARIA BUSTAMANTE | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 05/23/2019 | | CARLOS PEREDO | Outside Services - Subcontractors | | 1,250.00 | 1,250.00 |
| 05/23/2019 | | TRANSFER | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 05/23/2019 | | AT&T | Telephone Expense | | 257.52 | 257.52 |
| 05/23/2019 | | Upload Infinity Insurance | Insurance Expense | | 607.09 | 607.09 |
| 05/23/2019 | 1694 | KINGSLEY-MBAEZUE-DANIEL | Employee Payroll Check | | 284.59 | 284.59 |
| 05/24/2019 | | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 750.00 | 750.00 |
| 05/24/2019 | | Juan Mireles | Outside Services - Subcontractors | | 750.00 | 750.00 |
| 05/24/2019 | | Abel Perez Calvillo | Outside Services - Subcontractors | | 750.00 | 750.00 |
| 05/24/2019 | | Francisco Hernandez | Outside Services - Subcontractors | | 1,000.00 | 1,000.00 |
| 05/24/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/24/2019 | 1695 | MARTIN STEPHEN DUFFIELD | Reimbursable Expenses | | 710.79 | 710.79 |
| 05/24/2019 | | BILL.COM | Transfer to TAX DIP | 0.71 | | 0.71 |
| 05/28/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 05/28/2019 | | MERCURY INSURANCE | Insurance Expense | | 19.16 | 19.16 |
| 05/28/2019 | 1686 | CITY OF SAN JOSE | Permits & Similar | | 16,358.00 | 16,358.00 |
| 05/28/2019 | 1698 | BOLERO INC | Sales / Commissions | | 2,500.00 | 2,500.00 |
| 05/29/2019 | 1703 | INVINCIBLE CEO LLC | Professional Development Exp | | 3,150.00 | 3,150.00 |
| 05/29/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 05/29/2019 | 1681 | ABM PARKING SERVICES | Auto Expense | | 45.00 | 45.00 |
| 05/29/2019 | 1542 | FAST HARELY ELECTRIC | Outside Services - Subcontractors | | 7,700.00 | 7,700.00 |
| 05/30/2019 | | RETURNED ITEM FEE | Bank Service Charges | | 35.00 | 35.00 |
| 05/30/2019 | | NSF FEE | Bank Service Charges | | 70.00 | 70.00 |
| 05/30/2019 | | BILL.COM | Transfer to TAX DIP | 0.19 | | 0.19 |
| 05/31/2019 | 1540 | Wind Star | Construction Materials Costs | | 15,935.21 | 15,935.21 |
| 05/31/2019 | | NSF FEE | Bank Service Charges | | 35.00 | 35.00 |
| 05/31/2019 | | JUAN CARLOS VARGAS | Outside Services - Subcontractors | | 500.00 | 500.00 |
| 05/31/2019 | | Abel Perez Calvillo | Outside Services - Subcontractors | | 500.00 | 500.00 |
| 05/31/2019 | | Juan Mireles | Outside Services - Subcontractors | | 500.00 | 500.00 |
| 05/31/2019 | | TRANSFER TO BENTO | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 05/31/2019 | | RESNIK HAYES MORADI LLP | Legal Expense | | 5,000.00 | 5,000.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $ 72,000.90 | $331,048.70 | $ 403,049.60 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____5/31/2019_____    Balance on Statement: $ _____9,204.73_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                         | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                                      _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           | $9,204.73 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment



# THE COMMERCE BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

**Statement Ending 05/31/2019**

*DDC Group, Inc.*      *Page 1 of 6*
*Customer Number:* ▆ *371*

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
OPERATING
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

