UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| DDC Group, Inc. | Case Number: | 2:18-bk-17029-BB |
| | Operating Report Number: | 13 |
| Debtor(s). | For the Month Ending: | 6/30/2019 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          4,119,189.50

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          4,109,984.77

3. BEGINNING BALANCE:          9,204.73

4. RECEIPTS DURING CURRENT PERIOD:
   General Sales                                             371,845.34
   Transfer From Payroll DIP (xxxxxx7398)                      5,000.00
   Transfer From Tax DIP (xxxxxx7401)                          6,000.00

   TOTAL RECEIPTS THIS PERIOD:          382,845.34

5. BALANCE:          392,050.07

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)            84,382.14
   Disbursements (from page 2)                             192,097.82

   TOTAL DISBURSEMENTS THIS PERIOD:***          276,479.96

7. ENDING BALANCE:          115,570.11

8. General DIP Account Number:          xxxxx7371

   Depository Name & Location:          The Commerce Bank of Washington
                                        601 Union St., Suite 3600
                                        Seattle, WA  98101

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/1/2019 | 1542 | Principal | Outside Services - Subcontractor | | 7,700.00 | 7,700.00 |
| 6/1/2019 | 1691 | Cnstrctn Cost Acct | Accounting Expenses | | 300.00 | 300.00 |
| 6/1/2019 | 1699 | VF Mall, LLC | Construction Materials & Deposit | | 10,000.00 | 10,000.00 |
| 6/1/2019 | 1700 | VF Mall, LLC | Dumpster Fees | | 1,000.00 | 1,000.00 |
| 6/1/2019 | 1701 | Principal | Outside Services - Subcontractor | | 1,122.04 | 1,122.04 |
| 6/5/2019 | 1702 | Bolero, Inc. | Sales Commission | | 2,500.00 | 2,500.00 |
| 6/13/2019 | 1707 | VF Mall, LLC | Sprinkler Deposit | | 500.00 | 500.00 |
| 6/20/2019 | 1708 | Bolero, Inc. | Sales Commission | | 2,500.00 | 2,500.00 |
| 6/25/2019 | 1710 | City of Santa Ana | Permits | | 1,899.25 | 1,899.25 |
| | | | | | | |
| 6/3/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractor | | 500.00 | 500.00 |
| 6/3/2019 | EFT | Web Presence LLC | Advertising & Marketing | | 5,000.00 | 5,000.00 |
| 6/3/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 6,500.00 | | 6,500.00 |
| 6/3/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 6/3/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 6/3/2019 | EFT | RMO Agency | Permits | | 895.00 | 895.00 |
| 6/4/2019 | EFT | Wind Star | Construction Materials | | 1,226.00 | 1,226.00 |
| 6/4/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 6/5/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 3,000.00 | | 3,000.00 |
| 6/6/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 6/10/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractor | | 1,200.00 | 1,200.00 |
| 6/10/2019 | EFT | Abel Perez | Outside Services - Subcontractor | | 1,200.00 | 1,200.00 |
| 6/10/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 6/10/2019 | EFT | Merrill Cmmnctns | Rent | | 9,465.50 | 9,465.50 |
| 6/10/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 6,232.14 | | 6,232.14 |
| 6/11/2019 | EFT | HM Group | Outside Services - Subcontractor | | 25,450.00 | 25,450.00 |
| 6/11/2019 | EFT | Marlin Business | Office Expense | | 128.24 | 128.24 |
| 6/12/2019 | EFT | Unchained Financial | Accounting Expenses | | 1,644.50 | 1,644.50 |
| 6/12/2019 | EFT | Cost Financial | Insurance Expense | | 63.82 | 63.82 |
| 6/13/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 6/13/2019 | EFT | Resnik Hayes Moradi | Legal Fees | | 5,000.00 | 5,000.00 |
| 6/13/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 6,000.00 | | 6,000.00 |
| 6/13/2019 | EFT | Lex Reception | Answering Service | | 420.30 | 420.30 |
| 6/14/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 7,000.00 | | 7,000.00 |
| 6/14/2019 | EFT | Nextiva Voip | Utilities:  Phone | | 481.24 | 481.24 |
| 6/14/2019 | EFT | AT&T | Utilities:  Phone | | 1,232.70 | 1,232.70 |
| 6/17/2019 | EFT | Carlos Peredo | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 6/17/2019 | EFT | Maria Bustamante | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 6/17/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 6/17/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 13,000.00 | | 13,000.00 |
| 6/17/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 34,703.60 | 34,703.60 |
| 6/17/2019 | EFT | Commerce Bank | Analysis Charge | | 590.26 | 590.26 |
| 6/18/2019 | EFT | Cost Financial | Insurance Expense | | 1,054.26 | 1,054.26 |
| 6/19/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 6/19/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 5,000.00 | | 5,000.00 |
| 6/19/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 7,650.00 | | 7,650.00 |
| 6/20/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractor | | 2,000.00 | 2,000.00 |
| 6/20/2019 | EFT | Wind Star | Construction Materials | | 5,675.59 | 5,675.59 |
| 6/20/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 3,320.00 | 3,320.00 |
| 6/24/2019 | EFT | Bento for Business | Funding of Bento Card | | 3,000.00 | 3,000.00 |
| 6/24/2019 | EFT | Chargon Electric | Outside Services - Subcontractor | | 16,064.40 | 16,064.40 |
| 6/24/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 10,000.00 | | 10,000.00 |
| 6/24/2019 | EFT | Cogent Cmmnctn | Utilities | | 575.00 | 575.00 |
| 6/24/2019 | EFT | Infinity Insurance | Insurance Expense | | 582.09 | 582.09 |
| | | | | | | |
| | | | Continued on Next Page | | | |

