UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| DDC Group, Inc. | Case Number: 2:18-bk-17029-BB |
| | Operating Report Number: 14 |
| Debtor(s). | For the Month Ending: 7/31/2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 4,502,034.84

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 4,386,464.73

3. BEGINNING BALANCE: — 115,570.11

4. RECEIPTS DURING CURRENT PERIOD:
   General Sales — 208,933.05
   Other — 0.00

   TOTAL RECEIPTS THIS PERIOD: — 208,933.05

5. BALANCE: — 324,503.16

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 81,475.00
   Disbursements (from page 2) — 228,966.31

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 310,441.31

7. ENDING BALANCE: — 14,061.85

8. General DIP Account Number: xxxxx7371

   Depository Name & Location: The Commerce Bank of Washington
   601 Union St., Suite 3600
   Seattle, WA 98101

---

\* All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 7/1/2019 | 1711 | Invinsible CEO | Professional Development | | 3,100.00 | 3,100.00 |
| 7/3/2019 | 1712 | Employee | Reimbursable Expenses | | 1,414.19 | 1,414.19 |
| 7/8/2019 | 1713 | Bolero, Inc. | Sales Commission | | 2,500.00 | 2,500.00 |
| 7/9/2019 | 1714 | US Trustee | Quarterly Fees | | 7,244.36 | 7,244.36 |
| 7/12/2019 | 1716 | Employee | Reimbursable Expenses | | 1,647.34 | 1,647.34 |
| 7/18/2019 | 1718 | Bolero, Inc. | Sales Commission | | 2,500.00 | 2,500.00 |
| 7/19/2019 | 1721 | Employee | Employee Payroll | | 791.11 | 791.11 |
| | | | | | | |
| 7/1/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractor | | 2,000.00 | 2,000.00 |
| 7/1/2019 | EFT | Start Up Bold LLC | Outside Services - Subcontractor | | 3,000.00 | 3,000.00 |
| 7/1/2019 | EFT | HM Group | Outside Services - Subcontractor | | 20,000.00 | 20,000.00 |
| 7/1/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 25,000.00 | | 25,000.00 |
| 7/2/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 7/2/2019 | EFT | Lex Reception | Answering Service | | 363.95 | 363.95 |
| 7/2/2019 | EFT | RMO Agency | Permits | | 895.00 | 895.00 |
| 7/2/2019 | EFT | Kaiser Group | Insurance Expense | | 4,294.82 | 4,294.82 |
| 7/3/2019 | EFT | Juan Carlos Vargas | Outside Services - Subcontractor | | 500.00 | 500.00 |
| 7/3/2019 | EFT | Abel Perez | Outside Services - Subcontractor | | 900.00 | 900.00 |
| 7/3/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 7/3/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 5,000.00 | | 5,000.00 |
| 7/3/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 7,475.00 | | 7,475.00 |
| 7/3/2019 | EFT | AT&T | Utilities:  Phone | | 154.31 | 154.31 |
| 7/3/2019 | EFT | Claims Insurance | Insurance Expense | | 320.16 | 320.16 |
| 7/3/2019 | EFT | Blue Shield of CA | Insurance Expense | | 2,872.32 | 2,872.32 |
| 7/5/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 22,666.56 | 22,666.56 |
| 7/8/2019 | EFT | E Renter | Insurance Expense | | 103.00 | 103.00 |
| 7/10/2019 | EFT | Wind Star | Construction Materials | | 5,690.57 | 5,690.57 |
| 7/10/2019 | EFT | Carlos Peredo | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 7/10/2019 | EFT | Maria Bustamante | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 7/10/2019 | EFT | Bento for Business | Funding of Bento Card | | 6,000.00 | 6,000.00 |
| 7/10/2019 | EFT | Chargon Electric | Outside Services - Subcontractor | | 8,032.20 | 8,032.20 |
| 7/10/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 25,000.00 | | 25,000.00 |
| 7/11/2019 | EFT | Marlin Business | Office Expense | | 116.24 | 116.24 |
| 7/11/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 3,250.00 | 3,250.00 |
| 7/11/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 5,575.82 | 5,575.82 |
| 7/15/2019 | EFT | Abel Perez | Outside Services - Subcontractor | | 1,000.00 | 1,000.00 |
| 7/15/2019 | EFT | Francisco Hernandez | Outside Services - Subcontractor | | 1,000.00 | 1,000.00 |
| 7/15/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 7/15/2019 | EFT | Nextiva Voip | Office Expense | | 492.02 | 492.02 |
| 7/15/2019 | EFT | Commerce Bank | Analysis Charge | | 392.69 | 392.69 |
| 7/16/2019 | EFT | Cost Financial | Insurance Expense | | 1,054.26 | 1,054.26 |
| 7/16/2019 | EFT | Payables Bill.com | Outside Services - Subcontractor | | 18,670.00 | 18,670.00 |
| 7/17/2019 | EFT | Porsche | Car Payment | | 1,097.62 | 1,097.62 |
| 7/17/2019 | EFT | AT&T | Utilities:  Phone | | 1,233.02 | 1,233.02 |
| 7/18/2019 | EFT | Bento for Business | Funding of Bento Card | | 5,000.00 | 5,000.00 |
| 7/19/2019 | EFT | Merrill Cmmnctns | Rent | | 9,500.00 | 9,500.00 |
| 7/19/2019 | EFT | LA DWP | Utilities:  Water & Power | | 387.74 | 387.74 |
| 7/19/2019 | EFT | xxxxxx7401 | Transfer to Tax DIP | 7,117.19 | | 7,117.19 |
| 7/22/2019 | EFT | LA DWP | Utilities:  Water & Power | | 517.21 | 517.21 |
| 7/22/2019 | EFT | Cogent Cmmnctn | Utilities | | 575.00 | 575.00 |
| 7/22/2019 | EFT | AT&T | Utilities:  Phone | | 1,247.26 | 1,247.26 |
| 7/22/2019 | EFT | Construction COS | Outside Services - Subcontractor | | 6,500.00 | 6,500.00 |
| 7/23/2019 | EFT | HM Group | Outside Services - Subcontractor | | 27,000.00 | 27,000.00 |
| 7/23/2019 | EFT | Infinity Insurance | Insurance Expense | | 582.09 | 582.09 |
| | | | Continued on Next Page | | | |

