

Kathleen Hateley, SBN 131484
DDC Group, Inc.
445 S. Figueroa Street, Suite 2160
Los Angeles, CA 90071
Kathleen@ddcgroupinc.com
(949) 677-6626

*Attorneys for Debtor*
DDC Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | ) | Case No. 2:18-bk-17029-BB |
|---|---|---|
| | ) | |
| | ) | Chapter 7 |
| DDC GROUP, INC., | ) | |
| | ) | **CHAPTER 7 SCHEDULES OF DDC** |
| | ) | **GROUP, INC. WITH PROOF OF** |
| Debtor. | ) | **SERVICE AND DECLARATION OF** |
| | ) | **VYACHESLAV BORISOV** |

Pursuant to the Court Order of June 17, 2021 converting the DDC Group, Inc. bankruptcy
from a Chapter 11 to a Chapter 7 proceeding, attached hereto are the Chapter 7 schedules.

Dated: June 29, 2021

Kathleen Hateley, DDC Group, Inc

**Kathleen Hateley**
*Attorney for Debtor*
DDC Group, Inc

*1*

Fill in this information to identify the case and this filing:

Debtor Name  DDC Group, Inc

United States Bankruptcy Court for the:  Central _____ District of  CA
(State)

Case number (If known):  2:18-bk-17029-BB

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2021          ✗  _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

Vyacheslav Borisov
Printed name

Chief Executive Officer
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name __DDC Group, Inc.__

United States Bankruptcy Court for the: __Central__ _____ District of __CA__
                                                                      (State)

Case number (If known): __2:18-bk-17029-BB__

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................. $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................... $ _____ 38,667.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................. $ _____ 38,667.70

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ _____ 18,750.88

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................. $ _____ 279,042.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................. + $ _____ 1,703,794.61

4. **Total liabilities**..................................................................................
   Lines 2 + 3a + 3b                                                                    $ _____ 2,001,587.79

Fill in this information to identify the case:

Debtor name __DDC Group, Inc.__

United States Bankruptcy Court for the: __Central__    District of __CA__
                                                                                (State)

Case number (If known): __2:18-bk-17029-BB__

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand    $_____0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Union Bank | Checking | 2030 ___ ___ ___ | $_____187.94 |
| 3.2. US Bank | Checking | 1012 ___ ___ ___ | $_____-66.29 |

4. Other cash equivalents *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____121.65

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. Office Security Dep. -KBS Realty    $_____26,396.05

7.2. Apt Lease Security Deposit-KOWA Properties    $_____6,750.00

Debtor    <u>DDC Group, Inc.</u>                                                    Case number (if known) <u>2:18-bk-17029-BB</u>
              Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. <u>Cort Furniture- Office Furniture deposit</u>                                                            $_____200.00

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                                        $_____33,346.05

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

11. **Accounts receivable**

                                                                                                      Current value of debtor's
                                                                                                      interest

    11a. 90 days old or less:    _____ – _____  = ........→      $_____
                                      face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____  = ........→      $_____
                                      face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                        $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                            Valuation method              Current value of debtor's
                                                            used for current value         interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                              % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                              $_____

Debtor    DDC Group, Inc.
_____    Case number (if known) 2:18-bk-17029-BB
          Name

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.
$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Official Form 206A/B

Schedule A/B: Assets — Real and Personal Property

Debtor    DDC Group, Inc.
_____    Case number (if known) 2:18-bk-17029-BB
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Conf room table and chairs, desks , | $_____ | _____ | $_____1,700.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| servers, laptops, printers, cell phones, desk phones | $_____ | _____ | $_____3,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |
| 43. **Total of Part 7.** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | $_____5,200.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    DDC Group, Inc._____    Case number (if known) 2:18-bk-17029-BB
               Name

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 lease-2019 Porsche Cayanne-ends 10-21    $_____    _____    $_____ 0.00