┌─────────────────────────────────────────────┐
## Managing Your Accounts

(i) Branch Name    The Commerce Bank of Washington

📱 Phone Number    (206) 292-3900

✉ Mailing Address    601 Union Street, Suite 3600, Seattle, WA 98101

🖥 Online Access    www.tcbwa.com
└─────────────────────────────────────────────┘

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▆371 | $9,204.73 |

## BUSINESS CHECKING- ▆ 371

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2019** | **Beginning Balance** | **$70,749.14** |
| | 12 Credit(s) This Period | $341,505.19 |
| | 94 Debit(s) This Period | $403,049.60 |
| **05/31/2019** | **Ending Balance** | **$9,204.73** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/13/2019 | DEPOSIT | $1,660.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 05/06/2019 | 032796 Online Transfer from Checking * * * 7398 on 5/06/19 at 13:19 | $10,000.00 |
| 05/08/2019 | 092801 Online Transfer from Checking * * * 7398 on 5/08/19 at 15:22 | $800.00 |
| 05/09/2019 | IWT WKS FROSTY CORPORATION ▆ 314 FIFTH THIRD CINCI | $57,060.80 |
| 05/09/2019 | IWT APEX SPORTS AND WELLNESS, INC. ▆ 9593 BK AMER NYC | $107,883.49 |
| 05/15/2019 | IWT PREMIUM MEATS CO DDC GROUP INC ▆ 9593 BK AMER NYC | $90,000.00 |
| 05/23/2019 | BARBARA WANG NOR SENDER ▆ 9764 | $30,000.00 |
| 05/24/2019 | Bill.com Verify ▆ RH12E9HR | $0.71 |
| 05/30/2019 | 084830 Online Transfer from Checking * * * 7398 on 5/29/19 at 18:21 | $2,000.00 |
| 05/30/2019 | Bill.com Verify ▆ 12JAYQ | $0.19 |
| 05/31/2019 | BARBARA WANG NOR SENDER 420160994 | $34,400.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 05/29/2019 | RETURNED CHECK# 1542, Non Sufficient Funds | $7,700.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/01/2019 | OWT Maria Bustamante ▆ 1627 Chase | $1,250.00 |
| 05/01/2019 | OWT Carlos Peredo ▆ 27 JP Morgan Chase | $1,250.00 |
| 05/01/2019 | OWT Bento for Buesiness ▆ 69 The Bancorp Bank | $4,000.00 |
| 05/01/2019 | OWT Windstar Windows And Doors ▆ 248 Wells Fargo | $10,249.27 |
| 05/01/2019 | 089090 Online Transfer to Checking * * * 7398 on 5/01/19 at 11:19 | $10,000.00 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.