Continued from Previous Page

| Date | | Payee | Description | | | |
|------|------|------|------|------|------|------|
| 6/25/2019 | EFT | Carlos Peredo | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 6/25/2019 | EFT | Maria Bustamante | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 6/25/2019 | EFT | Mercury Insurance | Insurance Expense | | 19.16 | 19.16 |
| 6/25/2019 | EFT | Billing Bill.com | Service Fee | | 187.88 | 187.88 |
| 6/25/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 2,586.08 | 2,586.08 |
| 6/26/2019 | EFT | Martin Duffield | Outside Services - Subcontractor | | 2,446.74 | 2,446.74 |
| 6/27/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 6/27/2019 | EFT | Employee | Reimbursable Expense | | 85.00 | 85.00 |
| 6/27/2019 | EFT | Private Payment | Dues & Subscriptions | | 806.67 | 806.67 |
| 6/27/2019 | EFT | Porsche | Car Payment | | 1,152.50 | 1,152.50 |
| 6/28/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 5,820.00 | 5,820.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 84,382.14 | 192,097.82 | $276,479.96 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax), the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees, the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 6/30/2019 | Balance on Statement: | $115,570.11 |
|---|---|---|---|

**Plus deposits in transit (a):**

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

**TOTAL DEPOSITS IN TRANSIT** — 0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:** — 0.00

**Bank statement Adjustments:**
**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:** — $115,570.11

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
OPERATING
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### Statement Ending 06/28/2019

DDC Group, Inc.                                      Page 1 of 6
Customer Number:    7371

## Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7371 | $115,570.11 |

## BUSINESS CHECKING·    7371

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2019 | Beginning Balance | $9,204.73 |
| | 9 Credit(s) This Period | $382,845.34 |
| | 64 Debit(s) This Period | $276,479.96 |
| 06/28/2019 | Ending Balance | $115,570.11 |

### Electronic Credits

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/03/2019 | IWT LH FROZEN DESSERT INC. DBA DCD OF | | 0021 JPMORGAN CHASE | $57,000.00 |
| 06/05/2019 | 097181 Online Transfer from Checking * * * 7401 on 6/05/19 at 15:02 | | | $6,000.00 |
| 06/10/2019 | IWT SINGH'S COFFEE, INC | 0496 UNION LA AKA UBOC | | $106,065.29 |
| 06/14/2019 | APEX SPORTS AND SENDER | 9620 | | $17,020.80 |
| 06/17/2019 | 028830 Online Transfer from Checking * * * 7398 on 6/17/19 at 11:20 | | | $5,000.00 |
| 06/18/2019 | BARBARA WANG NOR SENDER | 4262 | | $6,358.00 |
| 06/18/2019 | IWT RADIUS BANK - TAYRO, LLC | 5086 RADIUS BANK | | $59,651.25 |
| 06/19/2019 | IWT APEX SPORTS AND WELLNESS, INC. | 1756 | 9593 BK AMER NYC | $35,325.00 |
| 06/28/2019 | APEX SPORTS AND SENDER | 2438 | | $90,425.00 |