| | | | Continued from Previous Page | | | |
|---|---|---|---|---|---|---|
| 7/25/2019 | EFT | Bento for Business | Funding of Bento Card | | 4,000.00 | 4,000.00 |
| 7/25/2019 | EFT | Mercury Insurance | Insurance Expense | | 19.16 | 19.16 |
| 7/25/2019 | EFT | Billing Bill.com | Service Fee | | 213.85 | 213.85 |
| 7/25/2019 | EFT | State Compensation | Insurance Expense | | 955.25 | 955.25 |
| 7/26/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 4,000.00 | | 4,000.00 |
| 7/29/2019 | EFT | Deborah Tyrell | Bookkeeping | | 480.00 | 480.00 |
| 7/29/2019 | EFT | Carlos Peredo | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 7/29/2019 | EFT | Maria Bustamante | Outside Services - Subcontractor | | 1,250.00 | 1,250.00 |
| 7/29/2019 | EFT | Bento for Business | Funding of Bento Card | | 2,000.00 | 2,000.00 |
| 7/29/2019 | EFT | HM Group | Outside Services - Subcontractor | | 14,000.00 | 14,000.00 |
| 7/29/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 8,000.00 | | 8,000.00 |
| 7/30/2019 | EFT | xxxxxx7398 | Transfer to Payroll DIP | 7,000.00 | | 7,000.00 |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 81,475.00 | 228,966.31 | $310,441.31 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL INVESTMENT ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 7/31/2019 | Balance on Statement: | $14,061.85 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | 0.00 |
|---|---|---|

Bank statement Adjustments: _____

Explanation of Adjustments-

|  |
|---|

| ADJUSTED BANK BALANCE: | $14,061.85 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
OPERATING
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Statement Ending 07/31/2019

DDC Group, Inc.                                          Page 1 of 6
Customer Number:    7371