47.2 _____    $_____    _____    $_____

47.3 _____    $_____    _____    $_____

47.4 _____    $_____    _____    $_____

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    $_____    $_____

48.2 _____    $_____    $_____

49.  **Aircraft and accessories**

49.1 _____    $_____    $_____

49.2 _____    $_____    $_____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    $_____    _____    $_____

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    DDC Group, Inc.
        Name

Case number (if known) 2:18-bk-17029-BB

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office space-445 S. Fig,#2160 | lease | $_____ | _____ | $_____ 0.00 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets _____ | $_____ | _____ | $_____ |
| 61. Internet domain names and websites _____ | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties _____ | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations _____ | $_____ | _____ | $_____ |
| 64. Other intangibles, or intellectual property _____ | $_____ | _____ | $_____ |
| 65. Goodwill _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Schedule A/B: Assets — Real and Personal Property

Debtor    DDC Group, Inc.
Name

Case number (if known) 2:18-bk-17029-BB

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____ − _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____    $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)
cross-complaint of DDC-LASC Case no. 20STCV2967
Nature of claim    cross-complaint    $_____0.00
Amount requested    $   500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim    _____    $_____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership    $_____

_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    DDC Group, Inc.
          _____
          Name

Case number (if known) 2:18-bk-17029-BB

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 121.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 33,346.05 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 38,667.70 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................    $ 38,667.70

Schedule A/B: Assets — Real and Personal Property

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____   Column B: $_____

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____   Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

Debtor _____    _____
              Name                                                  Case number (if known)

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____    $_____    $_____

**Creditor's mailing address**                                   _____

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**      **Is the creditor an insider or related party?**

_____    ☐ No
                                            ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**

**Last 4 digits of account**                 ☐ No
**number** ___ ___ ___ ___                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                            Check all that apply.
☐ No                                        ☐ Contingent
☐ Yes. Have you already specified the relative    ☐ Unliquidated
     priority?                              ☐ Disputed

    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

         _____
         _____
         _____

    ☐ Yes. The relative priority of creditors is
         specified on lines _____

---

**2._** Creditor's name

Describe debtor's property that is subject to a lien

_____    $_____    $_____

**Creditor's mailing address**                                   _____

_____

_____    **Describe the lien**

_____

**Creditor's email address, if known**      **Is the creditor an insider or related party?**

_____    ☐ No
                                            ☐ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**

**Last 4 digits of account**                 ☐ No
**number** ___ ___ ___ ___                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
                                            Check all that apply.
☐ No                                        ☐ Contingent
☐ Yes. Have you already specified the relative    ☐ Unliquidated
     priority?                              ☐ Disputed

    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

         _____
         _____

    ☐ Yes. The relative priority of creditors is
         specified on lines _____

Debtor _____    Case number *(if known)*_____
     Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an
  amended filing

Official Form 206E/F
_____

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                 | Total claim | Priority amount |
|-----|-----------------------------------------------------------------|-------------|-----------------|

**2.1** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____
    Name

Case number (if known) _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

\$_____    \$_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

\$_____    \$_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

\$_____    \$_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

\$_____    \$_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor _____    Case number *(if known)* _____
         Name

## Part 2:    List All Creditors with **NONPRIORITY** Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**3.2** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**3.3** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**3.4** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**3.5** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**3.6** **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor _____
             Name

_____ Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Basis for the claim:** _____

Date or dates debt was incurred        _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number _(if known)_____
              Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____
        Name

Case number _(if known)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

4.___    _____
         _____
         _____

Line _____
☐ Not listed. Explain _____
            _____

___ ___ ___ ___

Debtor _____
        Name                                    Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. ✚ | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

Debtor _____          Case number (if known)_____
                    Name

▮   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._ **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

<table>
<tr><td>**Fill in this information to identify the case:**</td></tr>
</table>

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                              (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors
                                                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____    Case number (if known)_____
       Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business

address is: 445 S. Figueroa Street, Suite 2160, Los Angeles, CA 90071.