**Member FDIC**

## BUSINESS CHECKING- 7371 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 05/02/2019 | OWT Jeff Alkazian 58 Bank of America | $1,009.88 |
| 05/02/2019 | RMO AGENCY, LLC ACH 4-1960 | $895.00 |
| 05/03/2019 | OWT Unchained Financial Services 1627 Chase | $1,128.54 |
| 05/03/2019 | OWT Juan Carlos Vargas 1 JP Morgan Chase | $2,300.00 |
| 05/03/2019 | OWT Francisco Hernandez 48 Wells Fargo | $3,500.00 |
| 05/06/2019 | OWT Bento for Buesiness 169 The Bancorp Bank | $3,000.00 |
| 05/06/2019 | OWT Michael J Bassi DBA Bassi Tri-Phase 021 JP Morgan Chase | $4,000.00 |
| 05/06/2019 | 168143 Online Transfer to Checking * * * 7398 on 5/04/19 at 14:31 | $16,000.00 |
| 05/07/2019 | 067260 Online Transfer to Checking * * * 7398 on 5/07/19 at 16:49 | $3,000.00 |
| 05/09/2019 | OWT Bento for Buesiness 169 The Bancorp Bank | $4,000.00 |
| 05/09/2019 | 111383 Online Transfer to Checking * * * 7401 on 5/09/19 at 9:45 | $8,000.00 |
| 05/09/2019 | 111377 Online Transfer to Checking * * * 7398 on 5/09/19 at 9:45 | $10,000.00 |
| 05/09/2019 | STATE COMP INS F 8887828338 2JAN9HS2N68MDOE | $955.25 |
| 05/10/2019 | OWT Juan Carlos Vargas 0021 JP Morgan Chase | $1,000.00 |
| 05/10/2019 | OWT Web Presence LLC 593 Bank of America | $2,000.00 |
| 05/10/2019 | OWT Francisco Hernandez 248 Wells Fargo | $2,500.00 |
| 05/10/2019 | OWT Windstar Windows And Doors 248 Wells Fargo | $3,191.19 |
| 05/10/2019 | OWT Central Valley Millworks Inc. 0021 JP Morgan Chase | $11,526.30 |
| 05/10/2019 | OWT HM Group Inc. 1627 Chase | $25,500.00 |
| 05/10/2019 | OWT All Air Mechanical Contractors Inc 522 Comerica Bank | $40,000.00 |
| 05/10/2019 | MARLIN BUSINESS MANUAL ACH 81-001 | $116.24 |
| 05/13/2019 | BILLMATRIX BILLPAYFEE 796312 | $5.00 |
| 05/13/2019 | PRIVATEPMTSVCING PPDPAYMENT 2211 | $806.67 |
| 05/13/2019 | PORSCHE IVR IMME BILL PAY 6311 | $1,152.50 |
| 05/13/2019 | BLUESHIELD OF CA AGNT PYMNT 4069 | $2,019.96 |
| 05/14/2019 | OWT Bento for Buesiness 9 The Bancorp Bank | $3,000.00 |
| 05/14/2019 | LABOR&INDUSTRIES L&I ELF 1Q8U1 | $10.00 |
| 05/14/2019 | LABOR&INDUSTRIES L&I ELF 8U3 | $10.00 |
| 05/14/2019 | COST FINANCIAL INS. PMNT. 901 | $63.82 |
| 05/16/2019 | OWT Brighter Electric 1184 Citibank | $950.00 |
| 05/16/2019 | OWT Bento for Buesiness 69 The Bancorp Bank | $4,000.00 |
| 05/16/2019 | OWT Start Up Bold LLC 248 Wells Fargo | $6,850.72 |
| 05/16/2019 | COST FINANCIAL INS. PMNT. 072 | $1,054.26 |
| 05/17/2019 | OWT Francisco Hernandez 48 Wells Fargo | $1,500.00 |
| 05/17/2019 | OWT Juan Carlos Vargas 021 JP Morgan Chase | $1,500.00 |
| 05/20/2019 | OWT A1 Glass 48 Wells Fargo | $7,673.27 |
| 05/21/2019 | ATT Payment 003PRB8A | $1,210.07 |
| 05/22/2019 | OWT Bento for Buesiness 169 The Bancorp Bank | $4,000.00 |
| 05/22/2019 | OWT HM Group Inc. 1627 Chase | $38,250.00 |
| 05/22/2019 | 078632 Online Transfer to Checking * * * 7398 on 5/22/19 at 10:23 | $18,000.00 |
| 05/22/2019 | NEXTIVA VOIP 8 3 89 | $481.24 |
| 05/22/2019 | COGENT COMMUNICA FIRST ACH 410 | $575.00 |
| 05/23/2019 | OWT Jeff Alkazian 1 58 Bank of America | $1,009.00 |
| 05/23/2019 | OWT Maria Bustamante 627 Chase | $1,250.00 |
| 05/23/2019 | OWT Carlos Peredo 1627 JP Morgan Chase | $1,250.00 |
| 05/23/2019 | 102820 Online Transfer to Checking * * * 7398 on 5/23/19 at 9:02 | $10,000.00 |
| 05/23/2019 | ATT Payment EVR1T | $257.52 |
| 05/23/2019 | Upload Infinity Insuran Ddc Group. Inc. 2001 | $607.09 |
| 05/24/2019 | OWT Juan Carlos Mireles 593 Bank of America | $750.00 |
| 05/24/2019 | OWT Juan Carlos Vargas 021 JP Morgan Chase | $750.00 |
| 05/24/2019 | OWT Abel Perez Calvillo 0248 Wells Fargo | $750.00 |
| 05/24/2019 | OWT Francisco Hernandez 1 0248 Wells Fargo | $1,000.00 |
| 05/24/2019 | OWT Bento for Buesiness 1169 The Bancorp Bank | $4,000.00 |
| 05/24/2019 | Bill.com Verify E9HR | $0.71 |
| 05/28/2019 | OWT Bento for Buesiness 169 The Bancorp Bank | $4,000.00 |
| 05/28/2019 | MERCURY INS PAYMENT 8-1827 | $19.16 |
| 05/29/2019 | OWT Bento for Buesiness 69 The Bancorp Bank | $3,000.00 |
| 05/30/2019 | Bill.com Verify 2JAYQ | $0.19 |
| 05/31/2019 | OWT Juan Carlos Vargas 0021 JP Morgan Chase | $500.00 |
| 05/31/2019 | OWT Abel Perez Calvillo 0248 Wells Fargo | $500.00 |
| 05/31/2019 | OWT Juan Carlos Mireles 593 Bank of America | $500.00 |
| 05/31/2019 | OWT Bento for Buesiness 1169 The Bancorp Bank | $3,000.00 |
| 05/31/2019 | OWT Resnik Hayes Moradi LLP 0248 Wells Fargo | $5,000.00 |