### Electronic Debits

| Date | Description | | Amount |
|---|---|---|---|
| 06/03/2019 | OWT Francisco Hernandez | 0248 WELLS FARGO NA | $500.00 |
| 06/03/2019 | OWT Web Presence LLC | 9593 Bank of America | $5,000.00 |
| 06/03/2019 | 038012 Online Transfer to Checking * * * 7401 on 6/03/19 at 14:42 | | $6,500.00 |
| 06/03/2019 | 034045 Online Transfer to Checking * * * 7398 on 6/03/19 at 12:22 | | $10,000.00 |
| 06/03/2019 | 034270 Online Transfer to Checking * * * 7398 on 6/03/19 at 12:27 | | $10,000.00 |
| 06/03/2019 | RMO AGENCY, LLC ACH    -1960 | | $895.00 |
| 06/04/2019 | OWT Windstar Windows And Doors | 0248 Wells Fargo | $1,228.00 |
| 06/04/2019 | OWT Bento for Buesiness | 1169 The Bancorp Bank | $3,000.00 |
| 06/05/2019 | 096303 Online Transfer to Checking * * * 7398 on 6/05/19 at 14:32 | | $3,000.00 |
| 06/06/2019 | OWT Bento for Buesiness | 1169 The Bancorp Bank | $3,000.00 |
| 06/10/2019 | OWT Francisco Hernandez | 0248 Wells Fargo | $1,200.00 |
| 06/10/2019 | OWT Abel Perez Calvillo | 0248 Wells Fargo | $1,200.00 |
| 06/10/2019 | OWT Bento for Buesiness | 1169 The Bancorp Bank | $4,000.00 |
| 06/10/2019 | OWT Merrill Comunications LLC | 0022 US Bank | $9,465.50 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A



Case 2:18-bk-17029-BB   Doc 361   Filed 07/16/19   Entered 07/16/19 12:32:35   Desc
Main Document   surPaged6 of 326/28/2019   Page 2 of 6

DDC Group, Inc.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START–

**WITHDRAWALS OUTSTANDING – NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT   $ _____

ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)   $ _____

TOTAL   $ _____

SUBTRACT–

WITHDRAWALS OUTSTANDING   $ _____

BALANCE   $ _____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

For *CASH RESERVE ACCOUNTS:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that you made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below.

For *electronic transfer:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below.

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035

We may report information about your Cash Reserve Account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the address provided below.

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

16 2018

## BUSINESS CHECKING· 7371 (continued)

### Electronic Debits (continued)

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 06/11/2019 | OWT HM Group Inc.          1627 Chase | | $25,450.00 |
| 06/11/2019 | MARLIN BUSINESS MAN PAYS          8181-001 | | $128.24 |
| 06/12/2019 | OWT Unchained Financial Services          1627 Chase | | $1,644.50 |
| 06/12/2019 | COST FINANCIAL INS. PMNT.          2901 | | $63.82 |
| 06/13/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | | $3,000.00 |
| 06/13/2019 | OWT Resnik Hayes Moradi LLP          0248 Wells Fargo | | $5,000.00 |
| 06/13/2019 | 074449 Online Transfer to Checking * * * 7398 on 6/13/19 at 14:18 | | $6,000.00 |
| 06/13/2019 | LEXRECEPTION XXXXXX6090 FXXXXXX6134 | | $420.30 |
| 06/14/2019 | 103555 Online Transfer to Checking * * * 7398 on 6/14/19 at 14:34 | | $7,000.00 |
| 06/14/2019 | NEXTIVA VOIP _____4289 | | $481.24 |
| 06/14/2019 | ATT Payment          6003 | | $1,232.70 |
| 06/17/2019 | OWT Carlos Peredo _____. 1627 JP Morgan Chase | | $1,250.00 |
| 06/17/2019 | OWT Maria Bustamante          1627 Chase | | $1,250.00 |
| 06/17/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | | $4,000.00 |
| 06/17/2019 | 025354 Online Transfer to Checking * * * 7398 on 6/17/19 at 9:48 | | $13,000.00 |
| 06/17/2019 | Payables Bill.com Multiple Payments Bill.com Payables          2GKZ | | $34,703.60 |
| 06/18/2019 | COST FINANCIAL INS. PMNT.          3072 | | $1,054.26 |
| 06/19/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | | $4,000.00 |
| 06/19/2019 | 083795 Online Transfer to Checking * * * 7398 on 6/19/19 at 12:22 | | $5,000.00 |
| 06/19/2019 | 083801 Online Transfer to Checking * * * 7401 on 6/19/19 at 12:22 | | $7,650.00 |
| 06/20/2019 | OWT Francisco Hernandez          0248 Wells Fargo | | $2,000.00 |
| 06/20/2019 | OWT Windstar Windows And Doors          0248 Wells Fargo | | $5,675.59 |
| 06/20/2019 | Payables Bill.com Multiple Payments Bill.com Payables          8I8Y | | $3,320.00 |
| 06/24/2019 | OWT Bento for Buesiness ._._ 1169 The Bancorp Bank | | $3,000.00 |
| 06/24/2019 | OWT Chargon Electric Inc.          7522 Comerica Bank | | $16,064.40 |
| 06/24/2019 | 022286 Online Transfer to Checking * * * 7398 on 6/24/19 at 8:37 | | $10,000.00 |
| 06/24/2019 | COGENT COMMUNICA FIRST ACH          7422 | | $575.00 |
| 06/24/2019 | Upload Infinity Insuran Ddc Group. Inc.          2001 | | $582.09 |
| 06/25/2019 | OWT Carlos Peredo _____ 1627 JP Morgan Chase | | $1,250.00 |
| 06/25/2019 | OWT Maria Bustamante _____ 1627 Chase | | $1,250.00 |
| 06/25/2019 | MERCURY INS PAYMENT          -0584 | | $19.16 |
| 08/25/2019 | BILLING BILL.COM LLC BILL.COM          I2XF STMT _____ 3599 DDC GROUP | | $187.88 |
| 06/25/2019 | Payables Bill.com Multiple Payments Bill.com Payables          BZTU | | $2,586.08 |
| 06/26/2019 | OWT Martin Duffield          4187 Credit Union Logix | | $2,446.74 |
| 06/27/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | | $4,000.00 |
| 06/27/2019 | Payables Bill.com Arya Sengupta - Reimbursement Bill.com          13FE | | $85.00 |
| 06/27/2019 | PRIVATEPMTSVCING PPDPAYMENT          2211 | | $806.67 |
| 06/27/2019 | PORSCHE CONSUMER BILL PAY          6811 | | $1,152.50 |
| 06/28/2019 | Payables Bill.com GP fire Protection Bill.com          GUKQ Inv #139 | | $5,820.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 06/10/2019 | Internal Transfer | $6,232.14 |
| 06/17/2019 | MAY 19 ANALYSIS CHARGE | $590.26 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 1542 | 06/03/2019 | $7,700.00 | 1700 | 06/04/2019 | $1,000.00 | 1707* | 06/25/2019 | $500.00 |
| 1691* | 06/28/2019 | $300.00 | 1701 | 06/04/2019 | $1,122.04 | 1708 | 06/21/2019 | $2,500.00 |
| 1699* | 06/04/2019 | $10,000.00 | 1702 | 06/06/2019 | $2,500.00 | 1710* | 06/28/2019 | $1,899.25 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 06/03/2019 | $25,609.73 | 06/13/2019 | $49,022.48 | 06/24/2019 | $47,448.39 |
| 06/04/2019 | $9,261.69 | 06/14/2019 | $57,329.34 | 06/25/2019 | $41,655.27 |
| 06/05/2019 | $12,261.69 | 06/17/2019 | $7,535.48 | 06/26/2019 | $39,208.53 |
| 06/06/2019 | $6,761.69 | 06/18/2019 | $72,490.47 | 06/27/2019 | $33,164.36 |
| 06/10/2019 | $90,729.34 | 06/19/2019 | $91,165.47 | 06/28/2019 | $115,570.11 |
| 06/11/2019 | $65,151.10 | 06/20/2019 | $80,169.88 | | |
| 06/12/2019 | $63,442.78 | 06/21/2019 | $77,669.88 | | |