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7371 | $14,061.85 |

## BUSINESS CHECKING- 7371

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2019 | Beginning Balance | $115,570.11 |
| | 8 Credit(s) This Period | $208,933.05 |
| | 65 Debit(s) This Period | $310,441.31 |
| 07/31/2019 | Ending Balance | $14,061.85 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/26/2019 | DEPOSIT | $29,540.63 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/08/2019 | APEX SPORTS AND SENDER          9952 | $1,530.00 |
| 07/08/2019 | APEX SPORTS AND SENDER          8256 | $22,418.00 |
| 07/09/2019 | APEX SPORTS AND SENDER          7544 | $69,811.90 |
| 07/09/2019 | IWT PREMIUM MEATS CO DDC GROUP INC          9593 BK AMER NYC | $30,000.00 |
| 07/19/2019 | BARBARA WANG NOR SENDER          7328 | $5,000.00 |
| 07/22/2019 | IWT LH FROZEN DESSERT INC. DBA DCD OF 19/07/22 _ _ _ _ 0021 JPMORGAN CHASE | $38,000.00 |
| 07/30/2019 | IWT LH FROZEN DESSERT INC. DBA BPL OF 19/07/30          0021 JPMORGAN CHASE | $12,632.52 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2019 | OWT Francisco Hernandez          0248 Wells Fargo | $2,000.00 |
| 07/01/2019 | OWT Start Up Bold LLC          0248 Wells Fargo | $3,000.00 |
| 07/01/2019 | OWT HM Group Inc.          1627 Chase | $20,000.00 |
| 07/01/2019 | 037306 Online Transfer to Checking * * * 7398 on 7/01/19 at 15:22 | $25,000.00 |
| 07/02/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | $4,000.00 |
| 07/02/2019 | LEXRECEPTION XXXXX6090 QXXXXX8971 | $363.95 |
| 07/02/2019 | RMO AGENCY, LLC ACH          1960 | $895.00 |
| 07/03/2019 | OWT Juan Carlos Vargas          0021 JP Morgan Chase | $500.00 |
| 07/03/2019 | OWT Abel Perez Calvillo          0248 Wells Fargo | $900.00 |
| 07/03/2019 | OWT Bento for Buesiness          1169 The Bancorp Bank | $4,000.00 |
| 07/03/2019 | 093198 Online Transfer to Checking * * * 7398 on 7/03/19 at 14:06 | $5,000.00 |
| 07/03/2019 | 091911 Online Transfer to Checking * * * 7401 on 7/03/19 at 13:25 | $7,475.00 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.


Member FDIC

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START–

**WITHDRAWALS OUTSTANDING – NOT CHARGED TO ACCOUNT**

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT    $_____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*    $_____

_____

_____

_____

**TOTAL**    $_____

**SUBTRACT–**

WITHDRAWALS OUTSTANDING    $_____

**BALANCE**    $_____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

For *CASH RESERVE ACCOUNTS:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below.

**For *electronic transfer:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below.

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035.

**We may report information about your Cash Reserve Account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the address provided below.

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

10-2018

## BUSINESS CHECKING· 7371 (continued)

### Electronic Debits (continued)

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 07/03/2019 | ATT Payment        7004EVR1H | | | $154.31 |
| 07/03/2019 | PLIC-SBD INSUR CLM PACT#XXXXX6314 | | | $320.16 |
| 07/03/2019 | BLUE SHIELD CA BlueShield        1000 | | | $2,872.32 |
| 07/03/2019 | Payables Bill.com Multiple Payments Bill.com Payables | M9BV | | $22,666.56 |
| 07/05/2019 | ERenterplan AMIG WEB PMTS      7HF5 | | | $103.00 |
| 07/08/2019 | OWT Windstar Windows And Doors        0248 Wells Fargo | | | $5,690.57 |
| 07/10/2019 | OWT Carlos Peredo        1627 JP Morgan Chase | | | $1,250.00 |
| 07/10/2019 | OWT Maria Bustamante        1627 Chase | | | $1,250.00 |
| 07/10/2019 | OWT Bento for Buesiness        1169 The Bancorp Bank | | | $6,000.00 |
| 07/10/2019 | OWT Chargon Electric Inc.        7522 Comerica Bank | | | $8,032.20 |
| 07/10/2019 | 079744 Online Transfer to Checking * * * 7398 on 7/10/19 at 9:34 | | | $25,000.00 |
| 07/11/2019 | MARLIN BUSINESS MAN ACH        I-001 | | | $116.24 |
| 07/11/2019 | Payables Bill.com Construction Cost Accounting Bill.com | 3WOP | | $3,250.00 |
| 07/11/2019 | Payables Bill.com Multiple Payments Bill.com Payables | VN2Z | | $5,575.82 |
| 07/15/2019 | OWT Abel Perez Calvillo        0248 Wells Fargo | | | $1,000.00 |
| 07/15/2019 | OWT Francisco Hernandez        0248 Wells Fargo | | | $1,000.00 |
| 07/15/2019 | OWT Bento for Buesiness ....1169 The Bancorp Bank | | | $5,000.00 |
| 07/15/2019 | NEXTIVA VOIP        4289 | | | $492.02 |
| 07/16/2019 | COST FINANCIAL INS. PMNT.        3072 | | | $1,054.26 |
| 07/16/2019 | Payables Bill.com Frye Electric Bill.com | 1SEK Inv #1495 | | $18,670.00 |
| 07/17/2019 | PORSCHE LEASE PMT        9145 | | | $1,097.62 |
| 07/17/2019 | ATT Payment        RB8E | | | $1,233.02 |
| 07/18/2019 | OWT Bento for Buesiness        1169 The Bancorp Bank | | | $5,000.00 |
| 07/18/2019 | OWT Merrill Comunications LLC        0022 US Bank | | | $9,500.00 |
| 07/19/2019 | LADWP WEB PAY        6872 | | | $387.74 |
| 07/19/2019 | LADWP WEB PAY _____0745 | | | $517.21 |
| 07/22/2019 | COGENT COMMUNICA FIRST ACH        9765 | | | $575.00 |
| 07/22/2019 | ATT Payment XXXXX ._.__PAYE | | | $1,247.26 |
| 07/22/2019 | CONSTRUCTION COS SALE | | | $6,500.00 |
| 07/23/2019 | OWT HM Group Inc.        1627 Chase | | | $27,000.00 |
| 07/23/2019 | Upload Infinity Insuran Ddc Group. Inc.        '2001 | | | $582.09 |
| 07/25/2019 | OWT Bento for Buesiness        1169 The Bancorp Bank | | | $4,000.00 |
| 07/25/2019 | MERCURY INS PAYMENT        6888 | | | $19.16 |
| 07/25/2019 | BILLING BILL.COM LLC BILL.COM        D551 STMT | 6723 DDC GROUP | | $213.85 |
| 07/25/2019 | STATE COMP INS F        8338        5R9Q | | | $955.25 |
| 07/26/2019 | 130482 Online Transfer to Checking * * * 7398 on 7/26/19 at 8:26 | | | $4,000.00 |
| 07/29/2019 | OWT Deborah C. Tyrell ____ 1627 Chase | | | $480.00 |
| 07/29/2019 | OWT Carlos Peredo ____ 1627 JP Morgan Chase | | | $1,250.00 |
| 07/29/2019 | OWT Maria Bustamante        1627 Chase | | | $1,250.00 |
| 07/29/2019 | OWT Bento for Buesiness        1169 The Bancorp Bank | | | $2,000.00 |
| 07/29/2019 | OWT HM Group Inc. ____ 1627 Chase | | | $14,000.00 |
| 07/29/2019 | 028685 Online Transfer to Checking * * * 7398 on 7/29/19 at 11:00 | | | $8,000.00 |
| 07/30/2019 | 064873 Online Transfer to Checking * * * 7398 on 7/30/19 at 15:23 | | | $7,000.00 |