**This Proof of Service concerns the following document :**

**Chapter 7 Schedules AB through H (** DDC Group, Inc.)

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the document listed

above will be served by the court via NEF and hyperlink to the document. On 6/30/2021 I checked the

CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following

person(s) are on the Electronic Service List:

See attached list


**SERVED BY U.S. MAIL:** On 6/30/2021 I served the following person(s) and/or entity(ies) at the last

known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed

envelope in the United States Mail, first class, postage prepaid, and addressed as follows:

See Attached List

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct.

Dated: 6/30/2021

_____
Kathleen M. Hateley, Attorney at Law
Attorney for DDC Group, Inc.

MASTER SERVICE LIST FOR MAILED SERVICE
COMBINED CHAPTER 11 LIST WITH CHAPTER 7 MASTER LIST

Vyacheslav Borisov
2219 Main Street # 363
Santa Monica, CA 90405

Daniil Borisov
900 W. Olympic Blvd Apt 35A
Los Angeles, CA 90015

Bristol West Insurance
26413 Jefferson Ave Suite F
Murrieta, CA 92562

Automatic Data Processing, Inc.
1 ADP Blvd
Roseland, NJ 07068

Porche USA
One Porsche Drive
Atlanta, GA 30354

Kaiser California Service Center
Small Business Accounts
PO Box 23219
San Diego, CA 92193-3219

KBS II 445 S. Figueroa, LLC
Attn General Counsel
800 Newport Center Drive Suite 700
Newport Beach, CA  92660

KBS Capital Advisors, LLC
Attn Tim Helgeson
800 Newport Center Drive, Suite 700
Newport Beach, CA  92660

AT&T Wireless
c/o CT Corporation System
150 Fayetteville St  Box 1011
Raleigh, North Carolina 27601

Cogent Communications

2450 N. Street NW
Washington, DC 20037

Blue Mountain Spring Water
1011 Waterman Drive
Waterman NY 13601


Cort Furniture
8484 Wilshire Blvd Suite 150
Beverly Hills, CA 90211

Pinnacle Communication Service
730 Fairmont Avenue
Glendale, CA 91203

Tokio Marine American Ins. Co
1221 Ave of the Americas Suite 1500
New York, NY 10020

Resnik Hayes, Moradi
17609 Ventura Blvd Suite 314
Encino, CA 91316

State Compensation Ins Fund
PO Box 22022
Santa Ana, CA 92702

Box Inc
900 Jefferson Avenue
Redwood, CA 94063

Blue Shield
Installation & Billing Group
PO Box 3008
Lodi, CA 95241-3008

Principal Dental
c/o Principal Live Ins Co
711 High Street
Des Moines, IA 50392

Tradesmen International LLC
9760 Shepard Rd
Macedonia, OH 44056

Tradesmen International
c/o Arendsen Cane Molnar LLP
315 S. Beverly Dr Suite 320
Beverly Hills, CA 90212

Singh's Coffee Inc.
1467 Paseo De Las Flores
Encinitas, CA 92024

Singh's Coffee Inc
c/o Erik Johnson Esq
33935 Malaga Drive Suite A
Dana Point, CA 92629

S G Construction
c/o Dougherty Law Firm
2660 Townsgate Rd Suite 400
Westlake, CA 91361

We Love Food, LLC
26895 Aliso Creek Road #B-87
Aliso Viejo, CA 92656

We Love Food, LLC
c/o Berger Harnson APC
114 Pacifica  Suite 470
Irvine, CA 92618

American Contractor Indem Co
c/o Lanak Hanna PC
625 The City Dr South Suite 190
Orange, CA 92868