# BUSINESS CHECKING- █████7371 (continued)

## Other Debits

| Date | Description | Amount |
|---|---|---|
| 05/13/2019 | KAISER GROUP DUE TELEPHONE ████████332 | $1,257.54 |
| 05/15/2019 | APR 19 ANALYSIS CHARGE | $531.76 |
| 05/30/2019 | Returned NSF Item Fee | $35.00 |
| 05/30/2019 | Paid NSF Item Fee | $70.00 |
| 05/31/2019 | Paid NSF Item Fee | $35.00 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1536 | 05/08/2019 | $2,050.00 | 1678* | 05/03/2019 | $5,500.00 | 1688 | 05/10/2019 | $356.71 |
| 1537 | 05/17/2019 | $3,400.00 | 1679 | 05/03/2019 | $4,000.00 | 1689 | 05/10/2019 | $154.00 |
| 1538 | 05/14/2019 | $9,450.00 | 1681* | 05/29/2019 | $45.00 | 1690 | 05/10/2019 | $2,500.00 |
| 1539 | 05/13/2019 | $15,480.00 | 1683* | 05/08/2019 | $4,875.00 | 1694* | 05/23/2019 | $284.59 |
| 1540 | 05/30/2019 | $15,935.21 | 1684 | 05/02/2019 | $343.15 | 1695 | 05/24/2019 | $710.79 |
| 1542* | 05/29/2019 | $7,700.00 | 1686* | 05/28/2019 | $16,358.00 | 1698* | 05/28/2019 | $2,500.00 |
| 1543 | 05/24/2019 | $1,550.00 | 1687 | 05/06/2019 | $3,150.00 | 1703* | 05/29/2019 | $3,150.00 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01/2019 | $43,999.87 | 05/13/2019 | $34,131.23 | 05/23/2019 | $36,962.89 |
| 05/02/2019 | $41,751.84 | 05/14/2019 | $21,597.41 | 05/24/2019 | $27,452.10 |
| 05/03/2019 | $25,323.30 | 05/15/2019 | $111,065.65 | 05/28/2019 | $4,574.94 |
| 05/06/2019 | $9,173.30 | 05/16/2019 | $98,210.67 | 05/29/2019 | -$1,620.06 |
| 05/07/2019 | $6,173.30 | 05/17/2019 | $91,810.67 | 05/30/2019 | -$15,660.27 |
| 05/08/2019 | $48.30 | 05/20/2019 | $84,137.40 | 05/31/2019 | $9,204.73 |
| 05/09/2019 | $142,037.34 | 05/21/2019 | $82,927.33 | | |
| 05/10/2019 | $53,192.90 | 05/22/2019 | $21,621.09 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $105.00 | $140.00 |
| **Total Returned Item Fees** | $35.00 | $35.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. PAYROLL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     677,856.95

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS     669,702.10

3. BEGINNING BALANCE:     8,154.85

4. RECEIPTS DURING CURRENT PERIOD:     67,000.00
   Transferred from General DIP Account & TAX DIP Account

5. BALANCE:     75,154.85

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transferred to General DIP Account     19,100.00
   Disbursements     55,968.71

   TRANSFERS DISBURSEMENTS THIS PERIOD:***     75,068.71

7. ENDING BALANCE:     86.14

8. Payroll DIP Account Number:     ***7398

| | |
|---|---|
| | The Commerce Bank of Washington |
| Depository Name & Location: | 601 Union St Suite 3600 |
| | Seattle, WA 98101 |