## BUSINESS CHECKING    7371 (continued)

**Overdraft and Returned Item Fees**

|                              | Total for this period | Total year-to-date |
|------------------------------|-----------------------|--------------------|
| **Total Overdraft Fees**     | $0.00                 | $140.00            |
| **Total Returned Item Fees** | $0.00                 | $35.00             |

Case 2:18-bk-17029-BB    Doc 361    Filed 07/16/19    Entered 07/16/19 12:32:35    Desc
Main Document    Page 9 of 32  6/28/2019    Page 6 of 6

DDC Group, Inc.

THIS PAGE LEFT INTENTIONALLY BLANK

# I. CASH RECEIPTS AND DISBURSEMENTS

## B. PAYROLL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS

744,856.95

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS

744,770.81

3. BEGINNING BALANCE:

86.14

4. RECEIPTS DURING CURRENT PERIOD:
   Transferred from General DIP Account

64,000.00

5. BALANCE:

64,086.14

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     5,000.00
   Disbursements (from page 2)                       46,796.28

   TOTAL DISBURSEMENTS THIS PERIOD:***

51,796.28

7. ENDING BALANCE:

12,289.86

8. Payroll DIP Account Number:              xxxxxx7398

   Depository Name & Location:              The Commerce Bank of Washington
                                            601 Union St., Suite 3600
                                            Seattle, WA  98101

## TOTAL DISBURSEMENTS FROM PAYROLL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/4/2019 | 5405 | Vyacheslav Borisov | Insider Payroll Check | 5,819.31 |
| 6/14/2019 | 5418 | Vyacheslav Borisov | Insider Payroll Check | 5,819.31 |
| 6/10/2019 | 5421 | Employee | Employee Payroll | 573.22 |
| 6/28/2019 | 5442 | Employee | Employee Payroll | 222.06 |
| | | | | |
| 6/6/2019 | EFT | Various Employees | Direct Deposits | 16,037.54 |
| 6/7/2019 | EFT | CompuPay | Payroll Fees | 121.96 |
| 6/17/2019 | EFT | xxxxxx7371 | Transfer to General DIP | 5,000.00 |
| 6/20/2019 | EFT | Various Employees | Direct Deposits | 18,052.65 |
| 6/21/2019 | EFT | CompuPay | Payroll Fees | 150.23 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 51,796.28 |