### Other Debits

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 07/02/2019 | KAISER GROUP DUE TELEPHONE        2064 | | $4,294.82 |
| 07/15/2019 | JUN 19 ANALYSIS CHARGE | | $392.69 |
| 07/19/2019 | Internal Transfer | | $7,117.19 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 1711 | 07/02/2019 | $3,100.00 | 1714 | 07/16/2019 | $7,244.36 | 1721* | 07/23/2019 | $791.11 |
| 1712 | 07/05/2019 | $1,414.19 | 1716* | 07/15/2019 | $1,647.34 | | | |
| 1713 | 07/09/2019 | $2,500.00 | 1718* | 07/19/2019 | $2,500.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 07/01/2019 | $65,570.11 | 07/08/2019 | $25,768.23 | 07/15/2019 | $63,073.82 |
| 07/02/2019 | $52,916.34 | 07/09/2019 | $123,080.13 | 07/16/2019 | $36,105.20 |
| 07/03/2019 | $9,027.99 | 07/10/2019 | $81,547.93 | 07/17/2019 | $33,774.56 |
| 07/05/2019 | $7,510.80 | 07/11/2019 | $72,605.87 | 07/18/2019 | $19,274.56 |

## BUSINESS CHECKING- 7371 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/19/2019 | $13,752.42 | 07/25/2019 | $9,868.70 | 07/30/2019 | $14,061.85 |
| 07/22/2019 | $43,430.16 | 07/26/2019 | $35,409.33 | | |
| 07/23/2019 | $15,056.96 | 07/29/2019 | $8,429.33 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|------|------|
| **Total Overdraft Fees** | $0.00 | $140.00 |
| **Total Returned Item Fees** | $0.00 | $35.00 |

DDC Group, Inc.                    2117373                    Statement Ending 07/31/2019                    Page 6 of 6

THIS PAGE LEFT INTENTIONALLY BLANK

I. CASH RECEIPTS AND DISBURSEMENTS

B. PAYROLL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                    808,856.95

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL                         796,567.09
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                       12,289.86

4. RECEIPTS DURING CURRENT PERIOD:                                          74,305.73
Transferred from General DIP Account & $305.73 Credit from CompuPay

5. BALANCE:                                                                 86,595.59

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)                 0.00
Disbursements (from page 2)                              59,546.05

   TOTAL DISBURSEMENTS THIS PERIOD:***                                      59,546.05

7. ENDING BALANCE:                                                          27,049.54

8. Payroll DIP Account Number:                xxxxxx7398
                                              The Commerce Bank of Washington
   Depository Name & Location:                601 Union St., Suite 3600
                                              Seattle, WA  98101