1 Life Healthcare Inc
c/o Polsinelli LLP
2049 Century Park East #2900
Los Angeles, CA 90067

1 Life Healthcare, Inc
One Embarcadero Center Suite 1900
San Francisco, CA 94111

G & G Door Products Inc
c/o Bice Murphy Law

851 Haverford Ave
Pacific Palisades, CA 90272


C & J Marvan Enterprises
c/o Triebsch & Frampton, APC
300 N. Palm Street / P.O. Box 709
Turlock CA 95381

Accurate Comfort Systems
c/o Small Law PC
501 W Broadway Suite 1360
San Diego, CA 92101

Charmet Tile
c/o Robert Weissman Esq
2660 Townsgate Rd Suite 350
Westlake Village, CA 91361

My Fax
700 S. Flower Street 15th Floor
Los Angeles, CA 90017

FC Dadson Inc
7700 Mineral Point Road
Madison WI 53717

San Diego Paint Pros
7488 La Jolla Blvd
La Jolla, CA 92037

J & V Electric Inc
1224 Commercial Suite C
Oxnard, CA 93030

WiedenBach Brown
3760 Prospect Ave
Yorba Linda, CA 92886

Kowa Properties Inc.
55 East 58th Street 19th Floor
New York, NY 10022

U.S. Small Business Administration
Processing and Disbursement Center
14925 Kingsport Road

Fort Worth, TX 76155

First Home Bank
700 Central Ave
St Petersburg, FL 33701

DELERIO CONSTRUCTION LLC
4381 N BRAWLEY AVE STE 101
FRESNO, CA 93722

Kibo Energy Services
4845 BLAYDON RD
ROCKLIN, CA 95765-5036

Original Sid Blackman Plumbing
PO BOX 3487
EL CENTRO, CA 92244-3487

| | | |
|---|---|---|
| GTR Source, LLC,<br>111 John Street, Suite 1210,<br>New York, New York 10038 | RDY Holdings, LLC<br>C/O Zachter PLLC,<br>2 University Plaza, Suite 205,<br>Hackensack, NJ 07601 | Richmond Capital Group, LLC,<br>111 John Street ,<br>New York, NY 10038 |
| Yellowstone Capital, LLC,<br>17 State Street, Suite 4000 New<br>York, NY 10004 | Yes Lender, LLC<br>1150 First Avenue, Suite 105,<br>King of Prussia, PA 19406 | Employment Development Dept,<br>Bankruptcy Group MIC 92E,<br>PO Box 826880,<br>Sacramento CA 94280 |
| EDD Assessment,<br>10330 Poiner Blvd. Suite 150, Santa<br>Fe Springs, CA 94583 | Franchise Tax Board Bankruptcy<br>Section MS:A-340, PO Box 2952,<br>Sacramento CA 95812 | Internal Revenue Service,<br>Insolvency Group, 7 M/Z 5022,<br>300 North Los Angeles Street,<br>Los Angeles CA 90012 |
| City  of Los Angeles,<br>City Attorney Office,<br>200 N. Main Street, Suite 920, Los<br>Angeles CA 90012 ATTN:<br>Bankruptcy Payment | AAA Fire Protection Services,<br>30113 Union City Blvd., Union<br>City, CA 94587 | ABC Mechanical Contractors,<br>475 Barnevald Ave, San<br>Francisco CA 94124 |
| ADP Tax Services<br>400 West Covina Blvd | Advance Disposal, Inc.<br>c/o Cash Flow Mgmt Inc | Aquatic Fire Protection<br>540 Garcia Ave. Suite A |