## TOTAL DISBURSEMENTS FROM PAYROLL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 05/03/2019 | 5327 | DANIiL BORISOV | Insider Payroll Check | 3,786.46 |
| 05/03/2019 | 5379 | VYACHESLAV BORISOV | Insider Payroll Check | 6,913.50 |
| 05/06/2019 | EFT | TRANSFER | Transfer to Operating DIP | 10,000.00 |
| 05/08/2019 | EFT | TRANSFER | Transfer to Operating DIP | 800.00 |
| 05/09/2019 | EFT | Various Employees | Direct Deposits | 18,578.31 |
| 05/10/2019 | EFT | CompuPay | Payroll Fees | 129.25 |
| 05/13/2019 | 5391 | VYACHESLAV BORISOV | Insider Payroll Check | 5,819.31 |
| 05/22/2019 | 5390 | DANIiL BORISOV | Insider Payroll Check | 3,913.50 |
| 05/23/2019 | EFT | Various Employees | Direct Deposits | 16,642.77 |
| 05/24/2019 | EFT | TRANSFER | Transfer to Operating DIP | 6,300.00 |
| 05/24/2019 | EFT | CompuPay | Payroll Fees | 126.82 |
| 05/29/2019 | 5408 | HANGARITA MALDONADO | Employee Payroll | 58.79 |
| 05/30/2019 | EFT | TRANSFER | Transfer to Operating DIP | 2,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 75,068.71 |

## PAYROLL DIP ACCOUNT
### BANK RECONCILIATION

Bank statement Date: ___5/31/2019___    Balance on Statement:    $    86.14

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

|  |
|---|
|  |

ADJUSTED BANK BALANCE:    | $86.14 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



# THE COMMERCE BANK
## OF WASHINGTON

601 Union St.
Suite 3600
Seattle, WA 98101

*Statement Ending 05/31/2019*

*DDC Group, Inc.*             *Page 1 of 4*
*Customer Number:* ███ *398*

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
PAYROLL
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ██98 | $86.14 |

## BUSINESS CHECKING- ███7398

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2019** | **Beginning Balance** | **$8,154.85** |
| | 6 Credit(s) This Period | $67,000.00 |
| | 13 Debit(s) This Period | $75,068.71 |
| **05/31/2019** | **Ending Balance** | **$86.14** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 05/01/2019 | 089090 Online Transfer from Checking * * * 7371 on 5/01/19 at 11:19 | $10,000.00 |
| 05/06/2019 | 168143 Online Transfer from Checking * * * 7371 on 5/04/19 at 14:31 | $16,000.00 |
| 05/07/2019 | 067260 Online Transfer from Checking * * * 7371 on 5/07/19 at 16:49 | $3,000.00 |
| 05/09/2019 | 111377 Online Transfer from Checking * * * 7371 on 5/09/19 at 9:45 | $10,000.00 |
| 05/22/2019 | 078632 Online Transfer from Checking * * * 7371 on 5/22/19 at 10:23 | $18,000.00 |
| 05/23/2019 | 102820 Online Transfer from Checking * * * 7371 on 5/23/19 at 9:02 | $10,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/06/2019 | 032796 Online Transfer to Checking * * * 7371 on 5/06/19 at 13:19 | $10,000.00 |
| 05/08/2019 | 092801 Online Transfer to Checking * * * 7371 on 5/08/19 at 15:22 | $800.00 |
| 05/09/2019 | DDC GROUP INC PAYROLL ███7926 | $18,578.31 |
| 05/10/2019 | COMPUPAY BILLING MIRAMAR AR ███7926 | $129.25 |
| 05/23/2019 | DDC GROUP INC PAYROLL ███7926 | $16,642.77 |
| 05/24/2019 | 140399 Online Transfer to Checking * * * 7401 on 5/24/19 at 14:24 | $6,300.00 |
| 05/24/2019 | COMPUPAY BILLING MIRAMAR AR ███7926 | $126.82 |
| 05/30/2019 | 084830 Online Transfer to Checking * * * 7371 on 5/29/19 at 18:21 | $2,000.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5327 | 05/03/2019 | $3,786.46 | 5390* | 05/22/2019 | $3,913.50 | 5408* | 05/29/2019 | $58.79 |
| 5379* | 05/03/2019 | $6,913.50 | 5391 | 05/13/2019 | $5,819.31 | | | |