PAYROLE DIP ACCOUNT

BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 6/30/2019 | Balance on Statement: | $12,289.86 |

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**                                0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                                0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                                $12,289.86

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK
## OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

RETURN SERVICE REQUESTED

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
PAYROLL
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### *Statement Ending 06/28/2019*

DDC Group, Inc.                                      *Page 1 of 4*
Customer Number:    7398

## *Managing Your Accounts*

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7398 | $12,289.86 |

# BUSINESS CHECKING-    7398

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2019 | Beginning Balance | $86.14 |
| | 8 Credit(s) This Period | $64,000.00 |
| | 9 Debit(s) This Period | $51,796.28 |
| 06/28/2019 | Ending Balance | $12,289.86 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/03/2019 | 034045 Online Transfer from Checking * * * 7371 on 6/03/19 at 12:22 | $10,000.00 |
| 06/03/2019 | 034270 Online Transfer from Checking * * * 7371 on 6/03/19 at 12:27 | $10,000.00 |
| 06/05/2019 | 096303 Online Transfer from Checking * * * 7371 on 6/05/19 at 14:32 | $3,000.00 |
| 06/13/2019 | 074449 Online Transfer from Checking * * * 7371 on 6/13/19 at 14:18 | $6,000.00 |
| 06/14/2019 | 103555 Online Transfer from Checking * * * 7371 on 6/14/19 at 14:34 | $7,000.00 |
| 06/17/2019 | 025354 Online Transfer from Checking * * * 7371 on 6/17/19 at 9:48 | $13,000.00 |
| 06/19/2019 | 083795 Online Transfer from Checking * * * 7371 on 6/19/19 at 12:22 | $5,000.00 |
| 06/24/2019 | 022286 Online Transfer from Checking * * * 7371 on 6/24/19 at 8:37 | $10,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/06/2019 | DDC GROUP INC PAYROLL _ _ _ _7926 | $16,037.54 |
| 06/07/2019 | COMPUPAY BILLING MIRAMAR    7926 | $121.96 |
| 06/17/2019 | 028830 Online Transfer to Checking * * * 7371 on 6/17/19 at 11:20 | $5,000.00 |
| 06/20/2019 | DDC GROUP INC PAYROLL    7926 | $18,052.65 |
| 06/21/2019 | COMPUPAY BILLING MIRAMAR    7926 | $150.23 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 5405 | 06/04/2019 | $5,819.31 | 5421* | 06/10/2019 | $573.22 |
| 5418* | 06/14/2019 | $5,819.31 | 5442* | 06/28/2019 | $222.06 |

* Indicates skipped check number

    The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.    

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**BEFORE YOU START–**

WITHDRAWALS OUTSTANDING – NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

YOU SHOULD HAVE ADDED IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT    $_____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)    $_____

**TOTAL**    $_____

**SUBTRACT–**

WITHDRAWALS OUTSTANDING    $_____

**BALANCE**    $_____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1   Tell us your name and account number
2   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3   Tell us the dollar amount of the suspected error

**For CASH RESERVE ACCOUNTS:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below

**For electronic transfer:** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035

**We may report information about your Cash Reserve Account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the address provided below

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

10-2018

## BUSINESS CHECKING·    7398 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/03/2019 | $20,086.14 | 06/10/2019 | $534.11 | 06/20/2019 | $2,662.15 |
| 06/04/2019 | $14,266.83 | 06/13/2019 | $6,534.11 | 06/21/2019 | $2,511.92 |
| 06/05/2019 | $17,266.83 | 06/14/2019 | $7,714.80 | 06/24/2019 | $12,511.92 |
| 06/06/2019 | $1,229.29 | 06/17/2019 | $15,714.80 | 06/28/2019 | $12,289.86 |
| 06/07/2019 | $1,107.33 | 06/19/2019 | $20,714.80 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. TAX DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          166,812.47

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          166,712.57
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:          99.90

4.  RECEIPTS DURING CURRENT PERIOD:          20,382.14
    Transferred from General DIP Account (xxxxxx7401)

5.  BALANCE:          20,482.04

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          6,000.00
    Disbursements (from page 2)          14,179.88

    TOTAL DISBURSEMENTS THIS PERIOD:***          20,179.88

7.  ENDING BALANCE:          302.16

8.  Tax DIP Account Number:          xxxxxx7401

    Depository Name & Location:          The Commerce Bank of Washington
                                         601 Union St., Suite 3600
                                         Seattle, WA  98101

## TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/5/2019 | EFT | xxxxxx7371 | Transfer to General DIP | 6,000.00 |
| 6/7/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 6,797.04 |
| 6/20/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7,347.84 |
| 6/10/2019 | EFT | Commerce Bank | NSF Item Fee | 35.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 20,179.88 |

PAR OF ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 6/30/2019 | Balance on Statement: | $302.16 |
|---|---|---|---|

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT**                                0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:**                                0.00

**Bank statement Adjustments:**                                _____
**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:**                                $302.16

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

## Statement Ending 06/28/2019

DDC Group, Inc.                                    Page 1 of 4

Customer Number:    7401

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
TAX
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7401 | $302.16 |

## BUSINESS CHECKING-    7401

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2019 | Beginning Balance | $99.90 |
| | 3 Credit(s) This Period | $20,382.14 |
| | 4 Debit(s) This Period | $20,179.88 |
| 06/28/2019 | Ending Balance | $302.16 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 06/03/2019 | 038012 Online Transfer from Checking * * * 7371 on 6/03/19 at 14:42 | $6,500.00 |
| 06/19/2019 | 083801 Online Transfer from Checking * * * 7371 on 6/19/19 at 12:22 | $7,650.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/10/2019 | Internal Transfer | $6,232.14 |

### Electronic Debits

| Date | Description | | Amount |
|---|---|---|---|
| 06/05/2019 | 097181 Online Transfer to Checking * * * 7371 on 6/05/19 at 15:02 | | $6,000.00 |
| 06/07/2019 | COMPUPAY, INC TAX COL | 7926 | $6,797.04 |
| 06/20/2019 | COMPUPAY, INC TAX COL | 7926 | $7,347.84 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/10/2019 | Paid NSF Item Fee | $35.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/03/2019 | $6,599.90 | 06/07/2019 | -$6,197.14 | 06/19/2019 | $7,650.00 |
| 06/05/2019 | $599.90 | 06/10/2019 | $0.00 | 06/20/2019 | $302.16 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



Member FDIC

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START–

**WITHDRAWALS OUTSTANDING –**
**NOT CHARGED TO ACCOUNT**

| No | $ | |
|----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** | **$** |  |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT    $_____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*    $_____

TOTAL    $_____

**SUBTRACT–**

WITHDRAWALS OUTSTANDING    $_____

**BALANCE**    $_____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1. Tell us your name and account number
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error

For *CASH RESERVE ACCOUNTS:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below

**For *electronic transfer:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035

We may report information about your Cash Reserve Account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the address provided below.

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

## BUSINESS CHECKING    7401 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $35.00 | $105.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

## I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

*(Provide a copy of monthly account statements for each of the below)*

| | |
|---|---|
| General DIP Account (7371): | 115,570.11 |
| Payroll DIP Account (7398): | 12,289.86 |
| Tax DIP Account (7401): | 302.16 |
| *Other Monies: | 0.00 |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**          128,162.13

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|------|---------|--------|
| N/A | | |

**TOTAL PETTY CASH TRANSACTIONS:**          0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| GTR | N/A | None - Claim Disputed | N/A | 37,820.12 |
| RDY Holdings, LLC | N/A | None - Claim Disputed | N/A | 35,000.00 |
| Richmond Capital | N/A | None - Claim Disputed | N/A | 37,820.12 |
| YellowStone Capital | N/A | None - Claim Disputed | N/A | 118,478.24 |
| Yes Lender | N/A | None - Claim Disputed | N/A | 55,583.35 |
| | | | | |
| Unexpired Leases: | | | | |
| Merrill Comm., LLC | Monthly | 9,368.29 | 0 | 0.00 |
| Office Corp., Inc. | Monthly | 104.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 284,701.83 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax:    0.00
Total Wages Paid:    46,514.09