# TOTAL DISBURSEMENTS FROM PAYROLL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7/2/2019 | 5404 | Daniel Borisov | Insider Payroll Check | 3,913.50 |
| 7/2/2019 | 5417 | Daniel Borisov | Insider Payroll Check | 3,913.50 |
| 7/15/2019 | 5428 | Employee | Employee Payroll | 229.19 |
| 7/2/2019 | 5431 | Vyacheslav Borisov | Insider Payroll Check | 6,413.50 |
| 7/12/2019 | 5447 | Vyacheslav Borisov | Insider Payroll Check | 6,439.00 |
| 7/15/2019 | 5459 | Employee | Employee Payroll | 446.94 |
| | | | | |
| 7/3/2019 | EFT | Various Employees | Direct Deposits | 19,848.19 |
| 7/5/2019 | EFT | CompuPay | Payroll Fees | 137.22 |
| 7/18/2019 | EFT | Various Employees | Direct Deposits | 18,064.26 |
| 7/19/2019 | EFT | CompuPay | Direct Deposits | 140.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 59,546.05 |

PAYROLL DIR ACCOUNT

## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 7/31/2019 | Balance on Statement: | $27,049.54 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT       | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:       | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:       | $27,049.54 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# THE COMMERCE BANK OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
PAYROLL
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Statement Ending 07/31/2019

*DDC Group, Inc.*                                          Page 1 of 4
**Customer Number:    7398**

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| 📱 | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7398 | $27,049.54 |

## BUSINESS CHECKING-   7398

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2019 | **Beginning Balance** | **$12,289.86** |
| | 7 Credit(s) This Period | $74,305.73 |
| | 10 Debit(s) This Period | $59,546.05 |
| 07/31/2019 | **Ending Balance** | **$27,049.54** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/01/2019 | 037306 Online Transfer from Checking * * * 7371 on 7/01/19 at 15:22 | $25,000.00 |
| 07/03/2019 | 093198 Online Transfer from Checking * * * 7371 on 7/03/19 at 14:06 | $5,000.00 |
| 07/10/2019 | 079744 Online Transfer from Checking * * * 7371 on 7/10/19 at 9:34 | $25,000.00 |
| 07/10/2019 | 85899 COMPUPAY R MISC ITEMS          5899 | $305.73 |
| 07/26/2019 | 130482 Online Transfer from Checking * * * 7371 on 7/26/19 at 8:26 | $4,000.00 |
| 07/29/2019 | 028685 Online Transfer from Checking * * * 7371 on 7/29/19 at 11:00 | $8,000.00 |
| 07/30/2019 | 064873 Online Transfer from Checking * * * 7371 on 7/30/19 at 15:23 | $7,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/03/2019 | DDC GROUP INC PAYROLL          7926 | $19,848.19 |
| 07/05/2019 | COMPUPAY BILLING MIRAMAR          7926 | $137.22 |
| 07/18/2019 | DDC GROUP INC PAYROLL          7926 | $18,064.26 |
| 07/19/2019 | COMPUPAY BILLING MIRAMAR AR          7926 | $140.75 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5404 | 07/02/2019 | $3,913.50 | 5428* | 07/15/2019 | $229.19 | 5447* | 07/12/2019 | $6,439.00 |
| 5417* | 07/02/2019 | $3,913.50 | 5431* | 07/02/2019 | $6,413.50 | 5459* | 07/15/2019 | $446.94 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2019 | $37,289.86 | 07/02/2019 | $23,049.36 | 07/03/2019 | $8,201.17 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.

 Member **FDIC**

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START—

**WITHDRAWALS OUTSTANDING – NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT   $_____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*   $_____

_____

_____

**TOTAL**   $_____

**SUBTRACT—**

WITHDRAWALS OUTSTANDING   $_____

**BALANCE**   $_____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

For *CASH RESERVE ACCOUNTS:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below.

**For *electronic transfer:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below.

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035.

**We may report information about your Cash Reserve Account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the address provided below.

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

10-2018

DDC Group, Inc.                                        7398        Statement Ending 07/31/2019        Page 3 of 4

## BUSINESS CHECKING·  7398 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/05/2019 | $8,063.95 | 07/15/2019 | $26,254.55 | 07/26/2019 | $12,049.54 |
| 07/10/2019 | $33,369.68 | 07/18/2019 | $8,190.29 | 07/29/2019 | $20,049.54 |
| 07/12/2019 | $26,930.68 | 07/19/2019 | $8,049.54 | 07/30/2019 | $27,049.54 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS

C. TAX DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 187,194.61 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 186,892.45 |
| 3. BEGINNING BALANCE: | | 302.16 |
| 4. RECEIPTS DURING CURRENT PERIOD:<br>Transferred from General DIP Account (xxxxxx7401) | | 14,592.19 |
| 5. BALANCE: | | 14,894.35 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 14,894.35 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 14,894.35 |
| 7. ENDING BALANCE: | | (0.00) |