| San Dimas, CA 91773 | PO Box 42407<br>Portland OR 97407 | Pittsburg, CA 94565 |
| --- | --- | --- |
| Ambient Electric<br>c/o Scott Thomas Green, Esq<br>Green Law Group, LLP<br>1777 E. Los Angeles Ave.<br>Simi Valley, CA 93065 | Anderson's Door Services<br>12890 Western Ave.<br>Garden Grove, Ca 92841 | Associated Plumbing<br>90 Leavesley Road<br>Gilroy, CA 95020 |
| BARR Credit Services<br>5151 E. Broadway Blvd., Suite 800<br>Tucson AZ 85711 | BB&Z Brothers<br>c/o Garmo & Garmo, LLP<br>124 W. Main Street, Suite 200<br>El Cajon CA 92020 | Bracelin Company<br>2308 Bates Ave., Suite A<br>Concord CA 94520 |
| Cesar Lara<br>2974 Peppertree Drive<br>Fairfield CA 94533 | Chase Ink<br>Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | Kibo Energy Services<br>4845 Blaydon Rd<br>Rocklin, CA 95765 |
| Delerio Construction<br>c/o Gilmore,Magness Janisse<br>PO Box 28907<br>Fresno, CA 93729 | ECAMSECURE<br>3400 E. Airport Way<br>Long Beach, CA 90806 | Farley Construction<br>87 Adelfa Street<br>Rancho Mission Viejo, CA 92694 |
| Fe Quero, Inc<br>112 J Street, Suite 300<br>Sacramento CA 95814 | Frontier Communications<br>Bankruptcy Dept<br>19 John Street<br>Middletown NY 10940 | Matrix HG Inc<br>2355 Whitman Road<br>Concord CA 94518 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Lynch Electric<br>1160 Industrial Road, #18<br>San Carlos, CA 94070 | MarLu Portland II<br>Stephen Lufti<br>2368 Maritime Drive, #100<br>Elk Grove, CA 95758 |
| MarLu Seatac II<br>Stephen Lufti<br>2368 Maritime Drive, #100<br>Elk Grove, CA 95758 | Matrix HG Inc<br>115 Mason Circle, Suite B<br>Concord CA 94520 | Mobile Modular Mgmt Corp<br>Niel Bansraj<br>5700 Las Positas Rd<br>Livermore CA 94550 |
| Opening Technologies | OT Epoxy Floors | Paragon Tile & Stone |

| | | |
|---|---|---|
| 10 2nd Street, South #C5<br>Pacheco CA 94553 | 3553 Ryder Street<br>Santa Ana CA 95051 | PO Box 230845<br>Tigard OR 97281 |
| Kraft Law<br>11335 Gold Express Dr. Suite 125<br>Gold River, CA 95670 | PDX Drywall<br>ATTN Tito Romayor<br>PO Box 8253<br>Salem OR 97303 | Pires Electric<br>16 Montalban Drive<br>Fremont CA 94536 |
| Pour Electric<br>2996 Great Egret Way<br>Sacramento CA 95834 | Premier Roofing & Building<br>1331 N. Dynamics St<br>Anaheim CA 92806 | Progress Glass Co<br>25 Patterson Street<br>San Francisco CA 94124 |
| Promax<br>c/o Nick Campbell, Esq<br>16055 Ventura Blvd, Suite 1200<br>Encino CA 91436 | Builders Law Group<br>9767 Via Roma<br>Burbank CA 91504 | Pro-Tech Painting Inc<br>818 Cristich Lane, Suite 3<br>Campbell CA 95008 |
| Robert Farley<br>Robert Farley Construction<br>2195 Elmer Ave<br>Yuba City CA 95993 | Smart Management Co<br>Stephen Lufti<br>2368 Maritime Drive, #100<br>Elk Grove, CA 95758 | Quality Production Services<br>c/o Armenak Kavcioglu Esq<br>16055 Ventura Blvd, #1200<br>Encino CA 91436 |
| Scholten Roofing<br>7157 Guide Meridian, #1<br>Lynden WA 98264 | Set in Stone Tile<br>4910 Wellington Park Dr.<br>San Jose CA 95136 | Shade Tree Homes<br>9663 Jackson Hill Road SE<br>Salem, OR 97306 |
| Simplex Grinnell<br>Attn Bankruptcy<br>50 Technology Drive<br>Westminster MA 01441 | Richmond Capital<br>10800 Midlothian Turnpike<br>Suite 217<br>Richmond VA 23235 | Global Trade Solutions<br>6899 Broken Sound Pkwy<br>Boca Raton FL 33487 |