* Indicates skipped check number



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



## BUSINESS CHECKING- ███ 7398 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 05/01/2019 | $18,154.85 | 05/09/2019 | $7,076.58 | 05/24/2019 | $2,144.93 |
| 05/03/2019 | $7,454.89 | 05/10/2019 | $6,947.33 | 05/29/2019 | $2,086.14 |
| 05/06/2019 | $13,454.89 | 05/13/2019 | $1,128.02 | 05/30/2019 | $86.14 |
| 05/07/2019 | $16,454.89 | 05/22/2019 | $15,214.52 | | |
| 05/08/2019 | $15,654.89 | 05/23/2019 | $8,571.75 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|:-------:|:-------:|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. TAX DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     152,512.47

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                         151,974.40
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                          538.07

4.  RECEIPTS DURING CURRENT PERIOD:                                          14,300.00
    Transferred from General DIP Account (xxxxxx7371)

5.  BALANCE:                                                                 14,838.07

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD
    Transferred to General PAYROLL Account (xxxxxx7398)                 -
    Disbursements                                       14,738.17

    TRANSFERS DISBURSEMENTS THIS PERIOD:***                                  14,738.17

7.  ENDING BALANCE:                                                              99.90

8.  Tax DIP Account Number:              ***7401

                                         The Commerce Bank of Washington
    Depository Name & Location:          601 Union St Suite 3600
                                         Seattle, WA 98101

## TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 05/10/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7,676.67 |
| 05/24/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7,061.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 14,738.17 |

## TAX DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___5/31/2019___    Balance on Statement: $ ___99.90___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          0.00

Bank statement Adjustments:                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                          $99.90

* It is acceptable to replace this form with a similar form
** Please attach detailed explanation of any bank statement adjustment



# THE COMMERCE BANK OF WASHINGTON

601 Union Street,
Suite 3600
Seattle, WA 98101

*Statement Ending 05/31/2019*

*DDC Group, Inc.*                                      *Page 1 of 2*
**Customer Number:** ▮ *7401*

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
TAX
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | ▮7401 | $99.90 |

## BUSINESS CHECKING- ▮7401

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2019** | **Beginning Balance** | **$538.07** |
| | 2 Credit(s) This Period | $14,300.00 |
| | 2 Debit(s) This Period | $14,738.17 |
| **05/31/2019** | **Ending Balance** | **$99.90** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 05/09/2019 | 111383 Online Transfer from Checking * * * 7371 on 5/09/19 at 9:45 | $8,000.00 |
| 05/24/2019 | 140399 Online Transfer from Checking * * * 7398 on 5/24/19 at 14:24 | $6,300.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05/10/2019 | COMPUPAY, INC TAX COL ▮7926 | $7,676.67 |
| 05/24/2019 | COMPUPAY, INC TAX COL ▮7926 | $7,061.50 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/09/2019 | $8,538.07 | 05/10/2019 | $861.40 | 05/24/2019 | $99.90 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

 

I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

| | |
|---|---|
| General DIP Account (7371): | 9,204.73 |
| Payroll DIP Account (7398): | 86.14 |
| Tax Dip Account (7401): | 99.90 |
| *Other Monies: | 0.00 |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                    9,390.77

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                              0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition Payments not made (number) | | Total |
|---|---|---|---|---|---|---|
| GTR | | N/A | None - Claim Disputed | N/A | | 37,820.12 |
| RDY Holdings LLC | | N/A | None - Claim Disputed | N/A | | 35,000.00 |
| Richmond Capital | | N/A | None - Claim Disputed | N/A | | 37,820.12 |
| YellowStone Capital | | N/A | None - Claim Disputed | N/A | | 118,478.24 |
| Yes Lendor | | N/A | None - Claim Disputed | N/A | | 55,583.35 |
| | | | | | | |
| Unexpired Leases: | | | | | | |
| Merrill Comm. LLC | | Monthly | 9,368.29 | 0 | | 0.00 |
| Office Corp. Inc. | | Monthly | 104.00 | 0 | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL DUE: | 284,701.83 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 51,272.19