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 2,234.00 | | |
| State Withholding | 829.00 | | |
| FICA- Employer's Share | 1,409.26 | | |
| FICA- Employee's Share | 329.00 | | |
| Federal Unemployment | 0.00 | | |
| State Unemployment | 247.00 | | |
| Sales and Use | N/A | | |
| TOTAL: | 5,048.26 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 137,818.25 | 0.00 | 327,491.75 |
| 31 - 60 days | 220,017.25 | 0.00 | 423,491.00 |
| 61 - 90 days | 15,240.88 | 0.00 | 177,691.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 373,076.38 | 0.00 | 928,673.75 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Commericial General Liability | Rockingham Insu | 1 Mill/100K/1Mill | 12/15/2019 | 12/15/2019 |
| Worker's Compensation | State Comp Insu | 1,000,000.00 | 12/16/2019 | 12/16/2019 |
| Umbrella | Starstone | 5,000,000.00 | 12/15/2019 | 12/15/2019 |
| Vehicle Liability | Infinity Commercial | 1 Mill/1Mill | 4/23/2020 | 4/23/2020 |
| Bond Insurance | State National | 15,000.00 | 7/17/2019 | 7/17/2019 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Jun-2018 | 78,942.75 | 975.00 | 31-Jul-2018 | 975.00 | 0.00 |
| 30-Sep-2018 | 648,553.81 | 4,875.00 | 28-Sep-2018 | 650.71 | 4,224.29 |
| | | | 24-Oct-2018 | 4,875.00 | (650.71) |
| 31-Dec-2018 | 1,298,349.40 | 12,983.00 | 28-Jan-2019 | 4,875.00 | 7,458.00 |
| | | | 22-Feb-2019 | 8,207.29 | (750.00) |
| 31-Mar-2019 | 1,210,692.27 | 12,107.00 | 8-May-2019 | 4,875.00 | 7,232.00 |
| 30-Jun-2019 | 1,149,469.76 | 11,495.00 | | | 11,495.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 42,435.00 | | 24,458.00 | 17,977.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Vyacheslav Borisov | | | 11,638.62 |
| Daniil Borisov | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Vyacheslav Borisov | | Reimbursements | 0.00 |
| Daniil Borisov | | Reimbursements | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| **Gross Profit** | | |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | **PLEASE SEE ATTACHED** | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| **NET INCOME/(LOSS)** | | |

(Attach exhibit listing all itemizations required above)

9:51 AM

07/04/19

Accrual Basis

# DDC Group Inc
## Profit & Loss
### June 2019

|  | Jun 19 | % of Income |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Construction Income** | 421,244.55 | 100.0% |
| **Total Income** | 421,244.55 | 100.0% |
| **Cost of Goods Sold** | | |
| **Costs of Revenue Recognized** | | |
| Construction Materials Costs | 19,161.28 | 4.5% |
| Equipment Rental for Jobs | 211.42 | 0.1% |
| Other Construction Costs | 4,244.33 | 1.0% |
| Permits & Similar | 14,164.18 | 3.4% |
| Subcontractors Expense | 48,730.45 | 11.6% |
| **Total Costs of Revenue Recognized** | 86,511.66 | 20.5% |
| **Total COGS** | 86,511.66 | 20.5% |
| **Gross Profit** | 334,732.89 | 79.5% |
| **Expense** | | |
| Accounting Expense | 5,194.50 | 1.2% |
| Advertising & Marketing | 6,866.12 | 1.6% |
| Auto Expense | 1,470.59 | 0.3% |
| Bank Service Charges | 625.26 | 0.1% |
| Computer Expenses | 4,661.14 | 1.1% |
| Dues & Subscriptions | 1,073.77 | 0.3% |
| Employee Fringe Benefits | 68.33 | 0.0% |
| Freight & Delivery | 305.70 | 0.1% |
| Insurance Expense | | |
| Bond Expense | 625.00 | 0.1% |
| Health Insurance | 862.42 | 0.2% |
| Insurance Expense - Other | 1,719.33 | 0.4% |
| **Total Insurance Expense** | 3,206.75 | 0.8% |
| Lease Exp - Vehicle | 1,152.50 | 0.3% |
| Legal Expense | 5,483.31 | 1.3% |
| Meals & Entertainment | 7,010.15 | 1.7% |
| Office Expense | 1,279.96 | 0.3% |
| Office Supplies | 833.37 | 0.2% |
| Payroll - Salaries & Wages | 50,272.53 | 11.9% |
| Payroll Processing Fees | 272.19 | 0.1% |
| Payroll Tax Expense | 3,806.44 | 0.9% |
| Professional Fees | 879.43 | 0.2% |
| Reimbursable Expenses | 15,936.08 | 3.8% |
| Rent Expense | 9,465.50 | 2.2% |
| Sales / Commissions | 5,000.00 | 1.2% |
| Taxes & Licenses | 295.64 | 0.1% |
| Telephone Expense | 1,710.59 | 0.4% |
| Transportation Expense | 916.98 | 0.2% |
| Travel Expense | 4,610.77 | 1.1% |
| Utilities | 575.00 | 0.1% |
| **Total Expense** | 132,972.60 | 31.6% |
| **Net Ordinary Income** | 201,760.29 | 47.9% |
| **Net Income** | 201,760.29 | 47.9% |

Page 1

# A. BALANCE SHEET
## (ACCRUAL BASIS ONLY)

|  | Current Month End |  |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | | |
| Total Current Assets | | _____ |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | _____ |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | _____ |
| **TOTAL ASSETS** | | _____ |

**PLEASE SEE ATTACHED**

| **LIABILITIES** | | |
|---|---|---|
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | _____ |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Total Pre-petition Liabilities | | _____ |
| **TOTAL LIABILITIES** | | _____ |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| **TOTAL EQUITY** | | _____ |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | _____ |