8. Tax DIP Account Number:

        xxxxxx7401

Depository Name & Location:

        The Commerce Bank of Washington
        601 Union St., Suite 3600
        Seattle, WA  98101

TOTAL DISBURSEMENTS FROM TAX DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7/3/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7,775.05 |
| 7/18/2019 | EFT | CompuPay, Inc. | Payroll Taxes | 7,084.30 |
| 7/19/2019 | EFT | Commerce Bank | NSF Item Fee | 35.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 14,894.35 |

TAX DIR ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 7/31/2019 | Balance on Statement: | $0.00 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT**                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**                                    | 0.00 |

Bank statement Adjustments:                                    | _____ |
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**                                    | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# THE
# COMMERCE
# BANK
## OF WASHINGTON

601 Union St
Suite 3600
Seattle, WA 98101

## Statement Ending 07/31/2019

DDC Group, Inc.                                           Page 1 of 4
**Customer Number:   7401**

**RETURN SERVICE REQUESTED**

DDC GROUP, INC.
DEBTOR IN POSSESSION
CASE #2 18-BK-17029-BB
TAX
350 S GRAND AVE STE 1670
LOS ANGELES CA 90071-3484

## Managing Your Accounts

| | | |
|---|---|---|
| (i) | Branch Name | The Commerce Bank of Washington |
| | Phone Number | (206) 292-3900 |
| ✉ | Mailing Address | 601 Union Street, Suite 3600, Seattle, WA 98101 |
| 💻 | Online Access | www.tcbwa.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 7401 | $0.00 |

## BUSINESS CHECKING·    7401

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/29/2019 | **Beginning Balance** | **$302.16** |
| | 2 Credit(s) This Period | $14,592.19 |
| | 3 Debit(s) This Period | $14,894.35 |
| 07/31/2019 | **Ending Balance** | **$0.00** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/03/2019 | 091911 Online Transfer from Checking * * * 7371 on 7/03/19 at 13:25 | $7,475.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 07/19/2019 | Internal Transfer | $7,117.19 |

### Electronic Debits

| Date | Description | | Amount |
|---|---|---|---|
| 07/03/2019 | COMPUPAY, INC TAX COL | 7926 | $7,775.05 |
| 07/18/2019 | COMPUPAY, INC TAX COL | 7926 | $7,084.30 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 07/19/2019 | Paid NSF Item Fee | $35.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/03/2019 | $2.11 | 07/18/2019 | -$7,082.19 | 07/19/2019 | $0.00 |



The Commerce Bank of Washington, a division of Zions Bancorporation, N.A.



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

### BEFORE YOU START–

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT

| WITHDRAWALS OUTSTANDING –<br>NOT CHARGED TO ACCOUNT | | |
| --- | --- | --- |
| No. | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT $_____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)* $_____

$_____

$_____

**TOTAL** $_____

**SUBTRACT–**

WITHDRAWALS OUTSTANDING $_____

**BALANCE** $_____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 60 days of us sending you the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information please see your deposit account agreement and applicable service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CASH RESERVE ACCOUNT TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Cash Reserve Account transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.**

1.    Tell us your name and account number.
2.    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.    Tell us the dollar amount of the suspected error.

For *CASH RESERVE ACCOUNTS:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on the amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at the address provided below.

**For *electronic transfer:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at the address provided below.

**Balance Subject to Interest Rate:** The Interest Rate is computed on the principal balance each day by application of the daily periodic rate. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 206-292-3900 or 1-800-998-4035.

**We may report information about your Cash Reserve Account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the address provided below.

The Commerce Bank of Washington
601 Union Street, Suite 3600
Seattle, WA 98101
206-292-3900 or 1-800-998-4035

A division of Zions Bancorporation, N.A.
Member FDIC

10-2018

## BUSINESS CHECKING-    7401 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

THIS PAGE LEFT INTENTIONALLY BLANK

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General DIP Account (7371): | 14,061.85 |
| Payroll DIP Account (7398): | 27,049.54 |
| Tax DIP Account (7401): | 0.00 |
| *Other Monies: | 0.00 |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:** 41,111.39

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:** 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Unexpired Leases: | | | | |
| Merrill Comm., LLC | Monthly | 9,368.29 | 0 | 0.00 |
| Office Corp., Inc. | Monthly | 104.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 0.00