Electronic Service List

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below: Name**                                                    **Email Address**

| | |
|---|---|
| Brian D Huben | hubenb@ballardspahr.com  carolod@ballardspahr.com  o n  b e h a l f  o f  C r e d i t o r  C e n t u r y  C i t y  M a l l ,  L L C |
| Christopher E Seymour | **On behalf of interested party Courtesy NEF** cseymour@gmlegal.net jmiller@gmlegal.net |
| **David Gilmore** | on behalf of Interested Party INTERESTED PARTY dgilmore@gmlegal.net lrenwick@gmlegal.net |
| **Douglas H. Kraft** | on behalf of Creditor PARAGON TILE & STONE INC., an Oregon corporation dkraft@douglaskraft.com, canquoe@douglaskraft.com |
| **Edmond Richard McGuire** | on behalf of Creditor ProMax Construction ermlawgroupcmecf@gmail.com R60691@notify.bestcase.com |
| **Eryk Escobar** | on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov |
| Freddy Garmo | on behalf of Creditor BB&Z Brothers Inc. freddy@garmolaw.com, vlopez@garmolaw.com |
| Gary R Wallace | on behalf of Attorney Resnick Hayes Moradi LLP garyrwallace@ymail.com |
| Jagdeep Hansra | on behalf of Creditor Elite Cajun Foods II LLC f/k/a Norcal Cajun Foods II, Inc jh@ej-law.com, hansralawecf@gmail.com |
| James Andrew Hinds, Jr | on behalf of Creditor The Schurman Retail Group jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| Kathleen Hateley | on behalf of Debtor DDC Group Inc. , khateley@pacbell.net |
| Larry D Webb | on behalf of Interested Party INTERESTED PARTY Webblaw@gmail.com larry@webblaw.onmicrosoft.com |
| Larry D Webb | on behalf of Creditor Yes Lender LLC Webblaw@gmail.com larry@webblaw.onmicrosoft.com |
| Larry D Webb | on behalf of Defendant Yes Lender LLC Webblaw@gmail.com larry@webblaw.onmicrosoft.com |
| Lovee D Sarenas | on behalf of Interested Party INTERESTED PARTY lovee.sarenas@lewisbrisbois.com |
| Lovee D Sarenas | on behalf of Creditor Marlu Portland II lovee.sarenas@lewisbrisbois.com |
| Lovee D Sarenas | on behalf of Creditor Marlu Sea-Tac II lsarenas@sklarkirsh.com |
| Lovee D Sarenas | on behalf of Creditor Smart Management & Co. Inc. lovee.sarenas@lewisbrisbois.com |

| | |
|---|---|
| M. Jonathan Hayes | on behalf of Attorney Resnick Hayes Moradi LLP matt@rhmfirm.com roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Attorney Resnick Hayes Moradi LLP matt@rhmfirm.com roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael F Frank | on behalf of Creditor Spice Affair LLC mfrankatty@aol.com |
| Monique D Jewett-Brewster | on behalf of Creditor Koja Valley Fair mjb@hopkinscarley.com eamaro@hopkinscarley.com |
| Richard W Esterkin | on behalf of Creditor Merrill Communications LLC richard.esterkin@morganlewis.com |
| | |
| Stephen M Sanders | on behalf of Creditor Ambient Electric Inc. stephen@thegreenlawgroup.com, michele@thegreenlawgroup.com;peter@thegreenlawgroup.com;mike@thegreenlawgroup.com |
| William A Smelko | on behalf of Creditor Tully Manor Investments LLC William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com |
| William A Smelko | on behalf of Creditor Yadav Enterprises Inc. William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com |
| William A Smelko | on behalf of Creditor Jack in the Box Inc. William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Elissa Miller (TR) | CA71@ecfcbis.com |

TOTAL: 29