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 2,234.81 | | |
| State Withholding | 829.26 | | |
| FICA- Employer's Share | 1,409.06 | | |
| FICA- Employee's Share | 329.53 | | |
| Federal Unemployment | - | | |
| State Unemployment | 247.43 | | |
| Sales and Use | N/A | | |
| TOTAL: | 5,050.09 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | Accounts Payable Post - Petition | Accounts Receivables | |
|---|---|---|---|
|  |  | Pre-Petition | Post Petition |
| 30 days of less | 419,291.40 | 0.00 | 497,411.50 |
| 31-60 days | 221,080.92 | 0.00 | 1,059,906.88 |
| 61-90 days | 121,975.68 | 0.00 | 625,344.54 |
| 91-120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 762,348.00 | 0.00 | 2,182,662.92 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of coverage | Policy Expiration Date | Premium paid through (Date) |
|---|---|---|---|---|
| Commericial General Liability | Rockingham Insurance Compar | 1 Mill/100k/1Mill | 12/15/2019 | 12/15/2019 |
| Worker's Compensation | State Comp Insurance | 1,000,000.00 | 12/16/2019 | 12/16/2019 |
| Umbrella | Starstone | 5,000,000.00 | 12/15/2019 | 12/15/2019 |
| Vehicle Liability | Farmer's Insurance | 1 Mill/100k/1Mill | 5/31/2019 | 5/31/2019 |
| Bond Insurance | State National | 15,000.00 | 7/15/2019 | 7/15/2019 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2018 | 78,942.75 | 975.00 | 31-Jul-2018 | 975.00 | 0.00 |
| 30-Sep-2018 | 648,553.81 | 4875.00 | 28-Sep-2018 | 650.71 | 4224.29 |
|  |  |  | 24-Oct-2018 | 4875.00 | (650.71) |
| 31-Dec-2018 | 1,298,349.40 | 12,983.00 | 28-Jan-2019 | 4875.00 | 7458.00 |
|  |  |  | 22-Feb-2019 | 8207.29 | (750.00) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | $          18,833.00 |  | $  19,583.00 | $      (750.00) |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have veen incurred but not yet awarded by the court. Post-Petition

Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Insider Total Compensation During Month |
|---|---|---|---|
| Vyacheslav Borisov | | | 12,000.00 |
| Daniel Borisov | | | 8,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**DDC Group Inc - updated**
## Profit & Loss

**Cash Basis**                                                                                     **May 2019**

|  | May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | 156,060.00 |
| **Construction Revenue Recognized** | 164,944.29 |
| **Total Income** | 321,004.29 |
| **Cost of Goods Sold** | |
| **Costs of Revenue Recognized** | |
| **Construction Materials Costs** | 54,670.37 |
| **Permits & Similar** | 17,523.00 |
| **Subcontractors Expense** | 183,519.50 |
| **Total Costs of Revenue Recognized** | 255,712.87 |
| **Total COGS** | 255,712.87 |
| **Gross Profit** | 65,291.42 |
| **Expense** | |
| **Accounting Expense** | 2,678.54 |
| **Advertising & Marketing** | 3,309.17 |
| **Auto Expense** | 1,298.02 |
| **Bank Service Charges** | 676.76 |
| **Computer Expenses** | 3,819.38 |
| **Dues & Subscriptions** | 949.87 |
| **Employee Fringe Benefits** | 70.12 |
| **Freight & Delivery** | 540.01 |
| **Insurance Expense** | |
| **Health Insurance** | 997.92 |
| **Insurance Expense - Other** | 4,719.54 |
| **Total Insurance Expense** | 5,717.46 |
| **Lease Exp - Vehicle** | 1,152.50 |
| **Legal Expense** | 9,875.00 |
| **Meals & Entertainment** | 5,258.14 |
| **Office Expense** | 3,835.54 |
| **Office Supplies** | 1,903.92 |
| **Payroll - Salaries & Wages** | 51,272.19 |
| **Payroll Processing Fees** | 256.07 |
| **Payroll Tax Expense** | 4,203.07 |
| **Professional Development Exp** | 6,300.00 |
| **Professional Fees** | 550.65 |
| **Reimbursable Expenses** | 15,947.26 |
| **Rent Expense** | 1,979.00 |
| **Sales / Commissions** | 5,000.00 |
| **Taxes & Licenses** | 197.90 |
| **Telephone Expense** | 2,301.41 |
| **Transportation Expense** | 235.20 |
| **Travel Expense** | 6,988.38 |
| **Utilities** | 575.00 |
| **Total Expense** | 136,890.56 |
| **Net Ordinary Income** | -71,599.14 |
| **Net Income** | **-71,599.14** |