9:48 AM
07/04/19
Accrual Basis

# DDC Group Inc
## Balance Sheet
### As of June 28, 2019

| | Jun 28, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bill.com Money Out Clearing | 436.08 |
| Commerce CK#7371 (Operating) | 78,298.59 |
| Commerce CK#7398 (Payroll) | 12,289.86 |
| Commerce CK#7401 (Tax) | 302.16 |
| **Total Checking/Savings** | 91,326.69 |
| **Accounts Receivable** | |
| **Accounts Receivable** | |
| Allowance for Doubtful Accounts | -575,000.00 |
| Accounts Receivable - Other | 1,503,673.21 |
| **Total Accounts Receivable** | 928,673.21 |
| **Total Accounts Receivable** | 928,673.21 |
| **Other Current Assets** | |
| Undeposited Funds | -90,425.00 |
| **Total Other Current Assets** | -90,425.00 |
| **Total Current Assets** | 929,574.90 |
| **Fixed Assets** | |
| Furniture & Fixtures | 10,000.00 |
| Leasehold Improvements | 5,000.00 |
| Office Equipment | 62,059.68 |
| **Total Fixed Assets** | 77,059.68 |
| **TOTAL ASSETS** | 1,006,634.58 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 592,481.70 |
| **Total Accounts Payable** | 592,481.70 |
| **Credit Cards** | |
| American Express | 21,607.37 |
| Bento - CLOSED | |
| Bento MC #4900( #8564)-OM Card | 23,981.00 |
| Bento MC #5296-Slava | 5,854.20 |
| Bento MC #9754- Daniil | 760.51 |
| Bento - CLOSED - Other | -30,595.71 |
| **Total Bento - CLOSED** | 0.00 |
| Bento - NEW | |
| Aireana Morris | 593.85 |
| Daniel Cardona | 3,173.28 |
| Daniil Borisov | 66,958.77 |
| Marketing Department | 17,553.81 |
| Nicholas Sosa | 6,774.40 |
| Office Manager | 105,724.16 |
| Slava Borisov | 84,658.41 |
| Supplies & Materials | 21,486.18 |
| Vikas Rudrappa | 950.00 |
| Bento - NEW - Other | -310,258.78 |
| **Total Bento - NEW** | -2.385.92 |
| Bento_Office Manager 4460 | 6,147.65 |

Page 1

9:48 AM

07/04/19

Accrual Basis

# DDC Group Inc
## Balance Sheet
### As of June 28, 2019

|  | Jun 28, 19 |
|---|---|
| **BOA Corp Account - 3063** |  |
| BOA CC#4321 | 14,574.79 |
| BOA CC#5472 | 12,682.12 |
| BOA CC#8784 | 6,402.92 |
| BOA CC#9703 | 43,445.63 |
| BOA Corp Account - 3063 - Other | -55,803.83 |
| **Total BOA Corp Account - 3063** | 21,301.63 |
| **Total Credit Cards** | 46,670.73 |
| **Other Current Liabilities** |  |
| Loan from Vyachesslav Borisov | 19,500.00 |
| Payroll Clearing | 35,601.83 |
| **Payroll Liabilities** |  |
| Federal | 84,450.63 |
| State | 14,780.15 |
| Payroll Liabilities - Other | 177,399.66 |
| **Total Payroll Liabilities** | 276,630.44 |
| **Unearned Contract Revenue** | -575,000.00 |
| **Total Other Current Liabilities** | -243,267.73 |
| **Total Current Liabilities** | 395,884.70 |
| **Long Term Liabilities** |  |
| GTR Source LLC | 37,820.12 |
| RDY Holdings LLC | 35,000.00 |
| Richmond Capital | 37,820.12 |
| Yellow Stone Capital | 118,478.24 |
| YES Lender | 40,583.35 |
| **Total Long Term Liabilities** | 269,701.83 |
| **Total Liabilities** | 665,586.53 |
| **Equity** |  |
| Retained Earnings | -458,518.61 |
| Shareholder Contributions | 34,820.25 |
| **Shareholder Distributions** |  |
| Personal Expense | -544.87 |
| Shareholder Distributions - Other | -4,264.69 |
| **Total Shareholder Distributions** | -4,809.56 |
| **Net Income** | 769,555.97 |
| **Total Equity** | 341,048.05 |
| **TOTAL LIABILITIES & EQUITY** | 1,006,634.58 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|--|--|----|-----|

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:   **No** X  **Yes** ___

_____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:   **No** X  **Yes** ___

_____

3.  State what progress was made during the reporting period toward filing a plan of reorganization

_____

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  None

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.   **No** X  **Yes** ___

_____

I,   Vyacheslav Borisov, Chief Executive Officer
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____          7/12/19
Principal for Debtor-in-Possession             Date