Total Wages Paid: 60,059.19

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 2,766.50 | | |
| State Withholding | 923.05 | | |
| FICA- Employer's Share | 1,964.18 | | |
| FICA- Employee's Share | 1,964.18 | | |
| Federal Unemployment | 35.07 | | |
| State Unemployment | 362.41 | | |
| Sales and Use | N/A | | |
| TOTAL: | 8,015.39 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | 36,967.92 | 0.00 | 347,491.75 |
| 31 - 60 days | 76,244.92 | 0.00 | 413,491.00 |
| 61 - 90 days | 49,719.49 | 0.00 | 47,691.00 |
| 91 - 120 days | 5,872.62 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 168,804.95 | 0.00 | 808,673.75 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- |
| Commericial General Liability | Rockingham Insu | 1 Mill/100K/1Mill | 12/15/2019 | 12/15/2019 |
| Worker's Compensation | State Comp Insu | 1,000,000.00 | 12/16/2019 | 12/16/2019 |
| Umbrella | Starstone | 5,000,000.00 | 12/15/2019 | 12/15/2019 |
| Vehicle Liability | Infinity Commercial | 1 Mill/1Mill | 4/23/2020 | 4/23/2020 |
| Bond Insurance | American Contractors Indemnity Co. | 15,000.00 | 7/15/2020 | 7/15/2020 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| 30-Jun-2018 | 78,942.75 | 975.00 | 31-Jul-2018 | 975.00 | 0.00 |
| 30-Sep-2018 | 648,553.81 | 4,875.00 | 28-Sep-2018 | 650.71 | 4,224.29 |
| | | | 24-Oct-2018 | 4,875.00 | (650.71) |
| 31-Dec-2018 | 1,298,349.40 | 12,983.00 | 28-Jan-2019 | 4,875.00 | 7,458.00 |
| | | | 22-Feb-2019 | 8,207.29 | (750.00) |
| 31-Mar-2019 | 1,210,692.27 | 12,107.00 | 8-May-2019 | 4,875.00 | 6,482.00 |
| 30-Jun-2019 | 1,149,469.76 | 11,495.00 | 9-Jul-2019 | 7,244.36 | 10,732.64 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | 42,435.00 | | | 31,702.36 | 10,732.64 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Vyacheslav Borisov | | | 12,852.50 |
| Daniil Borisov | | | 7,827.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| Vyacheslav Borisov | | Reimbursements | 0.00 |
| Daniil Borisov | | Reimbursements | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| | | |
| **Gross Profit** | | |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | **PLEASE SEE ATTACHED** | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| | | |
| **NET INCOME/(LOSS)** | | |

(Attach exhibit listing all itemizations required above)

9:51 AM

07/04/19

Accrual Basis

# DDC Group Inc
## Profit & Loss
### June 2019

|  | Jun 19 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** |  |  |
| **Income** |  |  |
| Construction Income | 421,244.55 | 100.0% |
| **Total Income** | 421,244.55 | 100.0% |
| **Cost of Goods Sold** |  |  |
| **Costs of Revenue Recognized** |  |  |
| Construction Materials Costs | 19,161.28 | 4.5% |
| Equipment Rental for Jobs | 211.42 | 0.1% |
| Other Construction Costs | 4,244.33 | 1.0% |
| Permits & Similar | 14,164.18 | 3.4% |
| Subcontractors Expense | 48,730.45 | 11.6% |
| **Total Costs of Revenue Recognized** | 86,511.66 | 20.5% |
| **Total COGS** | 86,511.66 | 20.5% |
| **Gross Profit** | 334,732.89 | 79.5% |
| **Expense** |  |  |
| Accounting Expense | 5,194.50 | 1.2% |
| Advertising & Marketing | 6,866.12 | 1.6% |
| Auto Expense | 1,470.59 | 0.3% |
| Bank Service Charges | 625.26 | 0.1% |
| Computer Expenses | 4,661.14 | 1.1% |
| Dues & Subscriptions | 1,073.77 | 0.3% |
| Employee Fringe Benefits | 68.33 | 0.0% |
| Freight & Delivery | 305.70 | 0.1% |
| **Insurance Expense** |  |  |
| Bond Expense | 625.00 | 0.1% |
| Health Insurance | 862.42 | 0.2% |
| Insurance Expense - Other | 1,719.33 | 0.4% |
| **Total Insurance Expense** | 3,206.75 | 0.8% |
| Lease Exp - Vehicle | 1,152.50 | 0.3% |
| Legal Expense | 5,483.31 | 1.3% |
| Meals & Entertainment | 7,010.15 | 1.7% |
| Office Expense | 1,279.96 | 0.3% |
| Office Supplies | 833.37 | 0.2% |
| Payroll - Salaries & Wages | 50,272.53 | 11.9% |
| Payroll Processing Fees | 272.19 | 0.1% |
| Payroll Tax Expense | 3,806.44 | 0.9% |
| Professional Fees | 879.43 | 0.2% |
| Reimbursable Expenses | 15,936.08 | 3.8% |
| Rent Expense | 9,465.50 | 2.2% |
| Sales / Commissions | 5,000.00 | 1.2% |
| Taxes & Licenses | 295.64 | 0.1% |
| Telephone Expense | 1,710.59 | 0.4% |
| Transportation Expense | 916.98 | 0.2% |
| Travel Expense | 4,610.77 | 1.1% |
| Utilities | 575.00 | 0.1% |
| **Total Expense** | 132,972.60 | 31.6% |
| **Net Ordinary Income** | 201,760.29 | 47.9% |
| **Net Income** | 201,760.29 | 47.9% |