Accrual Basis

# DDC Group Inc - updated
## Balance Sheet
### As of May 31, 2019

| | May 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Commerce CK#7371 (Operating) | 9,204.73 |
| Commerce CK#7398 (Payroll) | 86.14 |
| Commerce CK#7401 (Tax) | 99.90 |
| **Total Checking/Savings** | 9,390.77 |
| **Accounts Receivable** | |
| Accounts Receivable | 2,182,662.92 **Invoices to Clients for work completed |
| Contracts Signed - Not Invoiced | 2,001,532.99 **Yet to be invoices as work-in-process |
| **Total Accounts Receivable** | 4,184,195.91 |
| **Total Current Assets** | 4,193,586.68 |
| **Fixed Assets** | |
| Furniture & Fixtures | 10,000.00 |
| Leasehold Improvements | 5,000.00 |
| Office Equipment | 62,059.68 |
| **Total Fixed Assets** | 77,059.68 |
| **TOTAL ASSETS** | 4,270,646.36 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 280,099.96 ** Vendor invoices received |
| **Total Accounts Payable** | 280,099.96 |
| **Credit Cards** | |
| American Express | 21,607.37 * |
| Bento - CLOSED | 0.00 |
| Bento - NEW | -4,488.48 |
| Bento_Office Manager 4460 | 6,147.65 |
| BOA Corp Account - 3063 | 21,301.63 * |
| **Total Credit Cards** | 44,568.17 |
| **Other Current Liabilities** | |
| IRS Payable | -6,403.82 |
| Loan from Vyachesslav Borisov | 19,500.00 * |
| Payroll Clearing | 40,726.30 |
| Payroll Liabilities | 276,630.44 * |
| Unearned Contract Revenue | 34,428.06 |
| Vendor Contracts Recognized | 1,611,513.93 ** Vendor contracts work-in-process |
| **Total Other Current Liabilities** | 1,976,394.91 |
| **Total Current Liabilities** | 2,301,063.04 |
| **Long Term Liabilities** | |
| GTR Source LLC | 37,820.12 * |
| RDY Holdings LLC | 35,000.00 * |
| Richmond Capital | 37,820.12 * |
| Yellow Stone Capital | 118,478.24 * |
| YES Lender | 40,583.35 * |

Accrual Basis

**DDC Group Inc - updated**
**Balance Sheet**
**As of May 31, 2019**

|  | May 31, 19 |
|---|---|
| **Total Long Term Liabilities** | 269,701.83 |
| **Total Liabilities** | 2,570,764.87 |
| **Equity** | |
| **Retained Earnings** | 205,444.38 |
| **Shareholder Contributions** | 34,820.25 |
| **Shareholder Distributions** | -2,527.00 |
| **Net Income** | 1,462,143.86 |
| **Total Equity** | 1,699,881.49 |
| **TOTAL LIABILITIES & EQUITY** | 4,270,646.36 |

# Questionnaire

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "yes", explain below:

    Yes ___    No _X_

    _____

2.  Has he debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "yes" explain below:

    Yes ___    No _X_

    _____

3.  State what progress was made during the reporting period towards filing a plan of reorganization:

    _____

4.  Describe potential future developments which may have significant impact on the case:

5.  Attach copies of all Orders granting relief from automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "yes" please set forth the amounts and sources of the income below:

    Yes ___    No _X_

    _____

I, Vyacheslav Borisov, Chief Executive Officer, declare under penalty of perjury that I have read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____    6/12/2019

Principal for Debtor-in-Possession                    Date