Page 1

BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                          Current Month End

   Current Assets:
   Unrestricted Cash                            _____
   Restricted Cash                              _____
   Accounts Receivable                          _____
   Inventory                                    _____
   Notes Receivable                             _____
   Prepaid Expenses                             _____
   Other (Itemize)                              _____

           Total Current Assets            [_____]

Property, Plant, and Equipment                  _____
Accumulated Depreciation/Depletion              _____
      Net Property, Plant, and Equipment   [_____]

Other Assets (Net of Amortization):
   Due from Insiders                            _____
   Other (Itemize)                              _____
          Total Other Assets              [_____]

TOTAL ASSETS                                    [_____]

**PLEASE SEE ATTACHED**

LIABILITIES
Post-petition Liabilities:
   Accounts Payable                             _____
   Taxes Payable                                _____
   Notes Payable                                _____
   Professional fees                            _____
   Secured Debt                                 _____
   Other (Itemize)                              _____
        Total Post-petition Liabilities     [_____]

Pre-petition Liabilities:
   Secured Liabilities                          _____
   Priority Liabilities                         _____
   Unsecured Liabilities                        _____
        Total Pre-petition Liabilities      [_____]

TOTAL LIABILITIES                               [_____]

EQUITY:
   Pre-petition Owners' Equity                  _____
   Post-petition Profit/(Loss)                  _____
   Direct Charges to Equity                     _____
TOTAL EQUITY                                    [_____]

TOTAL LIABILITIES & EQUITY                      [_____]

11:51 PM

08/05/19

Accrual Basis

# DDC Group Inc
# Balance Sheet
## As of July 31, 2019

|  | Jul 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bill.com Money Out Clearing | 436.08 |
| Commerce CK#7371 (Operating) | 13,418.17 |
| Commerce CK#7398 (Payroll) | 27,049.54 |
| **Total Checking/Savings** | 40,903.79 |
| **Accounts Receivable** | |
| **Accounts Receivable** | |
| Allowance for Doubtful Accounts | -575,000.00 |
| Accounts Receivable - Other | 1,383,587.58 |
| **Total Accounts Receivable** | 808,587.58 |
| **Total Accounts Receivable** | 808,587.58 |
| **Total Current Assets** | 849,491.37 |
| **Fixed Assets** | |
| Furniture & Fixtures | 10,000.00 |
| Leasehold Improvements | 5,000.00 |
| Office Equipment | 62,059.68 |
| **Total Fixed Assets** | 77,059.68 |
| **TOTAL ASSETS** | **926,551.05** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 208,804.95 |
| **Total Accounts Payable** | 208,804.95 |
| **Credit Cards** | |
| American Express | 21,607.37 |
| Bento - NEW | |
| Aireana Morris | 593.85 |
| Daniel Cardona | 4,482.51 |
| Daniil Borisov | 72,685.79 |
| Marketing Department | 19,224.24 |
| Nicholas Sosa | 6,933.16 |
| Office Manager | 115,197.18 |
| Slava Borisov | 93,866.33 |
| Supplies & Materials | 23,996.41 |
| Vikas Rudrappa | 1,015.50 |
| Bento - NEW - Other | -340,216.06 |
| **Total Bento - NEW** | -2,221.09 |
| BOA Corp Account - 3063 | 21,301.63 |
| Short Term Loan - TruFusion | 279,448.36 |
| **Total Credit Cards** | 320,136.27 |
| **Other Current Liabilities** | |
| Loan from Vyachesslav Borisov | 19,500.00 |
| Payroll Clearing | 35,327.22 |
| **Total Other Current Liabilities** | 54,827.22 |
| **Total Current Liabilities** | 583,768.44 |

Page 1

## XI. QUESTIONNAIRE

|     |     |
| --- | --- |
|     | No    Yes |

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:

   No   ✓   Yes

---

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:

   No   ✓   Yes

---

3. State what progress was made during the reporting period toward filing a plan of reorganization

---

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  None

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.

   No   ✓   Yes

---

I, Vyacheslav Borisov, Chief Executive Officer
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8/13/2019

_____          _____
Principal *for Debtor-in-Possession*                                       Date